**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ponderay Newsprint Company** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1279303** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **422767 Hwy 20**<br>**Usk, WA 99180**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Pend Oreille**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://ponderaynewsprint.com/**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

20-01309-FPC7   Doc 1   Filed 06/26/20   Entered 06/26/20 12:24:18   Pg 1 of 74

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**3221**___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

20-01309-FPC7    Doc 1    Filed 06/26/20    Entered 06/26/20 12:24:18    Pg 2 of 74

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other _____

**Where is the property?**
**422767 Hwy 20**
**Usk, WA, 99180-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes. Insurance agency **Alliant Americas**

Contact name **Adam Griffith**

Phone **509 343 9205**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

20-01309-FPC7    Doc 1    Filed 06/26/20    Entered 06/26/20 12:24:18    Pg 3 of 74

| Debtor | **Ponderay Newsprint Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2020**
           MM / DD / YYYY

**X**   **/s/ Myron L. Johnson**                 **Myron L. Johnson**
     Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X**   **/s/ Armand J. Kornfeld**             Date   **June 26, 2020**
     Signature of attorney for debtor                     MM / DD / YYYY

**Armand J. Kornfeld**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**      Email address   **jkornfeld@bskd.com**

**WSBA 17214 WA**
Bar number and State

20-01309-FPC7    Doc 1    Filed 06/26/20    Entered 06/26/20 12:24:18    Pg 4 of 74

Ponderay Newsprint Company
422767 Hwy 20
Usk, WA 99180


Armand J. Kornfeld
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn  Bankruptcy Assistant
700 Stewart Street
Room 5220
Seattle, WA 98101-4438


Internal Revenue Svc (Phil)
Centalized Insol Operations
PO Box 7346
Philadelphia, PA 19101-7346


Commodity Futures Trading
1155 21st St NW
Washington, DC 20581


Securities & Exchange Comm
Office of Reorganization
444 S Flower St. #900
Los Angeles, CA 90071


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300

WA Dept of L&I-OLY
Collections
PO Box 44171
Olympia, WA 98504-4171


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046


WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


ACKERMAN, JESSE A
1005 E 2ND AVE
POST FALLS, ID 83854


ACKLEY, JACOB RYAN
1862 PETERSON ROAD
PRIEST RIVER, ID 83856


ACTION AUTO SUPPLY INC
PO BOX 368
PRIEST RIVER, ID 83856


AHRENS, RICHARD L
6021 LECLERC RD S
NEWPORT, WA 99156


AIRSAN CORP
4554 WOOLWORTH AVE W
MILWAUKEE, WI 53218


AKRE LOGGING
PO BOX 1462
PRIEST RIVER, ID 83856-1462

ALBANY INTERNATIONAL
PO BOX 1939
APPLETON, WI 54912-1939


ALDATA SOFTWARE MANAGEMENT
855-2 ST SW SUITE 350
CALGARY, AB T2P 4K1


Aldata Software Management
211 Pembina Ave, Suite 203
Hinton, AV T7V 2B3, Canada


ALEXANDER, MICHAEL W
33710 N. ELK-CHATTAROY RD
ELK, WA 99009


ALLAN CRAMER LOGGING, INC
586 WOODLAND DRIVE
SANDPOINT, ID 83864


ALLEN, MICHAEL D
360 MISTY RIDGE LANE
NEWPORT, WA 99156


ALLIED ELECTRONICS INC
DBA ALLIED ELECTRONICS & AUTOMATION 7151
FORT WORTH, TX 76118


ALLISON, JOHN DOUGLAS
12 SKOOKUM MEADOW DRIVE
NEWPORT, WA 99156


ALLISON-BROCK INC
PO BOX 8727
ROANOKE, VA 24014

AMBURGEY, CHARLES C
319 WATERTOWER LANE
NEWPORT, WA 99156

AMERICAN AGCREDIT
PO BOX 1120
SANTA ROSA, CA 95402-1120

American Agcredit, PCA
200 Concourse Boulevard
Santa Rosa, CA 95402

ANDRITZ FABRICS AND ROLLS IN
62669 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0669

Applied Industrial Tech. Inc.
One Applied Plaza - East 36th
Street & Euclid Avenue
Cleveland, OH 44115

APPLIED INDUSTRIAL TECHNOLOG
301 FRANCHER RD N
SPOKANE VALLEY, WA 99212

APPLIED INDUSTRIAL TECHNOLOG
301 FANCHER RD N
SPOKANE, WA 99212

Ardwin Freight
2940 N. HOLLYWOOD WAY
Burbank, CA 91505

ARMOUR, PAT
3237 LOTZE LOOP
COEUR D'ALENE, ID 83815

Armstrong Transport Group, Inc.
PO BOX 560687
Charlotte, NC 28256


ASCENSUS SPECIALTIES LLC
2821 NORTHUP WAY SUITE 275
BELLEVUE, WA 98004


Aspen Technology, Inc
20 Crosby Drive
Bedford, MA 01730


Asten Johnson
4339 Corporate RD
North Charleston, SC 29405


ASTEN JOHNSON DRYER FABRICS
4399 CORPORATE ROAD
CHARLESTON, SC 29405


AUSTIN KROGH
6001 HIGHWAY 211
NEWPORT, WA 99156


AUSTIN, DANNY E
1165 N HARLEQUIN DRIVE
POST FALLS, ID 83854


AVERYT, ELAINE
5513 LOLO LANE
SPOKANE, WA 99217


BAILEY LOGGING
42198 D. SHORE ACRES ROAD
LOON LAKE, WA 99148

BAKER, JON R
394 COUNTY ROAD 733
CALHOUN, TN 37309


BARBER, RON FRANK
281 POVERTY VALLEY ROAD
PRIEST RIVER, ID 83856


BARDWELL, BRAD
22 OPEN SKIES
NEWPORT, WA 99156


BARNETT, DOUG
715 E PEARL LANE
DEER PARK, WA 99006


BASF CORP
100 CAMPUS DR
FLORHAM PARK, NJ 07932


BASF Corporation
100 Park Ave
Florham Park, NJ 07932


BASNAW, RYAN
323990 US 2
NEWPORT, WA 99156


BASNAW, TROY A
323990 N HWY 2
NEWPORT, WA 99156


BATTERY SERVICES, INC
1235 GRAND BLVD S
SPOKANE, WA 99202

BAY VALVE SERVICE INC
4385 133RD ST S
SEATTLE, WA 98168


BECHERINI SCALE CENTER INC
317 SPRAGUE AVE E
SPOKANE, WA 99202


BECKS, ANTHONY J
P O BOX 1166
NEWPORT, WA 99156


BECKWITH & KUFFEL
5930 1ST AVE S
SEATTLE, WA 98108


BEHREND, TODD A
536 QUAIL LOOP
NEWPORT, WA 99156


BEST, JASON S.
53 BLACKTHORNE ROAD
OLDTOWN, ID 83822


BETZ, JASON ROBERT
1351 CONKLIN MEADOWS RD
NEWPORT, WA 99156


BIG SKY INDUSTRIAL
9711 EUCLID RD W
SPOKANE, WA 99204


BIGLER, LAURELD
2025 POWERS AVENUE
LEWISTON, ID 83501

Bison
1001 Sherwin Road
Winnipeg, MB R3H OT8


BLAIR, DEBBIE G
20160 SOUTHWOOD OAK DR
PORTER, TX 77365


BLAU, LORI
N 18001 DARTFORD DRIVE
COLBERT, WA 99005


BLINN, PHILLIPP SCOTT
P O BOX 1052
PRIEST RIVER, ID 83856


BLOODGOOD, JOHN F
344 DEER VALLEY LANE
NEWPORT, WA 99156


BNSF RAILWAY CO
3110 SOLUTIONS CENTER
CHICAGO, IL 60677-3001


BOUCHER, WILLIAM HENRY
3425 E BUCKLEY
MEAD, WA 99021


BOURES, IRENE
4565 LEBANON ROAD
DANVILLE, KY 40422


BOURES, KIPP
4565 LEBANON ROAD
DANVILLE, KY 40422

BRANDTNER, RYAN N
23731 LECLERC ROAD NORTH
IONE, WA 99139


BRASHLER, JESSE RAY
818 W VALLEY AVENUE
CHEWELAH, WA 99109


BRINK, JAMES
11315 N GALAHAD
SPOKANE, WA 99218


BRINK, RONALD
30080 SAND STONE LANE
WAGRAM, NC 28396


BROWN, BONNIE J
7705 EAST EUCLID AVE.
SPOKANE VALLEY, WA 99212


BROWN, MICHAEL J
3102 DEETER RD
NEWPORT, WA 99156


BRUMLEY, BENJAMIN DAVID
P O BOX 2017
PRIEST RIVER, ID 83856


BRUMLEY, DAVID J
P O BOX 2017
PRIEST RIVER, ID 83856


BRUMLEY, STANLEY R
P O BOX 905
PRIEST RIVER, ID 83856

BSP Warehousing & Distribution, Inc
11430 Ferrell Drive #600
Dallas, TX 75234


BTG AMERICAS INC MUTEK
5085 AVALON RIDGE PKWY SUITE 100
NORCROSS, GA 30071


Buckman
1256 North McLean Blvd
Memphis, TN 38108


BUCKMAN LABORATORIES
1256 MCLEAN BLVD N
MEMPHIS, TN 38108


Burlington Northern Sante Fe Rwy
3110 SOLUTIONS CENTER
Chicago, IL 60677-3001


BUSH, KEVIN
892 BAKER LAKE ROAD
NEWPORT, WA 99156


BUSWELL, CLINT MICHEAL
7035 COYOTE TRAIL ROAD
NEWPORT, WA 99156


BUTLER, TOYA MARIE
243 GROVE ADDITION
OLDTOWN, ID 83822


BYOGON NORTHWEST, LLC
6200 CAMPUS DR NE.
VANCOUVER, WA 98661

C. H. Robinson
SDS 12-0805
Minneapolis, MN 55486-0001

CAL CARGO
C/O PACIFIC CARGO INC
2816 WEST EINTON AVE
HAYWARD, CA 94545

Cal Cargo
2816 W. Winton Ave
Hayward, CA 94546

CALDWELL, JOHN G
422767 SR 20
USK WA, WA 99180

CAMPBELL, DARRIN J
P O BOX 1345
PRIEST RIVER, ID 83856

CAMPBELL, DEXTER
EAST 124 CIRCLE DRIVE
NEWPORT, WA 99156

CAMPBELL, SCOTT K
2017 FREEMAN LK RD
OLDTOWN, ID 83822

Canon Solutions America, Inc
10102 E. Knox Avenue- Suite 400
Spokane, WA 99206

Capital One NA
P.O. Box 6002
New Orleans, LA 70160-0024

CAROTHERS & SON LTD
PO BOX 2709
EUGENE, OR 97402


CARPENTER, WALTER E
P.O. BOX 472
CHEWELAH, WA 99109


CASCADE AUTOMATION INC
1702 28TH STREET
SPRINGFIELD, OR 97477


CASCADE COLUMBIA DISTRIBUTIO
6308 SHARP AVE E
SPOKANE, WA 99212


Cascades Sonoco
1 North Second Street
Hartsville, SC 29550


CASCADES SONOCO INC
4320 95TH ST SW SUITE C
TACOMA, WA 98499


CASKEY, ROBERT G
514 W. QUAIL LOOP ROAD
NEWPORT, WA 99156


CASSIDY PAPER LLC
27 PERCHERON DR
MONROE, CT 06468


CH MURPHY/CLARK ULLMAN INC
5565 DOLPHIN ST N
PORTLAND, OR 97217-7631

CHILDERS, CHRISTOPHER LEE
5101 N MCINTOSH CT
SPOKANE, WA 99206


CHITWOOD ENTERPRISES
PO BOX 152
CUSICK, WA 99119


CHITWOOD, BOB G
P O BOX 1078
NEWPORT, WA 99156


CHRISTOFFERSON, DAVID R
1783 EAST SEQUIM BAY RD
SEQUIM, WA 98382


Cintas Corp
3808 N. Sullivan RD BLDG N-1
Spokane, WA 99212


CINTAS CORP #606
918 FIFTH AVE N
YAKIMA, WA 98902-1412


CITY SERVICE VALCON
PO BOX 1
KALISPELL, MT 59903-0001


CLARK, ARCHIE
1598 RICKEY CANYON RD
KETTLE FALLS, WA 99141


CLARK, M'LISS M
3851 LARCH ROAD
LOON LAKE, WA 99148

CLIFNER, KENNETH
P O BOX 202
CUSICK, WA 99119

COEUR D'ALENES CO
C/O STOCK STEEL
PO BOX 2610
SPOKANE, WA 99220-2610

COLUMBIA ELECTRIC SUPPLY CO
203 AUGUSTA E
SPOKANE, WA 99207

COLUMBIA INTERNATIONAL FORES
500 EAST BROADWAY SUITE 340
VANCOUVER, WA 98660

COMPLETE FOREST
PO BOX 268
BLANCHARD, ID 83804

COMPLETE PACKAGING SYSTEMS I
1375 HOPKINS STREET
WHITBY, ON L1N 5C2

CONSTELLATION HOMEBUILDER SY
DBA EDIWISE 690 DORVAL DRIVE
SUITE 425
OAKVILLE, ON L6K 3W7

Contract; Transportation Systems Co
PO BOX 277544
Atlanta, GA 30384-7544

COON, CHRIS M
201 SOUTH FEA STREET
NEWPORT, WA 99156

COON, ELIZABETH
201 LAURELHURST DRIVE
NEWPORT, WA 99156


COPELAND, JACOB J
503 S CARNAHAN ROAD
SPOKANE VALLEY, WA 99212


CORDES, BARBARA A
P.O. BOX 141
CUSICK, WA 99119


COUNTRY LANE INC
PO BOX 128
NEWPORT, WA 99156


COX, BOB M
157 COUGAR RIDGE LANE
PRIEST RIVER, ID 83856


COX, TRACY A
157 COUGAR RIDGE LANE
PRIEST RIVER, ID 83856


CRADDICK, MICHAEL
P.O. BOX 588
NEWPORT, WA 99156


CRAMER, ZACHARY STEVENS
506 N QUAIL AVE UNIT B
NEWPORT, WA 99156


CRAWFORD, ANDREW CORTNEY
582 HWY 211
NEWPORT, WA 99156

CRAWFORD, KRISTOPHER A
231 S SCOTT AVENUE
NEWPORT, WA 99156


CRAWFORD, SHANDA
1131 SOUTH BELVEDERE AVE
GASTONIA, NC 28054


Crete Carrier Corporation
PO BOX 852634
Lincoln, NE 68501


CRS DATA SOLUTIONS
3315 26TH NW
PORTLAND, OR 97210


CSS INTERNATIONAL, INC.
115 RIVER LANDING DR
CHARLESTON, SC 29492


CSS International, Inc.
Attn: Todd Griffith
115 River Landing Drive
Charleston, SC 29492


CUMSTON, NATHANAEL JAMES
65 TROUDT CT
PRIEST RIVER, ID 83856


CUNNINGHAM, JEFFREY
391 LONE PINE ROAD
NEWPORT, WA 99156


CUNNINGHAM, RAWLEY J
535 SPRING HAVEN DRIVE
OLDTOWN, ID 83822

CUPP, JAMES
P O BOX 472
USK, WA 99180


CUPP, TOMMY D
1219 E SLATON LANE
DEER PARK, WA 99006


CUTLER LOGGING
PO BOX 184
ATHOL, ID 83801


CUTSHALL, MARK S
1681 DANFORTH ROAD
USK, WA 99180


DALE HIEBERT
4014 E BRIDGES ROAD
ELK, WA 99009


DAMON, MICHAEL F
551 QUAIL LOOP
NEWPORT, WA 99156


DAVAZ, PAMELA J
P. O. BOX 1302
PRIEST RIVER, ID 83856


DAVIS, MARC
P O BOX 990
NEWPORT, WA 99156


DAVIS, TIM
34515 FINDLEY ROAD
DEER PARK, WA 99006

DAWSON TRUCKING, INC.
ATTN: KAY DAWSON PO BOX 159
VALLEY, WA 99181


DEAN, JARED ALLEN
5321 SPRING VALLEY ROAD
NEWPORT, WA 99156


DELTA INDUSTRIES INC
16142 MASON ST NE
PORTLAND, OR 97230


DEMENT, ROBERT WAYNE
59W LINCOLN AVENUE
PRIEST RIVER, ID 83856


DEOBALD, BARRY T
7904 NORTH SICILIA CT
SPOKANE, WA 99208


DEVRIES BUSINESS RECORDS MGM
601 E PACIFIC
SPOKANE, WA 99201


DIMICK, MATTHEW A
2060 ELK LANE
KENDRIK, ID 83537


DITTL, RONALD
22116 62ND AVE EAST
SPANAWAY, WA 98387


DS SERVICES OF AMERICA, INC.
PO BOX 660579
DALLAS, TX 75266-0579

DUGGER, CLIFFORD J
4701 CAMDEN ROAD
NEWPORT, WA 99156


DURY, LOREN W
511 DURY LANE
CUSICK, WA 99119


DYKMAN ELECTRICAL INC
5711 SHARP E
SPOKANE, WA 99212


ECKHOFF, STEVE
11662 W ARLEN STREET
BOISE, ID 83713


ECONOTECH SERVICES LTD
852 DERWENT WAY
DELTA, BC V3M 5R1


Ediwise
690 Dorval Drive, Suite 425
Oakville, ON Canada


EDWARDS, STEVEN H
E 4720 LAUREL ROAD
CHATTAROY, WA 99003


ELJAY OIL CO INC
7815 VALLEYWAY
SPOKANE, WA 99212


ELLSWORTH, CHARLES GUY
2595 UNITED COPPER MINE ROAD
CHEWELAH, WA 99109

ELMER BROTHERS
2022 ELMERS LOOP ROAD
NEWPORT, ID 99156


ENGEN, BJARNE K
241 TWIN OAKS LP
WINSTON, OR 97496


ESKO INDUSTRIES LTD
3480 GARDNER CRT
BURNABY, BC V5G 3K4


EVAN HANEY
12821 E. BRIDGES RD
ELK, WA 99009


EVERTS, MICHAEL ANTHONY
3906 E VULCAN RD
MEAD, WA 99021


EXBABYLON LLC
204 W. WALNUT STREET
NEWPORT, WA 99156


Exbabylong LLC
204 Walnut St
Newport, WA 99156


EXCESS DISPOSAL SERVICE INC
2654 HWY 2 E
OLDTOWN, ID 83822


EXCESS PORTABLE TOILETS, LLC
PO BOX 2242
PRIEST RIVER, ID 83856

FAIRCHILD, WILLIAM R
8676 W SAWTOOTH ST
RATHDRUM, ID 83538


FAIRCHILD, WILLIAM ROBERT
7010 N COUNTRY HOMES BLVD
SPOKANE, WA 99208


FARIES, DEANNE H
4112 PUENTE WAY
SACRAMENTO, CA 95864


FARIES, III CHARLES
PO BOX 236
USK, WA 99180


FARMIN, DANIEL
P.O. BOX 250
PRIEST RIVER, ID 83856


FARMIN, ROBERT J
P O BOX 1206
NEWPORT, WA 99156


FAST WAY FREIGHT MANAGEMENT,
1001 N. HAVANA ST
SPOKANE, WA 99202


FAST WAY INC
PO BOX 40142
SPOKANE, WA 99220


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

FERGUSON ENTERPRISES INC
4004 BOONE E
SPOKANE, WA 99202


FERGUSON FORESTRY SOLUTIONS
938 B Vanesse Rd
Kettle Falls, WA 99141


Fidelity Investments
Attn: Julie Sachs, FSA, EA
200 California St., Ste. 1200
San Francisco, CA 94111


FIELD INSTRUMENTS & CONTROLS
2110 EMILY LANE E
SPOKANE, WA 99208


FILLER, TIM P
311 LECLERC CREEK RD
CUSICK, WA 99119


FINE LINE DIV. OF PCE PACIFI
22011 26TH AVENUE SE
BOTHELL, WA 98021-4900


FISH BAY RESOURCES
2473 TIGER LN
RICHLAND, WA 99352


FISHER SCIENTIFIC
9999 VETERANS MEM DR
HOUSTON, TX 77038


FORESIGHT FORESTRY
PO BOX 108
PONDERAY, ID 83852

FOUST, MICHAEL
9919 NW 15TH AVENUE
VANCOUVER, WA 98685-5130


FOXX, NORMA J
3072 POPSIE DR
BELVIDERE, IL 61008


Freeport Distribution
PO Box 6628
Phoenix, AZ 85005


FREEPORT LOGISTICS INC
431 N 47TH AVE
PHOENIX, AZ 85043


FROST ENGINEERING SERVICE CO
21000 86TH AVE SE
SNOHOMISH, WA 98296


FULTON, RUSSEL HUGH
BOX 1023
PRIEST RIVER, ID 83856


GANGL, GARY E
3420 LEXINGTON WAY
WEST RICHLAND, WA 99353


GARNER, RICHARD P
3295 VIEWRIDGE LANE
VALLEY, WA 99181


GARRETT, THOMAS
182 JADE DRIVE
NEWPORT, WA 99156

GAUVIN, JEFFREY P
P O BOX 1095
PRIEST RIVER, ID 83856

GEARY, NANCY K
160 WENAS VIEW DR
SELAH, WA 98942-9101

GEMSTATE PARTNERS
PO BOX 2658
SANDPOINT, ID 83864

GENERAL MONITORS
26776 SIMPATICA CIRCLE
LAKE FOREST, CA 92630

GEORGE, RONALD CHARLES
88 HERBS DRIVE
NEWPORT, WA 99156

GIFFORD, KAREN
1295 E DOBERMAN STREET
MERIDIAN, ID 83642

GIRNUS, GARCY L
8373 N AINSWORTH DR
HAYDEN, ID 83835

GOULET, TRACY P
342 DIAMOND DRIVE
NEWPORT, WA 99156

GRACE, MICHAEL
65 HARFORD PL
UPLAND, CA 91786-2708

GRACE, ROBERT J
17323 N GOLDEN DRIVE
COLBERT, WA 99005


GRAINGER
5706 BROADWAY AVE E
SPOKANE, WA 99206


GRATING PACIFIC LLC
2775 FRONT ST N
WOODBURN, OR 97071


Graymont
585 W Southridge Way
Sandy, UT 84070


GRAYWOLF TIMBERS LLC
ATTN: KYLE GRAY
 90344 SUMMIT VIEW DR
KENNIWICK, WA 99338


GREEN, GINA
#42 5370 S. DESERT DAWN DR
GOLD CANYON, AZ 85118


GREEN, MADELINE R
519. S STATE AVE
NEWPORT, WA 99156


GREG JOHNSON LOGGING, LLC
PO BOX 1662
DEER PARK, WA 99006


GUENTHER, DONALD
1886 SUNSET DR.
WHITEHALL, PA 18052

HAAS, DIANE L
13202 SR 211
USK, WA 99180


HACH CO
2207 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


HALEY, DAVID L
6092 COYOTE TRAIL ROAD
NEWPORT, WA 99156


HANEY, STAN
1652 BOX CANYON ROAD
IONE, WA 99139


HANEY, TERRY
505 S WASHINGTON
NEWPORT, WA 99156


HANSON, GARTH MICHAEL
484 DAVAZ CARLTON ROAD
NEWPORT, WA 99156


HANSON, TRAVIS WARREN
102 DUNN
ELK, WA 99009


HANTZ, MICHAEL LEE
PO BOX 1101
NEWPORT, WA 99156


HARDWICK, SHAUN J
402 SICLEY ROAD
CUSICK, WA 99119

HARGROVE, AUSTIN CHANCE
506 N QUAIL AVE SPACE D
NEWPORT, WA 99156


HARGROVE, RUSTY R
506 N.QUAIL AVE
NEWPORT, WA 99156


HATTEN, RICHARD
8608 WEST CLEARWATER PLACE
KENNEWICK, WA 99336


Heartland Express
901 N. KASAS AVE
North Liberty, IA 52317


HEGEL, CHARITY
915 MAIN STREET, UNIT B
SANDPOINT, ID 83864


HEGEL, DUSTIN
10114 N COCHRAN RD
SPOKANE, WA 99208


HEINE, FREDRICK HANS
801 HOOP LOOP ROAD
PRIEST RIVER, ID 83856


HENDERSHOTT, JOEL D
6511 E. VALLEY LANE
ELK, WA 99009


HENDERSHOTT, KYLE CHARLES
4911 COYOTE TRAIL ROAD
NEWPORT, WA 99156

HENDERSHOTT, NORMAN DALE
P O BOX 291
USK, WA 99180


HENDERSHOTT, TROY M
P O BOX 383
USK, WA 99180


HENDRICKSON, JEFFREY THOMAS
321734 NORTH HIGHWAY 2
NEWPORT, WA 99156


HENDRIX, STARTSUN
1718 E LINCOLN ROAD, APT B305
SPOKANE, WA 99217


HENRY, ROGER L
1111 W. MONTGOMERY RD
DEER PARK, WA 99006


HEPKER, CAL W
BOX 942,
11616 NORTH MARKET STREET
MEAD, WA 99021


HEXACOMB CORPORATION
2820 B ST NW SUITE 109
AUBURN, WA 98001


HOFACKER, BARBARA A
W 7540 COUNTY ROAD JJ
HORTONVILLE, WI 54944


HOFFMAN, MAVIS
242 QUARTZITE LOOP
CHEWELAH, WA 99109

HOFSTEE, BRANDON J
P O BOX 475
NEWPORT, WA 99156

HOGG,PAT
1115 INDIAN CREST DRIVE
INDIAN SPRINGS, AL 34124

HOHNHORST, MARTIN LEO
3807 WEST JAY STREET
SPOKANE, WA 99208

HOLMES, ROBIN
32606 N. SPOTTED ROAD
DEER PARK, WA 99006

HOLMES, STEVEN L
32606 N. SPOTTED RD.
DEER PARK, WA 99006

Honeywell
1280 Meadow Drive
Cincinnati, OH 45240

HONEYWELL PROCESS SOLUTIONS
115 TABOR ROAD
MORRIS PLAINS, NJ 07950

HORIZON HELICOPTERS INC
PO BOX 28
LACLEDE, ID 83841-0029

HPE throug Insight Direct USA
6820 Harl Ave S Tempe
Tempe, AZ 85283

HT X CUTCO INC.
17700 SE MILL PLAIN BLVD SUITE 180
VANCOUVER, WA 98683


HUGGINS, CHRISTINE
P.O. BOX 1501
NEWPORT, WA 99156


HUNT, KRISTEN AILEEN
472 JADE DRIVE
NEWPORT, WA 99156


HUNTER, DENNIS D
435 DEER TRAIL ROAD
BLANCHARD, ID 83804


HUNTLEY, BENSON E
P.O. BOX 367
METALINE FALLS, WA 99153


IDAHO DEPT OF LANDS
3284 WEST INDUSTRIAL LOOP
COEUR D'ALENE, ID 83815-6021


IDAHO FOREST GROUP
4447 EAST CHILCO ROAD
ATHOL, ID 83801-8477


IDAHO FOREST GROUP
4447 E CHILCO RD
ATHOL, ID 83801


IDAHO FOREST GROUP LLC
4447 EAST CHILCO ROAD
ATHOL, ID 83801-8477

IDAHO WEST LLC
511 BOB NEWMAN ROAD
IONE, WA 99139-9618


INDUSTRIAL PREVENTATIVE MAINT. SOLU
ATTN: DAVID WILLIAMS
861 HUMMINGBIRD LANE
NEWPORT, WA 99156


INGREDION INCORPORATED
PO BOX 742206
LOS ANGELES, CA 90074


INLAND EMPIRE PAPER COMPANY
3320 N ARGONNE
SPOKANE, WA 99212-2099


INLAND ENVIRONMENTAL RESOURC
PO BOX 18978
SPOKANE, WA 99228


INLAND FOREST MANAGEMENT INC
PO BOX 1966
SANDPOINT, ID 83864


INLAND PIPE & SUPPLY
530 BROADWAY E
MOSES LAKE, WA 98837


INSIGHT DIRECT USA
6820 HARL AVE S
TEMPE, AZ 85283


Intellitrans
PO BOX 934941
Atlanta, GA 31193-3493

Intellitrans
133 Peachtree St NE Suite 3050
Atlanta, GA 30303


INTELLITRANS LLC
PO BOX 934941
ATLANTA, GA 31193


International Raw Materials LTD
150 S. Independence Mall W STE 700
Philadelphia, PA 19106


ITS Logistics Brokerage
555 VISTA BOULEVARD
Sparks, NV 89434


IVES, BEVERLY J
1501 FLOWERY TRAIL RD
USK, WA 99180


JACHETTA, FRANK E
68-1745 WAIKOLOA RD #J102
WAIKOLOA, HI 96738


JACKSON, SHERRI L
3 F VIA CASTILLA
LAGUNA WOODS, CA 92637


JAPPERT, MARK
1036 HIGH DESERT DRIVE
DEER PARK, WA 99006


JARED, DOUG
P O BOX 177
USK, WA 99180

JASON HESTER LOGGING
13 MARA MEADOWS RD
ATHOL, ID 83801


JHGA REAL ESTATE
17700 SE MILL PLAIN BLVD SUITE 180
VANCOUVER, WA 98683


JMF INC
318 HIGHLAND AVENUE
ST MARIES, ID 83861-2042


JOE HESTER
W 11611 PRAIRIE AVE
POST FALLS, ID 83854


JOHN HANCOCK LIFE INS CO USA
17700 SE MILL PLAIN BLVD SUITE 180
VANCOUVER, WA 98683


JOHNSON, JON DERRICK
241 SUMMER ROAD PO BOX 121
PRIEST RIVER, ID 83856


JOHNSON, MYRON L
10792 HWY 211
USK, WA 99180


JWP LOGGING INC.
PO BOX 1398
SANDPOINT, ID 83864


K & N ELECTRIC
PO BOX 303
SPOKANE, WA 99210-0303

KADANT SOLUTIONS DIVISION
35 SWORD ST
AUBURN, MA 01501


Kam-Way Transportation, Inc
215 MARINE DR. , SUITE 200
Blaine, WA 98230


KAMAN INDUSTRIAL TECHNOLOGIE
PO BOX 2646
SPOKANE, WA 99220


KAMPS, MICHAEL EDWARD
P O BOX 1371
NEWPORT, WA 99156


KANO LABORATORIES
PO BOX 110098
NASHVILLE, TN 37222


KEANE, FRED D
4213 SUMMERTON DR.
BYRAM, MS 39272


KERSHAW'S INC
119 HOWARD ST S
SPOKANE, WA 99204


KESSLER, BERNARD
1405 W CLIFFWOOD COURT
SPOKANE, WA 99218


KILLMER, DENNIS E
P O BOX 674
CHEWELAH, WA 99109

KING SOFT WATER CO
1425 HOUSTON E
SPOKANE, WA 99207


KING, BRAD J
705 W BELLWOOD DRIVE #29
SPOKANE, WA 99218


KINGERY, LINDA M
POST OFFICE BOX 42
PRIEST RIVER, ID 83856


KINGERY, RONALD WAYNE
P O BOX 2051
PRIEST RIVER, ID 83856


KIWICO LLC
122 N RAYMOND RD SUITE 2
SPOKANE VALLEY, WA 99206


KLEENAIR PRODUCTS CO INC
PO BOX 1669
CLACKAMAS, OR 97015


Knight Transportation
PO BOX 29897
Phoenix, AZ 85038-9897


KOBYLARZ, MARK P
210 W. CIRCLE DR.
NEWPORT, WA 99156


KOEHN, GREG A
172 GREGG'S COURT
NEWPORT, WA 99156

KONE INC
5805 SHARP AVE E SUITE A5
SPOKANE, WA 99212

KONKRIGHT, DANIEL L
P.O. BOX 185
NEWPORT, WA 99156

KONKRIGHT, TIM J
P.O. BOX 216
CUSICK, WA 99119

KREAGER, CLIFFORD
279 BODIE CANYON RD
PRIEST RIVER, ID 83856

KROGH, TODD MATTHEW
912 DEER VALLEY ROAD
NEWPORT, WA 99156

Lake Superior Forest Products Inc.
111 Robert-Bourassa Blvd.
Montreal, Quebec, H3C 2M1, Canada

LANDAHL, BRUCE D
8229 N MARJORIE STREET
SPOKANE, WA 99208

LANE MOUNTAIN CO
PO BOX 127
VALLEY, WA 99181

LARSON, CODY A
892 BAKER LAKE ROAD
NEWPORT, WA 99156

LAWRENCE, ADRIAN DUWAYNE
PO BOX 1973
NEWPORT, WA 99156


LEBLANC, JAMES P
731 GREGGS ROAD
NEWPORT, WA 99156


LEISHMAN, THOMAS P
12105 SW LAUSANNE ST
WILSONVILLE, OR 97070


LHT LLC
PO BOX 1556
SPIRIT LAKE, ID 83869


LIBERTY MUTUAL INSURANCE GRO
PO BOX 0569
CAROL STREAM, IL 06132-0569


LOUCK, JOHN P
731 GREGGS RD
NEWPORT, WA 99156


LUFFMAN, CELESTE
37176 HWY 41
OLD TOWN, ID 83822


LUITEN, TIM
17022 EAST 4TH
SPOKANE VALLEY, WA 99037


LUKE, DAVID
7372 COYOTE TRAIL
NEWPORT, WA 99156

LUKE, PEGGY A
P O BOX 11373
SPOKANE VALLEY, WA 99211


MACHTOLF, PAUL
12306 N. FAIRWOOD DRIVE
SPOKANE, WA 99217


MAINTENANCE METROLOGY LLC
2427 W BERKLEY LN
HAYDEN, ID 83835


MAJOR, CHRISTOPHER THOMAS
PO BOX 741
CHATTAROY, WA 99003


MALSBURY, DORWIN
301 N UNION, SUITE B
NEWPORT, WA 99156


MANGANO, JASON MICHAEL
917 CHURCH STREET
SANDPOINT, ID 83864


MANWILL, HOWARD M
321 RIVER RD.
USK, WA 99180


MARGESON, DONALD R
23575 SANDLAKE RD.
CLOVERDALE, OR 97112


MARTIN, CHRIS J
1297 EASTSIDE ROAD
PRIEST RIVER, ID 83856

MARTIN, CHRIS R
2911 HORSESHOE DRIVE
LAS VEGAS, NV 89120


MASON LOGGING LLC
18077 VICKI RD
RATHDRUM, ID 83858


MATLOCK, GREGORY LEE
39905 N SUNSET LANE
DEER PARK, WA 99006


MCCORMICK, CYNTHIA
203 RIVERWATCH CIRCLE
KINGSPORT, TN 37660


MCCORMICK, MICHAEL
203 RIVERWATCH CIRCLE
KINGSPORT, TN 37660


MCISAAC, JAY
40321 SUNNYSIDE LANE
DEER PARK, WA 99006


MCKENNETT, HARLEN M
P O BOX 315
USK, WA 99180


MEANY, WILLIAM G
10161 NORTH FAIRWAY DRIVE
HAYDEN LAKE, ID 83835-9565


MegaCorp Logistics, LLC
7040 WRIGHTSVILLE AVE.
Wilmington, NC 28403

MELENDEZ, MANUEL R
P.O. BOX 1468
NEWPORT, WA 99156


MESERVE, DON C
6965 S FOREST RIDGE DR
SPOKANE, WA 99224


Metro Park Warehouses, Inc.
6920 Executive Drive
Fence, WI 54120


MEYERS, RICHARD EAN
PO BOX 1656
PRIEST RIVER, ID 83856


MILLER, JAMES L
910 E WELLINGTON DR.
SPOKANE, WA 99208


MILLER, RACHEL E
22 STEWART DR
BLANCHARD, ID 83804


MILLER, RANDALL D
662 JERMAIN RD
NEWPORT, WA 99156


MILLER, ROBIN K
910 E.WELLINGTON DR.
SPOKANE, WA 99208


MILLER, SCOTT B
P O BOX 678
NEWPORT, WA 99156

MINOIA, MICHAEL P
14919 N LOWE ROAD
MEAD, WA 99021


MITCHELL, JOSHUA J
P O BOX 712
DEER PARK, WA 99006


MITTAN, MATTHEW
PO BOX 135
CUSICK, WA 99119


MIZE, LAYMAN H
649 RILES CREED PK DR PO BOX 3
LACLEDE, ID 83841


MOE, TERRY
949 SPRUCE AVE
COEUR D'ALENE, ID 83814


MOHR, WILLIAM J
14562 N. WRIGHT ST
RATHDRUM, ID 83858


MONK, BRIAN
566 W QUAIL LOOP
NEWPORT, WA 99156


MONK, TRACY
390 WATERTOWER LANE
NEWPORT, WA 99156


MORROW, DEBORAH R
617 SOUTH 53RD AVENUE
YAKIMA, WA 98908

MOTION INDUSTRIES INC.
PO BOX 11894
SPOKANE, WA 99211


MULLALEY, SPENCER ROBERT
952 GREGGS ROAD
NEWPORT, WA 99156


MUNRO, SIDNEY A
POST OFFICE BOX 1304
CHEWELAH, WA 99109


MYERS, BRANDYN
931 TURK RD
NEWPORT, WA 99156


NAPA AUTO PARTS - PRIEST RIV
PO BOX 1903
PRIEST RIVER, ID 83856


NELSON, CANDY S
51 N. BOBIER ROAD
NEWPORT, WA 99156


NELSON, JOHN D
3154 PENINSULA RD
PRIEST RIVER, ID 83856


NENEMA, JAMES L
12801 W 1ST AVE
AIRWAY HEIGHTS, WA 99001


NEUWELT, JOSEPH F
12537 DEERBRUSH CT.
NAMPA, ID 83651

NEWPORT VISION SOURCE PS
FENNO EYE CLINIC INC PS
205 SOUTH WASHINGTON
NEWPORT, WA 99156


NORDSON CORP
11475 LAKEFIELD DR
DULUTH, GA 30136-1511


NORTH COAST ELECTRIC CO
4216 E. MAIN AVE.
SPOKANE, WA 99202


NORTHRUP, CARL B
864 JARED RD
USK, WA 99180


NORTHSTAR CLEAN CONCEPTS
633 N HELENA ST
SPOKANE, WA 99202


NORTHWEST PULP & PAPER ASSOC
212 UNION AVENUE SE SUITE 103
OLYMPIA, WA 98501


NORTHWEST PUMP & EQUIPMENT C
2800 31ST AVE NW
PORTLAND, OR 97210


NORTON, CONNIE E
P.O.BOX 232
CUSICK, WA 99119


NOVAKOVICH, CHAD JAMES
520 EAST OWENS ROAD
CHATTAROY, WA 99003

NUNN, BRUCE E
92 HERRICK ROAD
BROOKLYN, CT 06234


NURNBERG SCIENTIFIC
18500 SW TETON AVE
TUALATIN, OR 97062


O'REILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO 65801


OGLETREE, DEAKINS, NASH, SMO
102 SOUTH MAIN STREET
GREENVILLE, SC 29601


OLSON, WILLIAM L
10904 NE 61ST AVENUE
VANCOUVER, WA 98686-4602


OPP, SUE E
17606 72ND AVE E
PUYALLUP, WA 98375


OROZCO, LEO JOHN
1809 E CAROL ST APT #1
DEER PARK, WA 99006


OSCARSON, RON L
4222 FREEMAN LAKE ROAD
OLD TOWN, ID 83822


OWENS, MARK
709 NW 1047TH WAY
VANCOUVER, WA 98685

OXARC INC
PO BOX 2605
SPOKANE, WA 99220


Pacific Terminals LTD.
3480 W. Marginal S.W.
Seattle, WA 98106


PACIFIC TERMINALS, INC.
3480 W MARGINAL WAY SW
SEATTLE, WA 98106


PACK, DEANNA
P.O. BOX 834
NEWPORT, WA 99156


PACK, EARL J
P.O. BOX 834
NEWPORT, WA 99156


PACWEST MACHINERY LLC
3107 TRENT E
SPOKANE, WA 99202


PAPE MATERIAL HANDLING
5518 BROADWAY E
SPOKANE, WA 99212


Papex
230 Watline Av,
Mississauga, Ontarion L4Z 1P4


PAPEX INC
230 WATLINE AVENUE
MISSISSAUGA, ON L4Z 1P4

PARAMOUNT SUPPLY CO
PO BOX 1049
VERADALE, WA 99037


PARKSIDE PROPERTIES & FINANC
3917 N. POST ST
SPOKANE, WA 99205


PAUL GLAZIER LOGGING
PO BOX 464
SANDPOINT, ID 83864


PEARMAN, PERRY
8272 FERTILE VALLEY ROAD
NEWPORT, WA 99156


PEARSON LOGGING, LLC
698 ESTATES LOOP
PRIEST RIVER, ID 83856


Pend Oreille Valley Railroad
1981 BLACK ROAD
Usk, WA 99180-9701


Pension Benefit Guaranty Corp.
1200 K. Street NW
Washington, DC 20005


Pension Benefit Guaranty Corp.
Dept. 4316
Carol Stream, IL 60122-4316


PERALTA, KENNETH
1393 GREEN ROAD
NEWPORT, WA 99156

PERKINS, ROBERT
P O BOX 676
PRIEST RIVER, ID 83856


PEROXYCHEM LLC
0987690 BC LTD
PO BOX 15573 STATION A
TORONTO, ON M5W 1C1


PERRY, STANLEY J
8004 WRIGLEY DRIVE
PASCO, WA 99301


PERSYN, JOSEPH ALAN
P O BOX 964
SPIRIT LAKE, ID 83869


PERSYN, KEVIN
200 S FEA AVENUE
NEWPORT, WA 99156


PERSYN, NEIL R
1082 LECLERC RD S
NEWPORT, WA 99156


PETRIE, JR. THOMAS
10152 LECLERC ROAD
NEWPORT, WA 99156


PETRIE,, SR. THOMAS W
852 LECLERC CREEK ROAD
CUSICK, WA 99119


PHILLIPS, THOMAS WAYNE
292 JADE DR
NEWPORT, WA 99156

PHILLIPS,, JR. J. B.
5270 AL HIGHWAY 28
THOMASTON, AL 36783-3145


PISANO, FRANK
910 NORTH MARGARET AVENUE
DEER PARK, WA 99006


Plummer Forest Products
401 N Potlatch Rd
Post Falls, ID 83854


PLUMMER FOREST PRODUCTS INC
PO BOX 788
POST FALLS, ID 83877


PLUMMER FOREST PRODUCTS INC
PO BOX 788
POST FALLS, ID 83877-0788


PONDERAY EMPLOYEE ASSOCIATIO
422767 SR 20
USK, WA 99180


Ponderay Employee Pension Plan
c/o Ponderay Newsprint Co.
422767 Hwy 20
Usk, WA 99180


PONTIUS, DENISE
664 KENT CREEK LANE
NEWPORT, WA 99156


POQUETTE, PETER E
16109 N. CIRRUS RD.
SPOKANE, WA 99208

PORT OF PEND OREILLE
DBA PEND OREILLE VALLEY RAILROAD
 1981 BLACK RD
USK, WA 99180


POTLATCHDELTIC LAND & LUMBER
601 WEST FIRST AVENUE - SUITE 1600
SPOKANE, WA 99201


POVA
1981 Black Rd
Usk, WA 99180


PREMIER PARTY RENTALS
PO BOX 101
PRIEST RIVER, ID 83856


PRIDE POLYMERS LLC
1111 N. 20TH AVE
YAKIMA, WA 98902


PRINE, HAROLD L
402 SICELY ROAD
CUSICK, WA 99119


PROVO, DONALD L
38703 N. SHORT ROAD
DEER PARK, WA 99006


Public Uitlity District No. 1
Pend Oreille County
130 N. Washington
Newport, WA 99156


Public Uitlity District No. 1 Pend
Oreille County F. Colin Willenbrock
130 N. Washington
Newport, WA 99156

PUGH, SCOTT
1714 S RAINIER STREET
KENNEWICK, WA 99337


PULP-SMART CONSULTING DEVELO
17817 LESLIE STREET UNIT 14
NEWMARKET, ON L3Y 8C6


RAINEY, JAMES A
P O BOX 1766
NEWPORT, WA 99156


RALSTON, JAIME G
108 MACAVOY
NEWPORT, WA 99156


RALSTON, TAMARAC
4215 E MOODY LANE
MEAD, WA 99021


RAM TRUCKING
PO BOX 398
BROWNSVILLE, OR 97327


RAPP, DAREN
2140 WHEATLANDS AVENUE
LEWISTON, ID 83501


RC POWERS, KLH LLC.
2195 WESTMOND
SAGLE, ID 83860


REEVE, GARY
11925 N MORTON DRIVE
SPOKANE, WA 99218

REEVES, JOHN PADDOCK
PO BOX 1476
PRIEST RIVER, ID 83856


REHN & ASSOCIATES
140 SOUTH ARTHUR SUITE 301
SPOKANE, WA 99205-5433


REHN AND ASSOCIATES
PO BOX 5433
SPOKANE, WA 99205


RILEY, MICHAEL WILLIAM
12671 DUFORT ROAD
PRIEST RIVER, ID 83856


RMIS
5388 Sterling Center Drive
Westlake Village, CA 91361


ROBERG, RODNY
P O BOX 383
NEWPORT, WA 99156


ROBERTS, MICHAEL
1155 NORTH BAINBRIDGE ST.
POST FALLS, ID 83854


ROBINSON, DANIEL
2302 FLOWERY TRAIL ROAD
USK, WA 99156


ROGERS, ELVIN ALLEN
P O BOX 1537
PRIEST RIVER, ID 83856

ROLLINS, KIMBERLY
69 VILLAGE DRIVE
ORMOND BEACH, FL 32174


ROLLMAN, EARL F
1035 60TH STREET N
GRANVILLE, ND 58741


ROLLVIS SA
C/O AMERICAN ROLLER SCREW
10015 PARK CEDAR DRIVE SUITE 150
CHARLOTTE, NC 28210


RONALD J. HENTGES
2269 SUMMIT VALLEY RD
ADDY, WA 99101


ROSEBURG FOREST PRODUCTS CO.
PO BOX 1088
ROSEBURG, OR 97470


ROSEMOUNT INC
PO BOX 549
CHANHASSEN, MN 55317


ROSINSKI, CHUCK
787 FOX CREEK SPUR
PRIEST RIVER, ID 83856


ROSS MACARTHUR
398892 HWY 20
CUSICK, WA 99119


ROTODYNE INC
320 NW 85TH ST
SEATTLE, WA 98117

RR DONNELLEY
421 RIVERSIDE AVE W SUITE 602
SPOKANE, WA 99201


RUTHERFORD, BRUCE
792 PENNY LANE
USK, WA 99180


RYAN HERCO FLOW SOLUTIONS
11805 NE 99TH ST SUITE 1350
VANCOUVER, WA 98682


SANDUSKY, MICHAEL
2204 - 35TH ST NW
GIG HARBOR, WA 98335


SAXON, JOHN
N 27505 COTTONWOOD
CHATTAROY, WA 99003


SAXON, JOSHUA ADAM
5727 N HEMLOCK ST
SPOKANE, WA 99205


SCHNEIDER, JEANINE M
P.O. BOX 1090
HAMILTON, MT 59840


SCHULTZ, BRENDA M
10356 S. THICKET PL.
HEREFORD, AZ 85615


SCHULTZ, KENNETH W
151 CARPENTER DRIVE
NEWPORT, WA 99156

SCHULTZ, PATRICK
P O BOX 235
LOON LAKE, WA 99148


SCOTT, BRADLEY J
P O BOX 171
NEWPORT, WA 99156


SCOTT, LARRY A
432 MCCLOUD CREEK ROAD
NEWPORT, WA 99156


SCOTT, PATRICK A
6837 DEER VALLEY ROAD
NEWPORT, WA 99156


SCOTT, STEVEN R
242 DALKENA ST.
NEWPORT, WA 99156


SCRIBNER, JACOB M
PO BOX 1591
PRIEST RIVER, ID 83856


SCRIBNER, MARK PERRY
P O BOX 1425
PRIEST RIVER, ID 83856


SEGER, JEREMI ACE
P O BOX 414
NEWPORT, WA 99156


SETH CAMPBELL LOGGING LLC
PO BOX 222
BLANCHARD, ID 83804

SHAFFER, PATRICIA J
11212 NORTH MOFFAT ROAD
MEAD, WA 99021


SHANE CAMPBELL TRUCKING
PO BOX 14
BLANCHARD, ID 83804


SHANHOLTZER, THOMAS P
P O BOX 1185
NEWPORT, WA 99156


SHANHOLTZER, TYE W
431 DANFORTH ROAD
USK, WA 99180


SHANHOLTZER, TYSON LEE
431 DANFORTH ROAD
USK, WA 99180


SHAWN BUTLER LOGGING
243 GROVES ADDITION
OLDTOWN, ID 83822


SHERWIN WILLIAMS PAINT CO
3200 E TRENT AVE BLDG 2 SUITE C
SPOKANE, WA 99202-4456


SHONKWILER, CHARLES M
1900 S. BEAUMONT DRIVE
MOSES LAKE, WA 98837


SHOPTIKAL LLC
SHOPKO OPTICAL
PO BOX 8402
CAROL STREAM, IL 60197-8402

SILVER CITY TIMBER CO INC.
PO BOX 1383
DEER PARK, WA 99006


SIMPSON, NATHAN
2411 S CANYON WOODS LANE
SPOKANE, WA 99224


SKEELS, STEVE L
4710 MARYWOOD DR
SPRING, TX 77388


SLINGSHOT TRANSPORTATION INC
PO BOX 610
Brooklyn, MI 49230


SLUSSER, WILLIAM J
3025 W WOOLARD ROAD
COLBERT, WA 99005


SMOOT, ERICK C
6701 DEER VALLEY ROAD
NEWPORT, WA 99156


SMYLY, DAVID R
2511 S.SULLIVAN RD
SPOKANE VALLEY, WA 99037


SNAP-ON TOOLS
1884 CAMDEN RD
NEWPORT, WA 99156


Sonoco
1 North Second Street
Hartsville, SC 29550

SONOCO PRODUCTS CO
0123 1ST AVE
LEWISTON, ID 83501


SOUND SEAL & PACKING CO
PO BOX 605
EDMONDS, WA 98020


SPINELLI, ANTHONY
7010 W KENDICK AVE
NINE MILE FALLS, WA 99026


SPRAYING SYSTEMS COMPANY
C/O FJ ALBERT & ASSOC
 1720 100TH PL SUITE 102
EVERETT, WA 98208


SPRING ENVIRONMENTAL INC
1011 CEDAR ST N
SPOKANE, WA 99201


Stagecoach Cartage & Distribution,
7167 Chino
El Paso, TX 79915


STANG, DANIEL LEE
82 DEVIL`S DRIVE
CUSICK, WA 99119


STANG, STACY D
18461WESTSIDE CALISPEL RD
CUSICK, WA 99119


STANTON MCDANIEL
6201 S LECLERC RD
NEWPORT, WA 99156

STARR, MARGINIA R
POST OFFICE BOX 130
USK, WA 99180


State Protection Services INC
7011 E. Trent Ave. Suite 102
Spokane, WA 99212


STECK, MONICA
P O BOX 2165
NEWPORT, WA 99156


STEFFEN, KAREN A
P O BOX 395
NEWPORT, WA 99156


STERICYCLE INC
PO BOX 6578
CAROL STREAMS, IL 60197-6578


STEWART, ELIZABETH
14526 N FAIRVIEW DRIVE
MEAD, WA 99021


STEWART, GREG
C/O STEWART-LONGHURST, PS
323 E. 2nd Ave. Suite 101
SPOKANE, WA 99202


STEWART, MARK DONALD
PO BOX 248
NEWPORT, WA 99156


STIGALL, AUDIE A
145 5TH ST.
USK, WA 99180

STIMSON LUMBER CO - ST. MARI
7600 NORTH MINERAL DRIVE SUITE 400
SUITE 400
COEUR D'ALENE, ID 83815-7763


STIMSON LUMBER COMPANY
7600 NORTH MINERAL DRIVE
COEUR D'ALENE, ID 83815-7763


STOCKER, MARIE
2812 S. PITTSBURG ST.
SPOKANE, WA 99203


STOEL RIVES LLP
760 SW NINTH AVE, SUITE 3000
PORTLAND, OR 97205


STOLLEY, DALE
31000 N 10TH STREET
SPIRIT LAKE, ID 83869


STONE, ROBERT
P.O. BOX 371
PRIEST RIVER, ID 83856


STRANGE, JOEL D
296 DEER TRAIL ROAD
BLANCHARD, ID 83804


SUMTOTAL SYSTEMS, LLC
600 PARISIPPANY RD 2ND FLOOR
PARSIPPANY, NJ 03062


SVOBODA, JEFF
363 FRISSELL ROAD
USK, WA 99180

SWEGLE, TODD
15215 N GLENEDEN
SPOKANE, WA 99208


SWIFT TRANSPORTATION
PO BOX 643956
CINCINNATI, OH 45264-3956


Swift Transportation
PO BOX 643985
Pittsburgh, PA 15264-3985


TACOMA SCREW PRODUCTS, INC.
229 SOUTH HOWE ROAD
SPOKANE VALLEY, WA 99212


TATGE, GAYLENE
1141 DAVIS ROAD
USK, WA 99180


TATGE, TROY M
1141 DAVIS ROAD
USK, WA 99180


TAYLOR, CHARLES
5816 NORTH CHRISTY LANE
SPOKANE, WA 99212


TECHNICHEM CORP
1 N MAPLE GROVE ROAD
BOISE, ID 83704


TECHNIDYNE CORP
100 QUALITY AVE
NEW ALBANY, IN 47150-2272

TIEDE, CASEY RYAN
631 N WASHINGTON AVE
NEWPORT, WA 99156


TIEDE, DANIEL F
552 LEVITCH RD
NEWPORT, WA 99156


TIEDE, JOSHUA DANIEL
631 N WASHINGTON AVENUE
NEWPORT, WA 99156


TIM BENDICKSON
29703 HIGHWAY 57
PRIEST RIVER, ID 83856-9642


TIMBER SOLUTIONS LLC
34 HALLIE WOOD LANE
PRIEST RIVER, ID 83856


Total Quality Logistics
PO BOX 634558
Cincinatti, OH 45263-4558


Transfix
111 WEST 19TH ST, 6TH FLOOR
New York, NY 10011


TRAUTMAN, TODD BLAINE
PO BOX 1874
NEWPORT, WA 99156


Trinoor LLC
125 Church St. Suite 100
Marietta, GA 30060

TRYBAN, DEVIN MATTHEW
408 GLIDDEN AVE
PRIEST RIVER, ID 83856


TW Transport, Inc.
7405 S. HAYFORD RD.
Cheney, WA 99004


ULSTAD, JOSHUA M
16320 N HATCH RD APT 603
COLBERT, WA 99005


UNION PACIFIC
PO BOX 502453
St Louis, MO 63150-2453


UNIT PROCESS CO
834 80TH ST SW SUITE 300
EVERETT, WA 98203


UNITED CONVEYOR CORP
60 GENTILE ST E
LAYTON, UT 84041


V ALEXANDER & CO, INC
51 GERMANTOWN COURT SUITE 300
MEMPHIS, TN 38018


VAAGEN BROS LUMBER INC.
565 WEST 5TH AVENUE
COLVILLE, WA 99114-2113


Valmet
2425 Commercial Ave
Winamac, IN 46996

Valmet
1280 Willowbrook
Beloit, WI 53511


VALMET INC (CONSI-WA) FIBERT
2425 COMMERCE AVE NW SUITE 100
DULUTH, GA 30096


VALMET INC.
34320 PACIFIC HWY S
FEDERAL WAY, WA 98003


VALMET INC.
2900 COURTYARDS DR
NORCROSS, GA 30071-1554


VALMET, INC.
1280 WILLOWBROOK
Beloit, WI 53511


VALMET, INC. (AUTOMATION)
120 INTERSTATE WEST PKWY SUITE 450
LITHIA SPRINGS, GA 30122-3215


VANDEVANTER, THOMAS L
51 WOODLAND DRIVE
NEWPORT, WA 99156


VAUGHN, CARL
2501 NE 138TH AVE., APT 58
VANCOUVER, WA 98684


VAUGHN, GREGORY
E 6216 RAE LANE
COLBERT, WA 99005

VEGA AMERICAS, INC.
4170 ROSSLYN DRIVE
CINCINNATI, OH 45209


VENEER CHIP TRANSPORT, INC.
2205 PACIFIC HIGHWAY EAST
TACOMA, WA 98424


VERITY, LAURA B
111 BERYL COURT
NEWPORT, WA 99156


VIBRATRONICS INC
7303 FRONTIER DR
GREENWELL SPRINGS, LA 70739


VISIONARY BROADBAND
1001 S DOUGLAS HWY SUITE 201
GILLETTE, WY 82716


Visionary BroadBand
101 S Douglas Hwy STE 201
Gillette, WY 82716


VOGEL, GLORIA
2441 FLOWERY TRAIL RD
USK, WA 99180


VOGEL, VANCE J
10102 N WELLEN LANE
SPOKANE, WA 99218


VWR
355 TRECK DR
SEATTLE, WA 98188

WALDEN, FARREN
631 NORTH WARREN
NEWPORT, WA 99156


WALJO SHEARD LLC
ATTN: WALTER SHEARD
 2603 S SONNYBROOK LANE
SPOKANE VALLEY, WA 99037


WALKUP, LONNIE
37165 HWY 41
OLDTOWN, ID 83822


WALLIS, II ROBERT P
751 HERBS DR.
NEWPORT, WA 99156


WALTON, ANDREW ISAAC
2613 E WINGER ROAD
MEAD, WA 99021


WAREHOUSE SPECIALISTS, LLC
WAREHOUSE SPECIALISTS, LLC
1160 N MAYFLOWER DRIVE
APPLETON, WI 54913


WARREN SIMPSON
PO BOX 39
FORD, WA 99013


WARREN, STEVEN JAMES
534 W 3RD STREET
NEWPORT, WA 99156


Washington Dept. of Ecology
4601 N. Monroe St.
Spokane, WA 99205

Washington Dept. of Health
16201 E. Indiana Ave.
Spokane, WA 99216


WASHINGTON TRUCKING, INC
PO BOX 3279
ARLINGTON, WA 98223


WATSON MARLOW/BREDEL PUMPS
37 UPTON TECHNOLOGY PARK
WILMINGTON, MA 01887


WEAVER, BONNIE J
107 EAST H ST APT 302B
DEER PARK, WA 99006


WEBECO LLC
3774 WEST BEAN AVENUE
HAYDEN, ID 83835


WEBER, SHARON
132 LARCH STREET
NEWPORT, WA 99156


WEBER, WARREN P
P O BOX 1500
NEWPORT, WA 99156


WEDGE WOOD PRODUCTS
ATTN: VICKIE LYNN HALEY
 6092 COYOTE TRAIL
NEWPORT, WA 99156


WEISBARTH, GEORGE
92 JORGENS ROAD
NEWPORT, WA 99156

WELSH, MARGARET P
12431 SR 27
PALOUSE, WA 99161


WESCO CASCADE CONTROLS CORP
2025 E TRENT AVE
SPOKANE, WA 99202


WESTERN POLYMER CORP
32 ROAD R SE
MOSES LAKE, WA 98837


Western Pulp Paper Workers AWPPW
1430 SW Clay St,
Portland, OR 97201


WESTERN STATES EQUIPMENT CO
PO BOX 38
BOISE, ID 83707-0038


WESTERN TRANSPORT, LLC.
PO BOX 671
SHERIDAN, WY 82801


WHEELER INDUSTRIES INC
NORTH 1118 HOWE ROAD
SPOKANE, WA 99212-0917


WHITE, HUGH WILLIAM
1011 EAST SHARPSBURG AVE #540
SPOKANE, WA 99208


WHITE, KEVIN DAVID
1045 PENINSULA ROAD
PRIEST RIVER, ID 83856

WIESE, CALEB
BOX 515
NEWPORT, WA 99156


WILLIAMS, EDGE L
3921 W SHAWNEE LANE
SPOKANE, WA 99208


WILLIAMSON, JOSHUA
P O BOX 990
USK, WA 99180


WILLNER, DANIEL J
1001 W WALNUT
NEWPORT, WA 99156


Wilson Logistics
PO BOX 874037
Kansas City, MO 64187-4037


WILSON, CHRISTOPHER MICHAEL
8720 E MANSFIELD
SPOKANE VALLEY, WA 99212


WILSON, KEITH W
951 BOND ROAD
CUSICK, WA 99119


WINCHESTER, CAROLE
209 HARTWELL LAKE DR
SENECA, SC 29678


WISE LOGGING LLC
4617 BELLSTAR RD
CLAYTON, WA 99110

WISE, NEWTON
1261 JERMAIN RD
NEWPORT, WA 99156


WOOD, CHARLES R
1971 ALEXANDER RD
SILSBEE, TX 77656


WOOD, STEVEN R
2266 E SUNDOWN DRIVE
COEUR D ALENE, ID 83815


WSI
1160 North Mayflower Drive
Appleton, WI 54913


WYLIE, SHANELLE
20 E LAKEVIEW BLVD
PRIEST RIVER, ID 83856


XEROX CORPORATION
45 GLOVAR AVENUE
NORWALK, CT 06856


Xerox Corporation
P. O. Box 827598
Philadelphia, PA 19182


YARBER, DENVER L
13752 LECLERC ROAD
USK, WA 99180


YARBER, RONALD M
3010 WESTMORELAND ROAD
DEER PARK, WA 99006

YORK, DAVID
P O BOX 111
PRIEST RIVER, ID 83856


YORK, MARK B
5341 HOODOO LOOP
OLDTOWN, ID 83822


ZAREN, ROBERT T
POST OFFICE BOX 955
COULEE, WA 99115


ZIEGLER, CHRISTOPHER G
18421 N BOSTON ROAD
COLBERT, WA 99005


ZIESKE, DALENE R
P O BOX 724
NEWPORT, WA 99156