Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2020**      X **/s/ Myron L. Johnson**

Signature of individual signing on behalf of debtor

**Myron L. Johnson**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Ponderay Newsprint Company**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-01309**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................  $    **60,628,829.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................  $    **18,415,691.36**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................  $    **79,044,520.36**

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $    **36,758,206.14**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................................  $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$    **21,134,201.28**

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b     $    **57,892,407.42**

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 2 of 140

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand  Prepaid Credit Cards** | | | **$7,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Cash Deposit January 7, 2010 Collateral Trust Agreement in favor of Public Utility District No. 1 of Pend Oreille County, Washington** | **Cash Collateral** | **3500** | **$10,000,000.00** |
| 3.2. | **Well Fargo** | **Operating** | **6634** | **$1,190,260.00** |
| 3.3. | **Wells Fargo** | **Lockbox** | **6642** | **$105,436.00** |
| 3.4. | **Wells Fargo** | **A/P Disbursement** | **1529** | **$0.00** |
| 3.5. | **Capital One Bank** | **Deposit Account** | **8215** | **$50,000.00** |

4. **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$11,353,196.00**

---

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.    **Goods and Service Tax Deposit**      **$24,550.00**

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.    **Prepaid property insurance as of 2/29**      **$612,337.27**

---

     8.2.    **Estimated prepaid power costs Public Uitlity District No. 1 Pend Oreille County through water year ending July 31, 2020**      **$1,415,591.00**

---

     8.3.    **Prepaid waste water permit fee Washington State Department of Ecology**      **$10,017.09**

---

9.    **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.      **$2,062,495.36**

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable Estimated**

     11a. 90 days old or less:    **5,000,000.00**    -    **0.00**    = ....    **$5,000,000.00**
                              face amount               doubtful or uncollectible accounts

---

12.    **Total of Part 3.**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$5,000,000.00**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 4 of 140

☐ No.  Go to Part 6.
☑ Yes  Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw materials inventory | 5/30/2020 | $1,679,000.00 | N/A | Unknown |
| 20. | **Work in progress** Work in progress inventory | 5/30/2020 | $54,000.00 | N/A | Unknown |
| 21. | **Finished goods, including goods held for resale** Finished good inventory | 5/20/2020 | $1,651,000.00 | N/A | Unknown |
| 22. | **Other inventory or supplies** Other inventory or supplies | | $11,526,000.00 | N/A | Unknown |

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | | $0.00 |
|---|---|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value　　　0.00　Valuation method　　　　　Current Value　　　　0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes  Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

39. **Office furniture**

|  | | | |
|---|---|---|---|
| **All office furniture/fixtures/small appliances/computer equipment listed on personal property tax with Pend Oreille County Assessor** | $517,416.00 | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>**Included in answer to Question 39.** | $0.00 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Included in answer to Question 39.** | $0.00 | | $0.00 |

| | |
|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |

| | | | | |
|---|---|---|---|---|
| | 47.1. | **1991 Ford F350**<br>**2005 Chev 3500 Quad Cab**<br>**1984 International**<br>**1993 4x4 F150 (gray)**<br>**[fully depreciated]**<br>**1997 4x4 General Use (white)**<br>**2005 Ford F250 Quad Cab**<br>**2007 Dodge Ram 1500**<br>**1989 Chev K2500 4x4** | $0.00 | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1. | **Small aluminum rowboat for checking water at water treatment plant.** | Unknown | Unknown |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       Machinery, equipment                    **$9,838,439.00**    N/A                              **Unknown**

51.    **Total of Part 8.**                                                                **$0.00**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Net Book Values 2/29/2020 Land $682,903.37 Land Improvements $59,696.12 Buildings $2,818,461**<br><br>**Assessed Values: Land - $1449731.00 Structures - $59179098.00** | Fee simple | $3,561,906.00 | Assessed | $60,628,829.00 |

56.    **Total of Part 9.**                                                            **$60,628,829.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ☑ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** **ponderaynewsprint.com** | **$1.00** | | **Unknown** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$11,353,196.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,062,495.36** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$5,000,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$60,628,829.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$18,415,691.36** | + 91b. **$60,628,829.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$79,044,520.36** |

Debtor name **Ponderay Newsprint Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01309**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  American Agcredit, PCA**
Creditor's Name

**200 Concourse Boulevard
Santa Rosa, CA 95402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of debtor.**

Describe the lien
**WA DOL UCC1 201018073004 Exp. 6/29/20205**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$4,507,338.57**    Column B: **$18,415,691.00**

---

**2.2  Applied Industrial Tech. Inc.**
Creditor's Name

**One Applied Plaza - East 36th
Street & Euclid Avenue
Cleveland, OH 44115**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Equipment consigned or shipped pursuant to Consignment Agreement dated December 23, 2002.**

Describe the lien
**WA DOL UCC 1 200316811615 Exp. 6/17/2023**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$15,000.00**    Column B: **Unknown**

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Capital One NA** | **Describe debtor's property that is subject to a lien** | **$9,500.00** | **$50,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 6002**
**New Orleans, LA**
**70160-0024**

Creditor's mailing address

**Describe the lien**
**2/18/2020 Assignment of Deposit Account**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Public Uitlity District No. 1 Pend** | **Describe debtor's property that is subject to a lien** | **$32,226,367.57** | **$10,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Oreille County F. Colin**
**Willenbrock**
**130 N. Washington**
**Newport, WA 99156**

Creditor's mailing address

**Describe the lien**
**01/07/2010 Collateral Trust Agreement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Cash Collateral**

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$36,758,206. 14**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 12 of 140

Debtor name **Ponderay Newsprint Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01309**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ACKERMAN, JESSE A**<br>**1005 E 2ND AVE**<br>**POST FALLS, ID 83854** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **ACKLEY, JACOB RYAN**<br>**1862 PETERSON ROAD**<br>**PRIEST RIVER, ID 83856** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | $239.95 |
| | **ACTION AUTO SUPPLY INC**<br>**PO BOX 368**<br>**PRIEST RIVER, ID 83856** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | **AHRENS, RICHARD L**<br>**6021 LECLERC RD S**<br>**NEWPORT, WA 99156** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $832.22 |
|---|---|---|---|

**AIRSAN CORP**
**4554 WOOLWORTH AVE W**
**MILWAUKEE, WI 53218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,397.27 |
|---|---|---|---|

**AKRE LOGGING**
**PO BOX 1462**
**PRIEST RIVER, ID 83856-1462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,466.00 |
|---|---|---|---|

**ALBANY INTERNATIONAL**
**PO BOX 1939**
**APPLETON, WI 54912-1939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,185.00 |
|---|---|---|---|

**ALDATA SOFTWARE MANAGEMENT**
**855-2 ST SW SUITE 350**
**CALGARY, AB T2P 4K1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALEXANDER, MICHAEL W**
**33710 N. ELK-CHATTAROY RD**
**ELK, WA 99009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,786.34 |
|---|---|---|---|

**ALLAN CRAMER LOGGING, INC**
**586 WOODLAND DRIVE**
**SANDPOINT, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLEN, MICHAEL D**
**360 MISTY RIDGE LANE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 14 of 140

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.77 |
|---|---|---|---|

**ALLIED ELECTRONICS INC**
**DBA ALLIED ELECTRONICS &**
**AUTOMATION 7151**
**FORT WORTH, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALLISON, JOHN DOUGLAS**
**12 SKOOKUM MEADOW DRIVE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,192.82 |
|---|---|---|---|

**ALLISON-BROCK INC**
**PO BOX 8727**
**ROANOKE, VA 24014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMBURGEY, CHARLES C**
**319 WATERTOWER LANE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,464,410.00 |
|---|---|---|---|

**American Agcredit, PCA**
**200 Concourse Boulevard**
**Santa Rosa, CA 95402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** PPP loan used in compliance with requirements

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,702.26 |
|---|---|---|---|

**ANDRITZ FABRICS AND ROLLS IN**
**62669 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,338.08 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECHNOLOG**
**301 FRANCHER RD N**
**SPOKANE VALLEY, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,280.27 |
|---|---|---|---|

**APPLIED INDUSTRIAL TECHNOLOG**
**301 FANCHER RD N**
**SPOKANE, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,588.40 |
|---|---|---|---|

**Ardwin Freight**
**2940 N. HOLLYWOOD WAY**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ARMOUR, PAT**
**3237 LOTZE LOOP**
**COEUR D'ALENE, ID 83815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,691.78 |
|---|---|---|---|

**Armstrong Transport Group, Inc.**
**PO BOX 560687**
**Charlotte, NC 28256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,310.72 |
|---|---|---|---|

**ASCENSUS SPECIALTIES LLC**
**2821 NORTHUP WAY SUITE 275**
**BELLEVUE, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143,771.50 |
|---|---|---|---|

**ASTEN JOHNSON DRYER FABRICS**
**4399 CORPORATE ROAD**
**CHARLESTON, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.16 |
|---|---|---|---|

**AUSTIN KROGH**
**6001 HIGHWAY 211**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | AUSTIN, DANNY E<br>1165 N HARLEQUIN DRIVE<br>POST FALLS, ID 83854 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | AVERYT, ELAINE<br>5513 LOLO LANE<br>SPOKANE, WA 99217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090.21 |
|---|---|---|---|
| | BAILEY LOGGING<br>42198 D. SHORE ACRES ROAD<br>LOON LAKE, WA 99148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | BAKER, JON R<br>394 COUNTY ROAD 733<br>CALHOUN, TN 37309 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | BARBER, RON FRANK<br>281 POVERTY VALLEY ROAD<br>PRIEST RIVER, ID 83856 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | BARDWELL, BRAD<br>22 OPEN SKIES<br>NEWPORT, WA 99156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | BARNETT, DOUG<br>715 E PEARL LANE<br>DEER PARK, WA 99006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,780.00 |
|---|---|---|---|

__BASF CORP__
__100 CAMPUS DR__
__FLORHAM PARK, NJ 07932__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__BASNAW, RYAN__
__323990 US 2__
__NEWPORT, WA 99156__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__BASNAW, TROY A__
__323990 N HWY 2__
__NEWPORT, WA 99156__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

__BATTERY SERVICES, INC__
__1235 GRAND BLVD S__
__SPOKANE, WA 99202__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,459.24 |
|---|---|---|---|

__BAY VALVE SERVICE INC__
__4385 133RD ST S__
__SEATTLE, WA 98168__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,084.00 |
|---|---|---|---|

__BECHERINI SCALE CENTER INC__
__317 SPRAGUE AVE E__
__SPOKANE, WA 99202__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

__BECKS, ANTHONY J__
__P O BOX 1166__
__NEWPORT, WA 99156__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,652.42 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**BECKWITH & KUFFEL**
**5930 1ST AVE S**
**SEATTLE, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**BEHREND, TODD A**
**536 QUAIL LOOP**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**BEST, JASON S.**
**53 BLACKTHORNE ROAD**
**OLDTOWN, ID 83822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**BETZ, JASON ROBERT**
**1351 CONKLIN MEADOWS RD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,671.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**BIG SKY INDUSTRIAL**
**9711 EUCLID RD W**
**SPOKANE, WA 99204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**BIGLER, LAURELD**
**2025 POWERS AVENUE**
**LEWISTON, ID 83501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,833.16 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Bison**
**1001 Sherwin Road**
**Winnipeg, MB R3H OT8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLAIR, DEBBIE G**
**20160 SOUTHWOOD OAK DR**
**PORTER, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLAU, LORI**
**N 18001 DARTFORD DRIVE**
**COLBERT, WA 99005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLINN, PHILLIPP SCOTT**
**P O BOX 1052**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLOODGOOD, JOHN F**
**344 DEER VALLEY LANE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,317.63 |
|---|---|---|---|

**BNSF RAILWAY CO**
**3110 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOUCHER, WILLIAM HENRY**
**3425 E BUCKLEY**
**MEAD, WA 99021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOURES, IRENE**
**4565 LEBANON ROAD**
**DANVILLE, KY 40422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BOURES, KIPP**<br>**4565 LEBANON ROAD**<br>**DANVILLE, KY 40422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRANDTNER, RYAN N**<br>**23731 LECLERC ROAD NORTH**<br>**IONE, WA 99139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRASHLER, JESSE RAY**<br>**818 W VALLEY AVENUE**<br>**CHEWELAH, WA 99109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRINK, JAMES**<br>**11315 N GALAHAD**<br>**SPOKANE, WA 99218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BRINK, RONALD**<br>**30080 SAND STONE LANE**<br>**WAGRAM, NC 28396** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BROWN, BONNIE J**<br>**7705 EAST EUCLID AVE.**<br>**SPOKANE VALLEY, WA 99212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BROWN, MICHAEL J**<br>**3102 DEETER RD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRUMLEY, BENJAMIN DAVID**<br>**P O BOX 2017**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRUMLEY, DAVID J**<br>**P O BOX 2017**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BRUMLEY, STANLEY R**<br>**P O BOX 905**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,992.80 |
| --- | --- | --- | --- |
| | **BTG AMERICAS INC MUTEK**<br>**5085 AVALON RIDGE PKWY SUITE 100**<br>**NORCROSS, GA 30071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449,563.26 |
| --- | --- | --- | --- |
| | **BUCKMAN LABORATORIES**<br>**1256 MCLEAN BLVD N**<br>**MEMPHIS, TN 38108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375,275.06 |
| --- | --- | --- | --- |
| | **Burlington Northern Sante Fe Rwy**<br>**3110 SOLUTIONS CENTER**<br>**Chicago, IL 60677-3001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **BUSH, KEVIN**<br>**892 BAKER LAKE ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BUSWELL, CLINT MICHEAL**<br>**7035 COYOTE TRAIL ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BUTLER, TOYA MARIE**<br>**243 GROVE ADDITION**<br>**OLDTOWN, ID 83822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,596.82 |
|---|---|---|---|
| | **BYOGON NORTHWEST, LLC**<br>**6200 CAMPUS DR NE.**<br>**VANCOUVER, WA 98661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,870.09 |
|---|---|---|---|
| | **C. H. Robinson**<br>**SDS 12-0805**<br>**Minneapolis, MN 55486-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,699.98 |
|---|---|---|---|
| | **CAL CARGO**<br>**C/O PACIFIC CARGO INC**<br>**2816 WEST EINTON AVE**<br>**HAYWARD, CA 94545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CALDWELL, JOHN G**<br>**422767 SR 20**<br>**USK WA, WA 99180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMPBELL, DARRIN J**<br>**P O BOX 1345**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMPBELL, DEXTER**<br>**EAST 124 CIRCLE DRIVE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAMPBELL, SCOTT K**<br>**2017 FREEMAN LK RD**<br>**OLDTOWN, ID 83822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,743.76 |
|---|---|---|---|
| | **CAROTHERS & SON LTD**<br>**PO BOX 2709**<br>**EUGENE, OR 97402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CARPENTER, WALTER E**<br>**P.O. BOX 472**<br>**CHEWELAH, WA 99109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,974.00 |
|---|---|---|---|
| | **CASCADE AUTOMATION INC**<br>**1702 28TH STREET**<br>**SPRINGFIELD, OR 97477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,171.78 |
|---|---|---|---|
| | **CASCADE COLUMBIA DISTRIBUTIO**<br>**6308 SHARP AVE E**<br>**SPOKANE, WA 99212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,241.33 |
|---|---|---|---|
| | **CASCADES SONOCO INC**<br>**4320 95TH ST SW SUITE C**<br>**TACOMA, WA 98499** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CASKEY, ROBERT G**<br>**514 W. QUAIL LOOP ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|
| | **CASSIDY PAPER LLC**<br>**27 PERCHERON DR**<br>**MONROE, CT 06468** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,094.75 |
|---|---|---|---|
| | **CH MURPHY/CLARK ULLMAN INC**<br>**5565 DOLPHIN ST N**<br>**PORTLAND, OR 97217-7631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHILDERS, CHRISTOPHER LEE**<br>**5101 N MCINTOSH CT**<br>**SPOKANE, WA 99206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,630.14 |
|---|---|---|---|
| | **CHITWOOD ENTERPRISES**<br>**PO BOX 152**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHITWOOD, BOB G**<br>**P O BOX 1078**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CHRISTOFFERSON, DAVID R**<br>**1783 EAST SEQUIM BAY RD**<br>**SEQUIM, WA 98382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.70 |
|---|---|---|---|

**CINTAS CORP #606**
**918 FIFTH AVE N**
**YAKIMA, WA 98902-1412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,355.81 |
|---|---|---|---|

**CITY SERVICE VALCON**
**PO BOX 1**
**KALISPELL, MT 59903-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLARK, ARCHIE**
**1598 RICKEY CANYON RD**
**KETTLE FALLS, WA 99141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLARK, M'LISS M**
**3851 LARCH ROAD**
**LOON LAKE, WA 99148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLIFNER, KENNETH**
**P O BOX 202**
**CUSICK, WA 99119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,876.02 |
|---|---|---|---|

**COEUR D'ALENES CO**
**C/O STOCK STEEL**
**PO BOX 2610**
**SPOKANE, WA 99220-2610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,723.86 |
|---|---|---|---|

**COLUMBIA ELECTRIC SUPPLY CO**
**203 AUGUSTA E**
**SPOKANE, WA 99207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,542.35 |
|---|---|---|---|
| | **COLUMBIA INTERNATIONAL FORES**<br>**500 EAST BROADWAY SUITE 340**<br>**VANCOUVER, WA 98660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,512.17 |
|---|---|---|---|
| | **COMPLETE FOREST**<br>**PO BOX 268**<br>**BLANCHARD, ID 83804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,022.80 |
|---|---|---|---|
| | **COMPLETE PACKAGING SYSTEMS I**<br>**1375 HOPKINS STREET**<br>**WHITBY, ON L1N 5C2** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,823.14 |
|---|---|---|---|
| | **CONSTELLATION HOMEBUILDER SY**<br>**DBA EDIWISE 690 DORVAL DRIVE**<br>**SUITE 425**<br>**OAKVILLE, ON L6K 3W7** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,751.81 |
|---|---|---|---|
| | **Contract; Transportation Systems Co**<br>**PO BOX 277544**<br>**Atlanta, GA 30384-7544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **COON, CHRIS M**<br>**201 SOUTH FEA STREET**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **COON, ELIZABETH**<br>**201 LAURELHURST DRIVE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COPELAND, JACOB J**
**503 S CARNAHAN ROAD**
**SPOKANE VALLEY, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CORDES, BARBARA A**
**P.O. BOX 141**
**CUSICK, WA 99119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.60 |
|---|---|---|---|

**COUNTRY LANE INC**
**PO BOX 128**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COX, BOB M**
**157 COUGAR RIDGE LANE**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COX, TRACY A**
**157 COUGAR RIDGE LANE**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRADDICK, MICHAEL**
**P.O. BOX 588**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRAMER, ZACHARY STEVENS**
**506 N QUAIL AVE UNIT B**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 28 of 140

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CRAWFORD, ANDREW CORTNEY**<br>**582 HWY 211**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CRAWFORD, KRISTOPHER A**<br>**231 S SCOTT AVENUE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CRAWFORD, SHANDA**<br>**1131 SOUTH BELVEDERE AVE**<br>**GASTONIA, NC 28054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169,186.68 |
|---|---|---|---|
| | **Crete Carrier Corporation**<br>**PO BOX 852634**<br>**Lincoln, NE 68501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,387.45 |
|---|---|---|---|
| | **CRS DATA SOLUTIONS**<br>**3315 26TH NW**<br>**PORTLAND, OR 97210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,490.00 |
|---|---|---|---|
| | **CSS INTERNATIONAL, INC.**<br>**115 RIVER LANDING DR**<br>**CHARLESTON, SC 29492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CUMSTON, NATHANAEL JAMES**<br>**65 TROUDT CT**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CUNNINGHAM, JEFFREY<br>391 LONE PINE ROAD<br>NEWPORT, WA 99156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CUNNINGHAM, RAWLEY J<br>535 SPRING HAVEN DRIVE<br>OLDTOWN, ID 83822 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CUPP, JAMES<br>P O BOX 472<br>USK, WA 99180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CUPP, TOMMY D<br>1219 E SLATON LANE<br>DEER PARK, WA 99006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,980.66 |
|---|---|---|---|
| | CUTLER LOGGING<br>PO BOX 184<br>ATHOL, ID 83801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | CUTSHALL, MARK S<br>1681 DANFORTH ROAD<br>USK, WA 99180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.90 |
|---|---|---|---|
| | DALE HIEBERT<br>4014 E BRIDGES ROAD<br>ELK, WA 99009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DAMON, MICHAEL F**<br>**551 QUAIL LOOP**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DAVAZ, PAMELA J**<br>**P. O. BOX 1302**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DAVIS, MARC**<br>**P O BOX 990**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DAVIS, TIM**<br>**34515 FINDLEY ROAD**<br>**DEER PARK, WA 99006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,154.34 |
|---|---|---|---|
| | **DAWSON TRUCKING, INC.**<br>**ATTN: KAY DAWSON PO BOX 159**<br>**VALLEY, WA 99181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DEAN, JARED ALLEN**<br>**5321 SPRING VALLEY ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.24 |
|---|---|---|---|
| | **DELTA INDUSTRIES INC**<br>**16142 MASON ST NE**<br>**PORTLAND, OR 97230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DEMENT, ROBERT WAYNE**<br>**59W LINCOLN AVENUE**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DEOBALD, BARRY T**<br>**7904 NORTH SICILIA CT**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265.00 |
|---|---|---|---|
| | **DEVRIES BUSINESS RECORDS MGM**<br>**601 E PACIFIC**<br>**SPOKANE, WA 99201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DIMICK, MATTHEW A**<br>**2060 ELK LANE**<br>**KENDRIK, ID 83537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DITTL, RONALD**<br>**22116 62ND AVE EAST**<br>**SPANAWAY, WA 98387** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,247.00 |
|---|---|---|---|
| | **DS SERVICES OF AMERICA, INC.**<br>**PO BOX 660579**<br>**DALLAS, TX 75266-0579** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DUGGER, CLIFFORD J**<br>**4701 CAMDEN ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DURY, LOREN W**
**511 DURY LANE**
**CUSICK, WA 99119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.40 |
|---|---|---|---|

**DYKMAN ELECTRICAL INC**
**5711 SHARP E**
**SPOKANE, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ECKHOFF, STEVE**
**11662 W ARLEN STREET**
**BOISE, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,493.46 |
|---|---|---|---|

**ECONOTECH SERVICES LTD**
**852 DERWENT WAY**
**DELTA, BC V3M 5R1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDWARDS, STEVEN H**
**E 4720 LAUREL ROAD**
**CHATTAROY, WA 99003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,178.80 |
|---|---|---|---|

**ELJAY OIL CO INC**
**7815 VALLEYWAY**
**SPOKANE, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELLSWORTH, CHARLES GUY**
**2595 UNITED COPPER MINE ROAD**
**CHEWELAH, WA 99109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address**<br>**ELMER BROTHERS**<br>**2022 ELMERS LOOP ROAD**<br>**NEWPORT, ID 99156**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$551.66**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.146 | **Nonpriority creditor's name and mailing address**<br>**ENGEN, BJARNE K**<br>**241 TWIN OAKS LP**<br>**WINSTON, OR 97496**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.147 | **Nonpriority creditor's name and mailing address**<br>**ESKO INDUSTRIES LTD**<br>**3480 GARDNER CRT**<br>**BURNABY, BC V5G 3K4**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$452.72**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.148 | **Nonpriority creditor's name and mailing address**<br>**EVAN HANEY**<br>**12821 E. BRIDGES RD**<br>**ELK, WA 99009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$495.21**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.149 | **Nonpriority creditor's name and mailing address**<br>**EVERTS, MICHAEL ANTHONY**<br>**3906 E VULCAN RD**<br>**MEAD, WA 99021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.150 | **Nonpriority creditor's name and mailing address**<br>**EXBABYLON LLC**<br>**204 W. WALNUT STREET**<br>**NEWPORT, WA 99156**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$23,487.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.151 | **Nonpriority creditor's name and mailing address**<br>**EXCESS DISPOSAL SERVICE INC**<br>**2654 HWY 2 E**<br>**OLDTOWN, ID 83822**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$5,195.92**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $294.00 |
| | **EXCESS PORTABLE TOILETS, LLC**<br>**PO BOX 2242**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **FAIRCHILD, WILLIAM R**<br>**8676 W SAWTOOTH ST**<br>**RATHDRUM, ID 83538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **FAIRCHILD, WILLIAM ROBERT**<br>**7010 N COUNTRY HOMES BLVD**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **FARIES, DEANNE H**<br>**4112 PUENTE WAY**<br>**SACRAMENTO, CA 95864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **FARIES, III CHARLES**<br>**PO BOX 236**<br>**USK, WA 99180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **FARMIN, DANIEL**<br>**P.O. BOX 250**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | **FARMIN, ROBERT J**<br>**P O BOX 1206**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,251.69 |
|---|---|---|---|

**FAST WAY FREIGHT MANAGEMENT,**
**1001 N. HAVANA ST**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,262.39 |
|---|---|---|---|

**FAST WAY INC**
**PO BOX 40142**
**SPOKANE, WA 99220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**FEDEX**
**PO BOX 94515**
**PALATINE, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.82 |
|---|---|---|---|

**FERGUSON ENTERPRISES INC**
**4004 BOONE E**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,273.34 |
|---|---|---|---|

**FERGUSON FORESTRY SOLUTIONS**
**938 B Vanesse Rd**
**Kettle Falls, WA 99141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fidelity Investments**
**Attn:  Julie Sachs, FSA, EA**
**200 California St., Ste. 1200**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.06 |
|---|---|---|---|

**FIELD INSTRUMENTS & CONTROLS**
**2110 EMILY LANE E**
**SPOKANE, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FILLER, TIM P**<br>**311 LECLERC CREEK RD**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.45 |
|---|---|---|---|
| | **FINE LINE DIV. OF PCE PACIFI**<br>**22011 26TH AVENUE SE**<br>**BOTHELL, WA 98021-4900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,171.25 |
|---|---|---|---|
| | **FISH BAY RESOURCES**<br>**2473 TIGER LN**<br>**RICHLAND, WA 99352** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,036.50 |
|---|---|---|---|
| | **FISHER SCIENTIFIC**<br>**9999 VETERANS MEM DR**<br>**HOUSTON, TX 77038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,522.72 |
|---|---|---|---|
| | **FORESIGHT FORESTRY**<br>**PO BOX 108**<br>**PONDERAY, ID 83852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FOUST, MICHAEL**<br>**9919 NW 15TH AVENUE**<br>**VANCOUVER, WA 98685-5130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **FOXX, NORMA J**<br>**3072 POPSIE DR**<br>**BELVIDERE, IL 61008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,026.23 |
|---|---|---|---|

**FREEPORT LOGISTICS INC**
**431 N 47TH AVE**
**PHOENIX, AZ 85043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.15 |
|---|---|---|---|

**FROST ENGINEERING SERVICE CO**
**21000 86TH AVE SE**
**SNOHOMISH, WA 98296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FULTON, RUSSEL HUGH**
**BOX 1023**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GANGL, GARY E**
**3420 LEXINGTON WAY**
**WEST RICHLAND, WA 99353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARNER, RICHARD P**
**3295 VIEWRIDGE LANE**
**VALLEY, WA 99181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GARRETT, THOMAS**
**182 JADE DRIVE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GAUVIN, JEFFREY P**
**P O BOX 1095**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEARY, NANCY K**
**160 WENAS VIEW DR**
**SELAH, WA 98942-9101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**GEMSTATE PARTNERS**
**PO BOX 2658**
**SANDPOINT, ID 83864**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,841.73 |
|---|---|---|---|

**GENERAL MONITORS**
**26776 SIMPATICA CIRCLE**
**LAKE FOREST, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GEORGE, RONALD CHARLES**
**88 HERBS DRIVE**
**NEWPORT, WA 99156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GIFFORD, KAREN**
**1295 E DOBERMAN STREET**
**MERIDIAN, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GIRNUS, GARCY L**
**8373 N AINSWORTH DR**
**HAYDEN, ID 83835**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GOULET, TRACY P**
**342 DIAMOND DRIVE**
**NEWPORT, WA 99156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GRACE, MICHAEL**<br>**65 HARFORD PL**<br>**UPLAND, CA 91786-2708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GRACE, ROBERT J**<br>**17323 N GOLDEN DRIVE**<br>**COLBERT, WA 99005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24.83** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GRAINGER**<br>**5706 BROADWAY AVE E**<br>**SPOKANE, WA 99206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$762.00** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GRATING PACIFIC LLC**<br>**2775 FRONT ST N**<br>**WOODBURN, OR 97071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$419.02** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GRAYWOLF TIMBERS LLC**<br>**ATTN: KYLE GRAY**<br>**90344 SUMMIT VIEW DR**<br>**KENNIWICK, WA 99338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GREEN, GINA**<br>**#42 5370 S. DESERT DAWN DR**<br>**GOLD CANYON, AZ 85118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|-----------------------------------------------------|--------------------------------------------------------------------------|-----------|
| | **GREEN, MADELINE R**<br>**519. S STATE AVE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,660.02 |
|---|---|---|---|

**GREG JOHNSON LOGGING, LLC**
**PO BOX 1662**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GUENTHER, DONALD**
**1886 SUNSET DR.**
**WHITEHALL, PA 18052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HAAS, DIANE L**
**13202 SR 211**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.87 |
|---|---|---|---|

**HACH CO**
**2207 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HALEY, DAVID L**
**6092 COYOTE TRAIL ROAD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANEY, STAN**
**1652 BOX CANYON ROAD**
**IONE, WA 99139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HANEY, TERRY**
**505 S WASHINGTON**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HANSON, GARTH MICHAEL**<br>**484 DAVAZ CARLTON ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HANSON, TRAVIS WARREN**<br>**102 DUNN**<br>**ELK, WA 99009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HANTZ, MICHAEL LEE**<br>**PO BOX 1101**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HARDWICK, SHAUN J**<br>**402 SICLEY ROAD**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HARGROVE, AUSTIN CHANCE**<br>**506 N QUAIL AVE SPACE D**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HARGROVE, RUSTY R**<br>**506 N.QUAIL AVE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HATTEN, RICHARD**<br>**8608 WEST CLEARWATER PLACE**<br>**KENNEWICK, WA 99336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,474.72 |
|---|---|---|---|

**Heartland Express**
**901 N. KASAS AVE**
**North Liberty, IA 52317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEGEL, CHARITY**
**915 MAIN STREET, UNIT B**
**SANDPOINT, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEGEL, DUSTIN**
**10114 N COCHRAN RD**
**SPOKANE, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HEINE, FREDRICK HANS**
**801 HOOP LOOP ROAD**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HENDERSHOTT, JOEL D**
**6511 E. VALLEY LANE**
**ELK, WA 99009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HENDERSHOTT, KYLE CHARLES**
**4911 COYOTE TRAIL ROAD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HENDERSHOTT, NORMAN DALE**
**P O BOX 291**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENDERSHOTT, TROY M**
**P O BOX 383**
**USK, WA 99180**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENDRICKSON, JEFFREY THOMAS**
**321734 NORTH HIGHWAY 2**
**NEWPORT, WA 99156**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENDRIX, STARTSUN**
**1718 E LINCOLN ROAD, APT B305**
**SPOKANE, WA 99217**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HENRY, ROGER L**
**1111 W. MONTGOMERY RD**
**DEER PARK, WA 99006**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HEPKER, CAL W**
**BOX 942,**
**11616 NORTH MARKET STREET**
**MEAD, WA 99021**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,378.92 |
|---|---|---|---|

**HEXACOMB CORPORATION**
**2820 B ST NW SUITE 109**
**AUBURN, WA 98001**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOFACKER, BARBARA A**
**W 7540 COUNTY ROAD JJ**
**HORTONVILLE, WI 54944**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOFFMAN, MAVIS**
**242 QUARTZITE LOOP**
**CHEWELAH, WA 99109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOFSTEE, BRANDON J**
**P O BOX 475**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOGG,PAT**
**1115 INDIAN CREST DRIVE**
**INDIAN SPRINGS, AL 34124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOHNHORST, MARTIN LEO**
**3807 WEST JAY STREET**
**SPOKANE, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLMES, ROBIN**
**32606 N. SPOTTED ROAD**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOLMES, STEVEN L**
**32606 N. SPOTTED RD.**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,610.59 |
|---|---|---|---|

**HONEYWELL PROCESS SOLUTIONS**
**115 TABOR ROAD**
**MORRIS PLAINS, NJ 07950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $829.45 |
|---|---|---|---|

**HORIZON HELICOPTERS INC**
**PO BOX 28**
**LACLEDE, ID 83841-0029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,029.48 |
|---|---|---|---|

**HT X CUTCO INC.**
**17700 SE MILL PLAIN BLVD SUITE 180**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUGGINS, CHRISTINE**
**P.O. BOX 1501**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUNT, KRISTEN AILEEN**
**472 JADE DRIVE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUNTER, DENNIS D**
**435 DEER TRAIL ROAD**
**BLANCHARD, ID 83804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUNTLEY, BENSON E**
**P.O. BOX 367**
**METALINE FALLS, WA 99153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $929.84 |
|---|---|---|---|

**IDAHO DEPT OF LANDS**
**3284 WEST INDUSTRIAL LOOP**
**COEUR D'ALENE, ID 83815-6021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,875.67 |
|---|---|---|---|

**IDAHO FOREST GROUP**
**4447 EAST CHILCO ROAD**
**ATHOL, ID 83801-8477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233,889.80 |
|---|---|---|---|

**IDAHO FOREST GROUP**
**4447 E CHILCO RD**
**ATHOL, ID 83801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,351.92 |
|---|---|---|---|

**IDAHO FOREST GROUP LLC**
**4447 EAST CHILCO ROAD**
**ATHOL, ID 83801-8477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,282.88 |
|---|---|---|---|

**IDAHO WEST LLC**
**511 BOB NEWMAN ROAD**
**IONE, WA 99139-9618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,275.00 |
|---|---|---|---|

**INDUSTRIAL PREVENTATIVE MAINT. SOLU**
**ATTN: DAVID WILLIAMS**
**861 HUMMINGBIRD LANE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,607.12 |
|---|---|---|---|

**INGREDION INCORPORATED**
**PO BOX 742206**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,256.76 |
|---|---|---|---|

**INLAND EMPIRE PAPER COMPANY**
**3320 N ARGONNE**
**SPOKANE, WA 99212-2099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,791.98 |
|---|---|---|---|

**INLAND ENVIRONMENTAL RESOURC**
PO BOX 18978
SPOKANE, WA 99228

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.14 |
|---|---|---|---|

**INLAND FOREST MANAGEMENT INC**
PO BOX 1966
SANDPOINT, ID 83864

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,159.55 |
|---|---|---|---|

**INLAND PIPE & SUPPLY**
530 BROADWAY E
MOSES LAKE, WA 98837

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.49 |
|---|---|---|---|

**INSIGHT DIRECT USA**
6820 HARL AVE S
TEMPE, AZ 85283

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Intellitrans**
PO BOX 934941
Atlanta, GA 31193-3493

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.70 |
|---|---|---|---|

**INTELLITRANS LLC**
PO BOX 934941
ATLANTA, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,286.35 |
|---|---|---|---|

**ITS Logistics Brokerage**
555 VISTA BOULEVARD
Sparks, NV 89434

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IVES, BEVERLY J**
**1501 FLOWERY TRAIL RD**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACHETTA, FRANK E**
**68-1745 WAIKOLOA RD #J102**
**WAIKOLOA, HI 96738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACKSON, SHERRI L**
**3 F VIA CASTILLA**
**LAGUNA WOODS, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAPPERT, MARK**
**1036 HIGH DESERT DRIVE**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JARED, DOUG**
**P O BOX 177**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.78 |
|---|---|---|---|

**JASON HESTER LOGGING**
**13 MARA MEADOWS RD**
**ATHOL, ID 83801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,027.40 |
|---|---|---|---|

**JHGA REAL ESTATE**
**17700 SE MILL PLAIN BLVD SUITE 180**
**VANCOUVER, WA 98683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

20-01309-FPC7   Doc 6   Filed 06/29/20   Entered 06/29/20 10:14:52   Pg 49 of 140

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.08 |
|---|---|---|---|
| | JMF INC<br>318 HIGHLAND AVENUE<br>ST MARIES, ID 83861-2042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,039.04 |
|---|---|---|---|
| | JOE HESTER<br>W 11611 PRAIRIE AVE<br>POST FALLS, ID 83854 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,904.00 |
|---|---|---|---|
| | JOHN HANCOCK LIFE INS CO USA<br>17700 SE MILL PLAIN BLVD SUITE 180<br>VANCOUVER, WA 98683 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | JOHNSON, JON DERRICK<br>241 SUMMER ROAD PO BOX 121<br>PRIEST RIVER, ID 83856 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | JOHNSON, MYRON L<br>10792 HWY 211<br>USK, WA 99180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $957.44 |
|---|---|---|---|
| | JWP LOGGING INC.<br>PO BOX 1398<br>SANDPOINT, ID 83864 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,624.07 |
|---|---|---|---|
| | K & N ELECTRIC<br>PO BOX 303<br>SPOKANE, WA 99210-0303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,777.13 |
|---|---|---|---|

**KADANT SOLUTIONS DIVISION**
**35 SWORD ST**
**AUBURN, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,059.49 |
|---|---|---|---|

**Kam-Way Transportation, Inc**
**215 MARINE DR. , SUITE 200**
**Blaine, WA 98230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,617.03 |
|---|---|---|---|

**KAMAN INDUSTRIAL TECHNOLOGIE**
**PO BOX 2646**
**SPOKANE, WA 99220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KAMPS, MICHAEL EDWARD**
**P O BOX 1371**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.68 |
|---|---|---|---|

**KANO LABORATORIES**
**PO BOX 110098**
**NASHVILLE, TN 37222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEANE, FRED D**
**4213 SUMMERTON DR.**
**BYRAM, MS 39272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.62 |
|---|---|---|---|

**KERSHAW'S INC**
**119 HOWARD ST S**
**SPOKANE, WA 99204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KESSLER, BERNARD**
**1405 W CLIFFWOOD COURT**
**SPOKANE, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KILLMER, DENNIS E**
**P O BOX 674**
**CHEWELAH, WA 99109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**KING SOFT WATER CO**
**1425 HOUSTON E**
**SPOKANE, WA 99207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KING, BRAD J**
**705 W BELLWOOD DRIVE #29**
**SPOKANE, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KINGERY, LINDA M**
**POST OFFICE BOX 42**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KINGERY, RONALD WAYNE**
**P O BOX 2051**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,878.03 |
|---|---|---|---|

**KIWICO LLC**
**122 N RAYMOND RD SUITE 2**
**SPOKANE VALLEY, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $208.32 |
|---|---|---|---|

**KLEENAIR PRODUCTS CO INC**
**PO BOX 1669**
**CLACKAMAS, OR 97015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,080.07 |
|---|---|---|---|

**Knight Transportation**
**PO BOX 29897**
**Phoenix, AZ 85038-9897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KOBYLARZ, MARK P**
**210 W. CIRCLE DR.**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KOEHN, GREG A**
**172 GREGG'S COURT**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,705.60 |
|---|---|---|---|

**KONE INC**
**5805 SHARP AVE E SUITE A5**
**SPOKANE, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KONKRIGHT, DANIEL L**
**P.O. BOX 185**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KONKRIGHT, TIM J**
**P.O. BOX 216**
**CUSICK, WA 99119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KREAGER, CLIFFORD**<br>**279 BODIE CANYON RD**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **KROGH, TODD MATTHEW**<br>**912 DEER VALLEY ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|
| | **Lake Superior Forest Products Inc.**<br>**111 Robert-Bourassa Blvd.**<br>**Montreal, Quebec, H3C 2M1, Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LANDAHL, BRUCE D**<br>**8229 N MARJORIE STREET**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,536.20 |
|---|---|---|---|
| | **LANE MOUNTAIN CO**<br>**PO BOX 127**<br>**VALLEY, WA 99181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LARSON, CODY A**<br>**892 BAKER LAKE ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LAWRENCE, ADRIAN DUWAYNE**<br>**PO BOX 1973**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LEBLANC, JAMES P** | ☐ Contingent | |
| | **731 GREGGS ROAD** | ☐ Unliquidated | |
| | **NEWPORT, WA 99156** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LEISHMAN, THOMAS P** | ☐ Contingent | |
| | **12105 SW LAUSANNE ST** | ☐ Unliquidated | |
| | **WILSONVILLE, OR 97070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,887.50 |
|---|---|---|---|
| | **LHT LLC** | ☐ Contingent | |
| | **PO BOX 1556** | ☐ Unliquidated | |
| | **SPIRIT LAKE, ID 83869** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,796.55 |
|---|---|---|---|
| | **LIBERTY MUTUAL INSURANCE GRO** | ☐ Contingent | |
| | **PO BOX 0569** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 06132-0569** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LOUCK, JOHN P** | ☐ Contingent | |
| | **731 GREGGS RD** | ☐ Unliquidated | |
| | **NEWPORT, WA 99156** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LUFFMAN, CELESTE** | ☐ Contingent | |
| | **37176 HWY 41** | ☐ Unliquidated | |
| | **OLD TOWN, ID 83822** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **LUITEN, TIM** | ☐ Contingent | |
| | **17022 EAST 4TH** | ☐ Unliquidated | |
| | **SPOKANE VALLEY, WA 99037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LUKE, DAVID**<br>**7372 COYOTE TRAIL**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LUKE, PEGGY A**<br>**P O BOX 11373**<br>**SPOKANE VALLEY, WA 99211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MACHTOLF, PAUL**<br>**12306 N. FAIRWOOD DRIVE**<br>**SPOKANE, WA 99217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,985.00 |
|---|---|---|---|
| | **MAINTENANCE METROLOGY LLC**<br>**2427 W BERKLEY LN**<br>**HAYDEN, ID 83835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MAJOR, CHRISTOPHER THOMAS**<br>**PO BOX 741**<br>**CHATTAROY, WA 99003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MALSBURY, DORWIN**<br>**301 N UNION, SUITE B**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MANGANO, JASON MICHAEL**<br>**917 CHURCH STREET**<br>**SANDPOINT, ID 83864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MANWILL, HOWARD M**
**321 RIVER RD.**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARGESON, DONALD R**
**23575 SANDLAKE RD.**
**CLOVERDALE, OR 97112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARTIN, CHRIS J**
**1297 EASTSIDE ROAD**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARTIN, CHRIS R**
**2911 HORSESHOE DRIVE**
**LAS VEGAS, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,358.64 |
|---|---|---|---|

**MASON LOGGING LLC**
**18077 VICKI RD**
**RATHDRUM, ID 83858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MATLOCK, GREGORY LEE**
**39905 N SUNSET LANE**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCCORMICK, CYNTHIA**
**203 RIVERWATCH CIRCLE**
**KINGSPORT, TN 37660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 57 of 140

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCCORMICK, MICHAEL**
**203 RIVERWATCH CIRCLE**
**KINGSPORT, TN 37660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCISAAC, JAY**
**40321 SUNNYSIDE LANE**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MCKENNETT, HARLEN M**
**P O BOX 315**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MEANY, WILLIAM G**
**10161 NORTH FAIRWAY DRIVE**
**HAYDEN LAKE, ID 83835-9565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,643.56 |
|---|---|---|---|

**MegaCorp Logistics, LLC**
**7040 WRIGHTSVILLE AVE.**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MELENDEZ, MANUEL R**
**P.O. BOX 1468**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MESERVE, DON C**
**6965 S FOREST RIDGE DR**
**SPOKANE, WA 99224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MEYERS, RICHARD EAN**<br>**PO BOX 1656**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MILLER, JAMES L**<br>**910 E WELLINGTON DR.**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MILLER, RACHEL E**<br>**22 STEWART DR**<br>**BLANCHARD, ID 83804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MILLER, RANDALL D**<br>**662 JERMAIN RD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MILLER, ROBIN K**<br>**910 E.WELLINGTON DR.**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MILLER, SCOTT B**<br>**P O BOX 678**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MINOIA, MICHAEL P**<br>**14919 N LOWE ROAD**<br>**MEAD, WA 99021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MITCHELL, JOSHUA J**<br>**P O BOX 712**<br>**DEER PARK, WA 99006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MITTAN, MATTHEW**<br>**PO BOX 135**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MIZE, LAYMAN H**<br>**649 RILES CREED PK DR PO BOX 3**<br>**LACLEDE, ID 83841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MOE, TERRY**<br>**949 SPRUCE AVE**<br>**COEUR D'ALENE, ID 83814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MOHR, WILLIAM J**<br>**14562 N. WRIGHT ST**<br>**RATHDRUM, ID 83858** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MONK, BRIAN**<br>**566 W QUAIL LOOP**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MONK, TRACY**<br>**390 WATERTOWER LANE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MORROW, DEBORAH R**<br>**617 SOUTH 53RD AVENUE**<br>**YAKIMA, WA 98908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,496.49 |
|---|---|---|---|
| | **MOTION INDUSTRIES INC.**<br>**PO BOX 11894**<br>**SPOKANE, WA 99211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MULLALEY, SPENCER ROBERT**<br>**952 GREGGS ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MUNRO, SIDNEY A**<br>**POST OFFICE BOX 1304**<br>**CHEWELAH, WA 99109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **MYERS, BRANDYN**<br>**931 TURK RD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.43 |
|---|---|---|---|
| | **NAPA AUTO PARTS - PRIEST RIV**<br>**PO BOX 1903**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **NELSON, CANDY S**<br>**51 N. BOBIER ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NELSON, JOHN D**
**3154 PENINSULA RD**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NENEMA, JAMES L**
**12801 W 1ST AVE**
**AIRWAY HEIGHTS, WA 99001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NEUWELT, JOSEPH F**
**12537 DEERBRUSH CT.**
**NAMPA, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**NEWPORT VISION SOURCE PS**
**FENNO EYE CLINIC INC PS**
**205 SOUTH WASHINGTON**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.76 |
|---|---|---|---|

**NORDSON CORP**
**11475 LAKEFIELD DR**
**DULUTH, GA 30136-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,847.22 |
|---|---|---|---|

**NORTH COAST ELECTRIC CO**
**4216 E. MAIN AVE.**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NORTHRUP, CARL B**
**864 JARED RD**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.68 |
|---|---|---|---|

**NORTHSTAR CLEAN CONCEPTS**
**633 N HELENA ST**
**SPOKANE, WA 99202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,124.74 |
|---|---|---|---|

**NORTHWEST PULP & PAPER ASSOC**
**212 UNION AVENUE SE SUITE 103**
**OLYMPIA, WA 98501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.50 |
|---|---|---|---|

**NORTHWEST PUMP & EQUIPMENT C**
**2800 31ST AVE NW**
**PORTLAND, OR 97210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NORTON, CONNIE E**
**P.O.BOX 232**
**CUSICK, WA 99119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NOVAKOVICH, CHAD JAMES**
**520 EAST OWENS ROAD**
**CHATTAROY, WA 99003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NUNN, BRUCE E**
**92 HERRICK ROAD**
**BROOKLYN, CT 06234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.26 |
|---|---|---|---|

**NURNBERG SCIENTIFIC**
**18500 SW TETON AVE**
**TUALATIN, OR 97062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.29 |
|---|---|---|---|

**O'REILLY AUTO PARTS**
**PO BOX 9464**
**SPRINGFIELD, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**OGLETREE, DEAKINS, NASH, SMO**
**102 SOUTH MAIN STREET**
**GREENVILLE, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OLSON, WILLIAM L**
**10904 NE 61ST AVENUE**
**VANCOUVER, WA 98686-4602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OPP, SUE E**
**17606 72ND AVE E**
**PUYALLUP, WA 98375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OROZCO, LEO JOHN**
**1809 E CAROL ST APT #1**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OSCARSON, RON L**
**4222 FREEMAN LAKE ROAD**
**OLD TOWN, ID 83822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OWENS, MARK**
**709 NW 1047TH WAY**
**VANCOUVER, WA 98685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 64 of 140

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,053.13 |
|---|---|---|---|

**OXARC INC**
**PO BOX 2605**
**SPOKANE, WA 99220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,988.78 |
|---|---|---|---|

**PACIFIC TERMINALS, INC.**
**3480 W MARGINAL WAY SW**
**SEATTLE, WA 98106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PACK, DEANNA**
**P.O. BOX 834**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PACK, EARL J**
**P.O. BOX 834**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.18 |
|---|---|---|---|

**PACWEST MACHINERY LLC**
**3107 TRENT E**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.25 |
|---|---|---|---|

**PAPE MATERIAL HANDLING**
**5518 BROADWAY E**
**SPOKANE, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,682.17 |
|---|---|---|---|

**PAPEX INC**
**230 WATLINE AVENUE**
**MISSISSAUGA, ON L4Z 1P4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $739.33 |
|---|---|---|---|

**PARAMOUNT SUPPLY CO**
**PO BOX 1049**
**VERADALE, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090.21 |
|---|---|---|---|

**PARKSIDE PROPERTIES & FINANC**
**3917 N. POST ST**
**SPOKANE, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744.48 |
|---|---|---|---|

**PAUL GLAZIER LOGGING**
**PO BOX 464**
**SANDPOINT, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PEARMAN, PERRY**
**8272 FERTILE VALLEY ROAD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,579.79 |
|---|---|---|---|

**PEARSON LOGGING, LLC**
**698 ESTATES LOOP**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,560.00 |
|---|---|---|---|

**Pend Oreille Valley Railroad**
**1981 BLACK ROAD**
**Usk, WA 99180-9701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pension Benefit Guaranty Corp.**
**1200 K. Street NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pension Benefit Guaranty Corp.**
**Dept. 4316**
**Carol Stream, IL 60122-4316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERALTA, KENNETH**
**1393 GREEN ROAD**
**NEWPORT, WA 99156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERKINS, ROBERT**
**P O BOX 676**
**PRIEST RIVER, ID 83856**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,315.63 |
|---|---|---|---|

**PEROXYCHEM LLC**
**0987690 BC LTD**
**PO BOX 15573 STATION A**
**TORONTO, ON M5W 1C1**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERRY, STANLEY J**
**8004 WRIGLEY DRIVE**
**PASCO, WA 99301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERSYN, JOSEPH ALAN**
**P O BOX 964**
**SPIRIT LAKE, ID 83869**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PERSYN, KEVIN**
**200 S FEA AVENUE**
**NEWPORT, WA 99156**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **PERSYN, NEIL R**<br>**1082 LECLERC RD S**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **PETRIE, JR. THOMAS**<br>**10152 LECLERC ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **PETRIE,, SR. THOMAS W**<br>**852 LECLERC CREEK ROAD**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **PHILLIPS, THOMAS WAYNE**<br>**292 JADE DR**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **PHILLIPS,, JR. J. B.**<br>**5270 AL HIGHWAY 28**<br>**THOMASTON, AL 36783-3145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|
| | **PISANO, FRANK**<br>**910 NORTH MARGARET AVENUE**<br>**DEER PARK, WA 99006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10,150.18 |
|---|---|---|---|
| | **PLUMMER FOREST PRODUCTS INC**<br>**PO BOX 788**<br>**POST FALLS, ID 83877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,210.26 |
|---|---|---|---|
| | PLUMMER FOREST PRODUCTS INC<br>PO BOX 788<br>POST FALLS, ID 83877-0788 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.00 |
|---|---|---|---|
| | PONDERAY EMPLOYEE ASSOCIATIO<br>422767 SR 20<br>USK, WA 99180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,051,000.00 |
|---|---|---|---|
| | Ponderay Employee Pension Plan<br>c/o Ponderay Newsprint Co.<br>422767 Hwy 20<br>Usk, WA 99180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  as of 12/31/2019 | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | PONTIUS, DENISE<br>664 KENT CREEK LANE<br>NEWPORT, WA 99156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | POQUETTE, PETER E<br>16109 N. CIRRUS RD.<br>SPOKANE, WA 99208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | PORT OF PEND OREILLE<br>DBA PEND OREILLE VALLEY RAILROAD<br> 1981 BLACK RD<br>USK, WA 99180 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364,023.15 |
|---|---|---|---|
| | POTLATCHDELTIC LAND & LUMBER<br>601 WEST FIRST AVENUE - SUITE 1600<br>SPOKANE, WA 99201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.40 |
|---|---|---|---|
| | **PREMIER PARTY RENTALS** | ☐ Contingent | |
| | **PO BOX 101** | ☐ Unliquidated | |
| | **PRIEST RIVER, ID 83856** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,401.03 |
|---|---|---|---|
| | **PRIDE POLYMERS LLC** | ☐ Contingent | |
| | **1111 N. 20TH AVE** | ☐ Unliquidated | |
| | **YAKIMA, WA 98902** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **PRINE, HAROLD L** | ☐ Contingent | |
| | **402 SICELY ROAD** | ☐ Unliquidated | |
| | **CUSICK, WA 99119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **PROVO, DONALD L** | ☐ Contingent | |
| | **38703 N. SHORT ROAD** | ☐ Unliquidated | |
| | **DEER PARK, WA 99006** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **PUGH, SCOTT** | ☐ Contingent | |
| | **1714 S RAINIER STREET** | ☐ Unliquidated | |
| | **KENNEWICK, WA 99337** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|
| | **PULP-SMART CONSULTING DEVELO** | ☐ Contingent | |
| | **17817 LESLIE STREET UNIT 14** | ☐ Unliquidated | |
| | **NEWMARKET, ON L3Y 8C6** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RAINEY, JAMES A** | ☐ Contingent | |
| | **P O BOX 1766** | ☐ Unliquidated | |
| | **NEWPORT, WA 99156** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RALSTON, JAIME G**<br>**108 MACAVOY**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RALSTON, TAMARAC**<br>**4215 E MOODY LANE**<br>**MEAD, WA 99021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,021.00 |
|---|---|---|---|
| | **RAM TRUCKING**<br>**PO BOX 398**<br>**BROWNSVILLE, OR 97327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RAPP, DAREN**<br>**2140 WHEATLANDS AVENUE**<br>**LEWISTON, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $689.31 |
|---|---|---|---|
| | **RC POWERS, KLH LLC.**<br>**2195 WESTMOND**<br>**SAGLE, ID 83860** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **REEVE, GARY**<br>**11925 N MORTON DRIVE**<br>**SPOKANE, WA 99218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **REEVES, JOHN PADDOCK**<br>**PO BOX 1476**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,358.90 |
|---|---|---|---|

**REHN & ASSOCIATES**
**140 SOUTH ARTHUR SUITE 301**
**SPOKANE, WA 99205-5433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |
|---|---|---|---|

**REHN AND ASSOCIATES**
**PO BOX 5433**
**SPOKANE, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RILEY, MICHAEL WILLIAM**
**12671 DUFORT ROAD**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERG, RODNY**
**P O BOX 383**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERTS, MICHAEL**
**1155 NORTH BAINBRIDGE ST.**
**POST FALLS, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBINSON, DANIEL**
**2302 FLOWERY TRAIL ROAD**
**USK, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROGERS, ELVIN ALLEN**
**P O BOX 1537**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 72 of 140

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROLLINS, KIMBERLY**
**69 VILLAGE DRIVE**
**ORMOND BEACH, FL 32174**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROLLMAN, EARL F**
**1035 60TH STREET N**
**GRANVILLE, ND 58741**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,800.00 |
|---|---|---|---|

**ROLLVIS SA**
**C/O AMERICAN ROLLER SCREW**
**10015 PARK CEDAR DRIVE SUITE 150**
**CHARLOTTE, NC 28210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,493.60 |
|---|---|---|---|

**RONALD J. HENTGES**
**2269 SUMMIT VALLEY RD**
**ADDY, WA 99101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,580.20 |
|---|---|---|---|

**ROSEBURG FOREST PRODUCTS CO.**
**PO BOX 1088**
**ROSEBURG, OR 97470**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,016.83 |
|---|---|---|---|

**ROSEMOUNT INC**
**PO BOX 549**
**CHANHASSEN, MN 55317**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROSINSKI, CHUCK**
**787 FOX CREEK SPUR**
**PRIEST RIVER, ID 83856**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,873.10 |
|---|---|---|---|

**ROSS MACARTHUR**
**398892 HWY 20**
**CUSICK, WA 99119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,847.00 |
|---|---|---|---|

**ROTODYNE INC**
**320 NW 85TH ST**
**SEATTLE, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.66 |
|---|---|---|---|

**RR DONNELLEY**
**421 RIVERSIDE AVE W SUITE 602**
**SPOKANE, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RUTHERFORD, BRUCE**
**792 PENNY LANE**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,257.02 |
|---|---|---|---|

**RYAN HERCO FLOW SOLUTIONS**
**11805 NE 99TH ST SUITE 1350**
**VANCOUVER, WA 98682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SANDUSKY, MICHAEL**
**2204 - 35TH ST NW**
**GIG HARBOR, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAXON, JOHN**
**N 27505 COTTONWOOD**
**CHATTAROY, WA 99003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SAXON, JOSHUA ADAM**<br>**5727 N HEMLOCK ST**<br>**SPOKANE, WA 99205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SCHNEIDER, JEANINE M**<br>**P.O. BOX 1090**<br>**HAMILTON, MT 59840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SCHULTZ, BRENDA M**<br>**10356 S. THICKET PL.**<br>**HEREFORD, AZ 85615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SCHULTZ, KENNETH W**<br>**151 CARPENTER DRIVE**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SCHULTZ, PATRICK**<br>**P O BOX 235**<br>**LOON LAKE, WA 99148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SCOTT, BRADLEY J**<br>**P O BOX 171**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **SCOTT, LARRY A**<br>**432 MCCLOUD CREEK ROAD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SCOTT, PATRICK A**
**6837 DEER VALLEY ROAD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SCOTT, STEVEN R**
**242 DALKENA ST.**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SCRIBNER, JACOB M**
**PO BOX  1591**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SCRIBNER, MARK PERRY**
**P O BOX 1425**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SEGER, JEREMI ACE**
**P O BOX 414**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $22,654.22 |
|---|---|---|---|

**SETH CAMPBELL LOGGING LLC**
**PO BOX 222**
**BLANCHARD, ID 83804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**SHAFFER, PATRICIA J**
**11212 NORTH MOFFAT ROAD**
**MEAD, WA 99021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318.24 |
|---|---|---|---|

**SHANE CAMPBELL TRUCKING**
**PO BOX 14**
**BLANCHARD, ID 83804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHANHOLTZER, THOMAS P**
**P O BOX 1185**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHANHOLTZER, TYE W**
**431 DANFORTH ROAD**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHANHOLTZER, TYSON LEE**
**431 DANFORTH ROAD**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,666.40 |
|---|---|---|---|

**SHAWN BUTLER LOGGING**
**243 GROVES ADDITION**
**OLDTOWN, ID 83822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.67 |
|---|---|---|---|

**SHERWIN WILLIAMS PAINT CO**
**3200 E TRENT AVE BLDG 2 SUITE C**
**SPOKANE, WA 99202-4456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SHONKWILER, CHARLES M**
**1900 S. BEAUMONT DRIVE**
**MOSES LAKE, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**SHOPTIKAL LLC**
**SHOPKO OPTICAL**
**PO BOX 8402**
**CAROL STREAM, IL 60197-8402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.16 |
|---|---|---|---|

**SILVER CITY TIMBER CO INC.**
**PO BOX 1383**
**DEER PARK, WA 99006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SIMPSON, NATHAN**
**2411 S CANYON WOODS LANE**
**SPOKANE, WA 99224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SKEELS, STEVE L**
**4710 MARYWOOD DR**
**SPRING, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,321.14 |
|---|---|---|---|

**SLINGSHOT TRANSPORTATION INC**
**PO BOX 610**
**Brooklyn, MI 49230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SLUSSER, WILLIAM J**
**3025 W WOOLARD ROAD**
**COLBERT, WA 99005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SMOOT, ERICK C**
**6701 DEER VALLEY ROAD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SMYLY, DAVID R**<br>**2511 S.SULLIVAN RD**<br>**SPOKANE VALLEY, WA 99037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.18 |
|---|---|---|---|
| | **SNAP-ON TOOLS**<br>**1884 CAMDEN RD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,187.61 |
|---|---|---|---|
| | **SONOCO PRODUCTS CO**<br>**0123 1ST AVE**<br>**LEWISTON, ID 83501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.90 |
|---|---|---|---|
| | **SOUND SEAL & PACKING CO**<br>**PO BOX 605**<br>**EDMONDS, WA 98020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **SPINELLI, ANTHONY**<br>**7010 W KENDICK AVE**<br>**NINE MILE FALLS, WA 99026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.98 |
|---|---|---|---|
| | **SPRAYING SYSTEMS COMPANY**<br>**C/O FJ ALBERT & ASSOC**<br>**1720 100TH PL SUITE 102**<br>**EVERETT, WA 98208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,571.00 |
|---|---|---|---|
| | **SPRING ENVIRONMENTAL INC**<br>**1011 CEDAR ST N**<br>**SPOKANE, WA 99201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **STANG, DANIEL LEE**<br>**82 DEVIL`S DRIVE**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **STANG, STACY D**<br>**18461WESTSIDE CALISPEL RD**<br>**CUSICK, WA 99119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.56 |
| | **STANTON MCDANIEL**<br>**6201 S LECLERC RD**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **STARR, MARGINIA R**<br>**POST OFFICE BOX 130**<br>**USK, WA 99180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **STECK, MONICA**<br>**P O BOX 2165**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **STEFFEN, KAREN A**<br>**P O BOX 395**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.37 |
| | **STERICYCLE INC**<br>**PO BOX 6578**<br>**CAROL STREAMS, IL 60197-6578** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 80 of 140

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STEWART, ELIZABETH
14526 N FAIRVIEW DRIVE
MEAD, WA 99021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STEWART, GREG
C/O STEWART-LONGHURST, PS
323 E. 2nd Ave. Suite 101
SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STEWART, MARK DONALD
PO BOX 248
NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STIGALL, AUDIE A
145 5TH ST.
USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,092.65 |
|---|---|---|---|

**STIMSON LUMBER CO - ST. MARI
7600 NORTH MINERAL DRIVE SUITE 400
SUITE 400
COEUR D'ALENE, ID 83815-7763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,372.72 |
|---|---|---|---|

**STIMSON LUMBER COMPANY
7600 NORTH MINERAL DRIVE
COEUR D'ALENE, ID 83815-7763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STOCKER, MARIE
2812 S. PITTSBURG ST.
SPOKANE, WA 99203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 81 of 140

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,864.65 |
|---|---|---|---|

**STOEL RIVES LLP**
**760 SW NINTH AVE, SUITE 3000**
**PORTLAND, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STOLLEY, DALE**
**31000 N 10TH STREET**
**SPIRIT LAKE, ID 83869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STONE, ROBERT**
**P.O. BOX 371**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**STRANGE, JOEL D**
**296 DEER TRAIL ROAD**
**BLANCHARD, ID 83804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,612.94 |
|---|---|---|---|

**SUMTOTAL SYSTEMS, LLC**
**600 PARISIPPANY RD 2ND FLOOR**
**PARSIPPANY, NJ 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SVOBODA, JEFF**
**363 FRISSELL ROAD**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SWEGLE, TODD**
**15215 N GLENEDEN**
**SPOKANE, WA 99208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,203.09 |
|---|---|---|---|

**SWIFT TRANSPORTATION**
PO BOX 643956
CINCINNATI, OH 45264-3956

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124,028.73 |
|---|---|---|---|

**Swift Transportation**
PO BOX 643985
Pittsburgh, PA 15264-3985

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,833.55 |
|---|---|---|---|

**TACOMA SCREW PRODUCTS, INC.**
229 SOUTH HOWE ROAD
SPOKANE VALLEY, WA 99212

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TATGE, GAYLENE**
1141 DAVIS ROAD
USK, WA 99180

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TATGE, TROY M**
1141 DAVIS ROAD
USK, WA 99180

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAYLOR, CHARLES**
5816 NORTH CHRISTY LANE
SPOKANE, WA 99212

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.19 |
|---|---|---|---|

**TECHNICHEM CORP**
1 N MAPLE GROVE ROAD
BOISE, ID 83704

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$702.00** |
|---|---|---|---|

**TECHNIDYNE CORP**
**100 QUALITY AVE**
**NEW ALBANY, IN 47150-2272**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIEDE, CASEY RYAN**
**631 N WASHINGTON AVE**
**NEWPORT, WA 99156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIEDE, DANIEL F**
**552 LEVITCH RD**
**NEWPORT, WA 99156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**TIEDE, JOSHUA DANIEL**
**631 N WASHINGTON AVENUE**
**NEWPORT, WA 99156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,502.37** |
|---|---|---|---|

**TIM BENDICKSON**
**29703 HIGHWAY 57**
**PRIEST RIVER, ID 83856-9642**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,006.00** |
|---|---|---|---|

**TIMBER SOLUTIONS LLC**
**34 HALLIE WOOD LANE**
**PRIEST RIVER, ID 83856**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,362.14** |
|---|---|---|---|

**Total Quality Logistics**
**PO BOX 634558**
**Cincinatti, OH 45263-4558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,962.83 |
|---|---|---|---|

**Transfix**
**111 WEST 19TH ST, 6TH FLOOR**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRAUTMAN, TODD BLAINE**
**PO BOX 1874**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TRYBAN, DEVIN MATTHEW**
**408 GLIDDEN AVE**
**PRIEST RIVER, ID 83856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,559.96 |
|---|---|---|---|

**TW Transport, Inc.**
**7405 S. HAYFORD RD.**
**Cheney, WA 99004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ULSTAD, JOSHUA M**
**16320 N HATCH RD APT 603**
**COLBERT, WA 99005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,591.00 |
|---|---|---|---|

**UNION PACIFIC**
**PO BOX 502453**
**St Louis, MO 63150-2453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,713.72 |
|---|---|---|---|

**UNIT PROCESS CO**
**834 80TH ST SW SUITE 300**
**EVERETT, WA 98203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,241.16 |
|---|---|---|---|

**UNITED CONVEYOR CORP**
**60 GENTILE ST E**
**LAYTON, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,583.72 |
|---|---|---|---|

**V ALEXANDER & CO, INC**
**51 GERMANTOWN COURT SUITE 300**
**MEMPHIS, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,223.20 |
|---|---|---|---|

**VAAGEN BROS LUMBER INC.**
**565 WEST 5TH AVENUE**
**COLVILLE, WA 99114-2113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,569.44 |
|---|---|---|---|

**VALMET INC (CONSI-WA) FIBERT**
**2425 COMMERCE AVE NW SUITE 100**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,126.80 |
|---|---|---|---|

**VALMET INC.**
**34320 PACIFIC HWY S**
**FEDERAL WAY, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,027.60 |
|---|---|---|---|

**VALMET INC.**
**2900 COURTYARDS DR**
**NORCROSS, GA 30071-1554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,470.40 |
|---|---|---|---|

**VALMET, INC.**
**1280 WILLOWBROOK**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,369.09 |
|---|---|---|---|

**VALMET, INC. (AUTOMATION)**
**120 INTERSTATE WEST PKWY SUITE 450**
**LITHIA SPRINGS, GA 30122-3215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VANDEVANTER, THOMAS L**
**51 WOODLAND DRIVE**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VAUGHN, CARL**
**2501 NE 138TH AVE., APT 58**
**VANCOUVER, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VAUGHN, GREGORY**
**E 6216 RAE LANE**
**COLBERT, WA 99005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,899.68 |
|---|---|---|---|

**VEGA AMERICAS, INC.**
**4170 ROSSLYN DRIVE**
**CINCINNATI, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,075.00 |
|---|---|---|---|

**VENEER CHIP TRANSPORT, INC.**
**2205 PACIFIC HIGHWAY EAST**
**TACOMA, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VERITY, LAURA B**
**111 BERYL COURT**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $614.00 |
|---|---|---|---|

**VIBRATRONICS INC**
**7303 FRONTIER DR**
**GREENWELL SPRINGS, LA 70739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,602.99 |
|---|---|---|---|

**VISIONARY BROADBAND**
**1001 S DOUGLAS HWY SUITE 201**
**GILLETTE, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VOGEL, GLORIA**
**2441 FLOWERY TRAIL RD**
**USK, WA 99180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VOGEL, VANCE J**
**10102 N WELLEN LANE**
**SPOKANE, WA 99218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504.41 |
|---|---|---|---|

**VWR**
**355 TRECK DR**
**SEATTLE, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WALDEN, FARREN**
**631 NORTH WARREN**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.30 |
|---|---|---|---|

**WALJO SHEARD LLC**
**ATTN: WALTER SHEARD**
**2603 S SONNYBROOK LANE**
**SPOKANE VALLEY, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WALKUP, LONNIE**
**37165 HWY 41**
**OLDTOWN, ID 83822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WALLIS, II ROBERT P**
**751 HERBS DR.**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WALTON, ANDREW ISAAC**
**2613 E WINGER ROAD**
**MEAD, WA 99021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,386.05 |
|---|---|---|---|

**WAREHOUSE SPECIALISTS, LLC**
**WAREHOUSE SPECIALISTS, LLC**
**1160 N MAYFLOWER DRIVE**
**APPLETON, WI 54913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,452.40 |
|---|---|---|---|

**WARREN SIMPSON**
**PO BOX 39**
**FORD, WA 99013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WARREN, STEVEN JAMES**
**534 W 3RD STREET**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Washington Dept. of Ecology**
**4601 N. Monroe St.**
**Spokane, WA 99205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice only.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Washington Dept. of Health**<br>**16201 E. Indiana Ave.**<br>**Spokane, WA 99216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice only.__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.00 |
|---|---|---|---|
| | **WASHINGTON TRUCKING, INC**<br>**PO BOX 3279**<br>**ARLINGTON, WA 98223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.58 |
|---|---|---|---|
| | **WATSON MARLOW/BREDEL PUMPS**<br>**37 UPTON TECHNOLOGY PARK**<br>**WILMINGTON, MA 01887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WEAVER, BONNIE J**<br>**107 EAST H ST APT 302B**<br>**DEER PARK, WA 99006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,947.34 |
|---|---|---|---|
| | **WEBECO LLC**<br>**3774 WEST BEAN AVENUE**<br>**HAYDEN, ID 83835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WEBER, SHARON**<br>**132 LARCH STREET**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WEBER, WARREN P**<br>**P O BOX 1500**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,621.60 |

**WEDGE WOOD PRODUCTS**
**ATTN: VICKIE LYNN HALEY**
**6092 COYOTE TRAIL**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WEISBARTH, GEORGE**
**92 JORGENS ROAD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**WELSH, MARGARET P**
**12431 SR 27**
**PALOUSE, WA 99161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.89 |

**WESCO CASCADE CONTROLS CORP**
**2025 E TRENT AVE**
**SPOKANE, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,929.68 |

**WESTERN POLYMER CORP**
**32 ROAD R SE**
**MOSES LAKE, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.37 |

**WESTERN STATES EQUIPMENT CO**
**PO BOX 38**
**BOISE, ID 83707-0038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,408.30 |

**WESTERN TRANSPORT, LLC.**
**PO BOX 671**
**SHERIDAN, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,870.00 |
|---|---|---|---|
| | **WHEELER INDUSTRIES INC**<br>**NORTH 1118 HOWE ROAD**<br>**SPOKANE, WA 99212-0917** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WHITE, HUGH WILLIAM**<br>**1011 EAST SHARPSBURG AVE #540**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WHITE, KEVIN DAVID**<br>**1045 PENINSULA ROAD**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WIESE, CALEB**<br>**BOX 515**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WILLIAMS, EDGE L**<br>**3921 W SHAWNEE LANE**<br>**SPOKANE, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WILLIAMSON, JOSHUA**<br>**P O BOX 990**<br>**USK, WA 99180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **WILLNER, DANIEL J**<br>**1001 W WALNUT**<br>**NEWPORT, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148,780.63 |
|---|---|---|---|

**Wilson Logistics**
**PO BOX 874037**
**Kansas City, MO 64187-4037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILSON, CHRISTOPHER MICHAEL**
**8720 E MANSFIELD**
**SPOKANE VALLEY, WA 99212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WILSON, KEITH W**
**951 BOND ROAD**
**CUSICK, WA 99119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WINCHESTER, CAROLE**
**209 HARTWELL LAKE DR**
**SENECA, SC 29678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $903.03 |
|---|---|---|---|

**WISE LOGGING LLC**
**4617 BELLSTAR RD**
**CLAYTON, WA 99110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WISE, NEWTON**
**1261 JERMAIN RD**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WOOD, CHARLES R**
**1971 ALEXANDER RD**
**SILSBEE, TX 77656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WOOD, STEVEN R**<br>**2266 E SUNDOWN DRIVE**<br>**COEUR D ALENE, ID 83815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WYLIE, SHANELLE**<br>**20 E LAKEVIEW BLVD**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.90 |
|---|---|---|---|
| | **XEROX CORPORATION**<br>**45 GLOVAR AVENUE**<br>**NORWALK, CT 06856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **YARBER, DENVER L**<br>**13752 LECLERC ROAD**<br>**USK, WA 99180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **YARBER, RONALD M**<br>**3010 WESTMORELAND ROAD**<br>**DEER PARK, WA 99006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **YORK, DAVID**<br>**P O BOX 111**<br>**PRIEST RIVER, ID 83856** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **YORK, MARK B**<br>**5341 HOODOO LOOP**<br>**OLDTOWN, ID 83822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZAREN, ROBERT T**
**POST OFFICE BOX 955**
**COULEE, WA 99115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZIEGLER, CHRISTOPHER G**
**18421 N BOSTON ROAD**
**COLBERT, WA 99005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZIESKE, DALENE R**
**P O BOX 724**
**NEWPORT, WA 99156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 21,134,201.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 21,134,201.28 |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 95 of 140

Fill in this information to identify the case:

Debtor name **Ponderay Newsprint Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01309**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest     **Service and Support Agreement** | |
| State the term remaining | **Aldata Software Management** |
| List the contract number of any government contract | **211 Pembina Ave, Suite 203**<br>**Hinton, AV T7V 2B3, Canada** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest     **Software License Agreement** | |
| State the term remaining | **Aspen Technology, Inc** |
| List the contract number of any government contract | **20 Crosby Drive**<br>**Bedford, MA 01730** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest     **Supply Agreement** | |
| State the term remaining | **Asten Johnson** |
| List the contract number of any government contract | **4339 Corporate RD**<br>**North Charleston, SC 29405** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest     **Supply Agreement** | |
| State the term remaining | **BASF Corporation** |
| List the contract number of any government contract | **100 Park Ave**<br>**Florham Park, NJ 07932** |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 96 of 140

___First Name___    ___Middle Name___    ___Last Name___

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **BSP Warehousing & Distribution, Inc**<br>**11430 Ferrell Drive #600**<br>**Dallas, TX 75234** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Buckman**<br>**1256 North McLean Blvd**<br>**Memphis, TN 38108** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cal Cargo**<br>**2816 W. Winton Ave**<br>**Hayward, CA 94546** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Canon Solutions America, Inc**<br>**10102 E. Knox Avenue- Suite 400**<br>**Spokane, WA 99206** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cascades Sonoco**<br>**1 North Second Street**<br>**Hartsville, SC 29550** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Cintas Corp**<br>**3808 N. Sullivan RD BLDG N-1**<br>**Spokane, WA 99212** |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 97 of 140

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to support our JDE financial system.** | |
|---|---|---|---|
| | State the term remaining | | **CSS International, Inc.** |
| | List the contract number of any government contract | | **Attn: Todd Griffith**<br>**115 River Landing Drive**<br>**Charleston, SC 29492** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Ediwise** |
| | List the contract number of any government contract | | **690 Dorval Drive, Suite 425**<br>**Oakville, ON Canada** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Support Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Exbabylong LLC** |
| | List the contract number of any government contract | | **204 Walnut St**<br>**Newport, WA 99156** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Freeport Distribution** |
| | List the contract number of any government contract | | **PO Box 6628**<br>**Phoenix, AZ 85005** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Graymont** |
| | List the contract number of any government contract | | **585 W Southridge Way**<br>**Sandy, UT 84070** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing and support** | **Honeywell**<br>**1280 Meadow Drive**<br>**Cincinnati, OH 45240** |
|---|---|---|---|

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 98 of 140

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Support Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract    _____

**HPE throug Insight Direct USA**
**6820 Harl Ave S Tempe**
**Tempe, AZ 85283**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract    _____

**Intellitrans**
**133 Peachtree St NE Suite 3050**
**Atlanta, GA 30303**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract    _____

**International Raw Materials LTD**
**150 S. Independence Mall W STE 700**
**Philadelphia, PA 19106**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|

State the term remaining

List the contract number of any
    government contract    _____

**Metro Park Warehouses, Inc.**
**6920 Executive Drive**
**Fence, WI 54120**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract    _____

**Pacific Terminals LTD.**
**3480 W. Marginal S.W.**
**Seattle, WA 98106**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Papex**<br>**230 Watline Av,**<br>**Mississauga, Ontarion L4Z 1P4** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **On-Site Chipping Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Plummer Forest Products**<br>**401 N Potlatch Rd**<br>**Post Falls, ID 83854** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **POVA**<br>**1981 Black Rd**<br>**Usk, WA 99180** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **July 10, 1986 Fiber Mill Power Sales Contract,, as amended.** | |
|---|---|---|---|
| | State the term remaining | | **Public Uitlity District No. 1**<br>**Pend Oreille County**<br>**130 N. Washington**<br>**Newport, WA 99156** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **July 10, 1986 Paper Plant Power Sales Contract, as amended.** | |
|---|---|---|---|
| | State the term remaining | | **Public Uitlity District No. 1**<br>**Pend Oreille County**<br>**130 N. Washington**<br>**Newport, WA 99156** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **February 6, 2018 Settlement Agreement and Release** | |
|---|---|---|---|
| | State the term remaining | | **Public Uitlity District No. 1**<br>**Pend Oreille County**<br>**130 N. Washington**<br>**Newport, WA 99156** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Serrvice Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **RMIS**<br>**5388 Sterling Center Drive**<br>**Westlake Village, CA 91361** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sonoco**<br>**1 North Second Street**<br>**Hartsville, SC 29550** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stagecoach Cartage & Distribution,**<br>**7167 Chino**<br>**El Paso, TX 79915** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Sevice Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **State Protection Services INC**<br>**7011 E. Trent Ave. Suite 102**<br>**Spokane, WA 99212** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Support Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trinoor LLC**<br>**125 Church St. Suite 100**<br>**Marietta, GA 30060** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
| | | | **Valmet**<br>**2425 Commercial Ave**<br>**Winamac, IN 46996** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Valmet**<br>**1280 Willowbrook**<br>**Beloit, WI 53511** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Visionary BroadBand**<br>**101 S Douglas Hwy STE 201**<br>**Gillette, WY 82716** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Collective Bargaining Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Western Pulp Paper Workers AWPPW**<br>**1430 SW Clay St,**<br>**Portland, OR 97201** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Warehousing Agreements with WSI - Glendale WSI - Pomona- Southwest Offset Gardena WSI - Pomona- Press Enterprises - Riverside** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WSI**<br>**1160 North Mayflower Drive**<br>**Appleton, WI 54913** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Xerox Corporation**<br>**P. O. Box 827598**<br>**Philadelphia, PA 19182** |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 102 of 140

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 103 of 140

Fill in this information to identify the case:

Debtor name **Ponderay Newsprint Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01309**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 104 of 140

**Fill in this information to identify the case:**

Debtor name **Ponderay Newsprint Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01309**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$33,312,585.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$127,509,047.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$146,046,611.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | **Interest on restricted cash** | **$215,000.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Interest on restricted cash** | **$62,382.00** |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached list** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
    may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Lake Superior Forest Products Inc.**<br>**111 Robert-Bourassa Blvd.**<br>**Montreal, Quebec, H3C 2M1, Canada**<br>**Former General Partner** | | $1,379,029.00 | **Mgt fees, sales commissions and Transition service fees $843,159.00 Legal Fee reimbursements $535,870.00** |
| 4.2.   **Wingate Paper Company**<br>**Van C. Durrer, II**<br>**Skadden Arps Slate Meagher & Flom**<br>**300 S. Grand Ave #3400**<br>**Los Angeles, CA 90071**<br>**Former General Partner** | | $35,710.67 | **Payee:  McClatchy Properties Legal Fee reimbursements** |
| 4.3.   **MNG Paper Company LLC**<br>**c/o Lisa G. Beckerman**<br>**Akin Gump Strauss Hauer & Feld**<br>**One Bryant Park**<br>**New York, NY 10036**<br>**General Partner** | | $35,708.67 | **Legal Fee reimbursements** |
| 4.4.   **Indiana Newspapers LLC**<br>**c/o Nancy A. Peterman**<br>**Greenberg Taurig**<br>**77 W. Wacker Drive**<br>**Chicago, IL 60601**<br>**General Partner** | | $35,708.67 | **Legal Fee reimbursements** |
| 4.5.   **Myron Johnson**<br>**422767 WA-20**<br>**Usk, WA 99180**<br>**President** | | $548,233.00 | **Wages and Severance per best estimate due to inability to immediately access information from prior payroll service** |
| 4.6.   **Steve Wood**<br>**422767 WA-20**<br>**Usk, WA 99180**<br>**Chief Financial Officer** | | $213,040.00 | **Wages and Severance** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 106 of 140

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 107 of 140

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | **06/25/2020** | **$60,000.00** |
| | **Email or website address**<br>**bskd.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Ponderay Pension** | EIN: **91-1279303** |

Has the plan been terminated?

■ No

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **K&N Electric**<br>**415 Francher North**<br>**Spokane, WA 99210** | **Myron Johnson** | **electric motors, bushings, magnets** | ☐ No<br>■ Yes |
| **Valmet Inc.**<br>**2425 Commerece Ave NW Suite 100**<br>**Duluth, GA 30096** | **Myron Johnson** | **sensors and refiner plates** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
     List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **No Case Title.**<br>**Notice of Penalty, violating RCW chapter 70.94**<br>**Docket # 13716** | **Washington Department of Ecology**<br>**4601 N. Monroe Street**<br>**Spokane, WA 99205** | **Notice of Violation and civil penalty for operation of an unpermitted stationary internal combustion engine.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **No Case Title.**<br>**Notice of Violation No. 03AQER-5048** | **Washington Department of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Notice of violation was issued because it was determined (based on boiler source testing April 16, 2002 measuring NOx and PM10 emissions) the facility to be a major source subject to the title V program.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **No Case Title.**<br>**Potential to Emit (PTE) for VOC was greater than 100 tons per year**<br>**Notice of Violation** | **Washington Department of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Notice of Violation No. 3975, and Settlement Agreement and Agreed Order No. 3996. Violations identified were operation of the facility after the time the date required for submittal of a complete AOP application, failure to submit a timely AOP application, and exceeding the VOC emission limitation in Air Order (permit).** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

20-01309-FPC7    Doc 6    Filed 06/29/20    Entered 06/29/20 10:14:52    Pg 110 of 140

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Ponderay Newsprint Co.** <br> **422767 Hwy 20** <br> **Usk, WA 99180** | **Washington Dept. of Ecology** <br> **4601 N. Monroe St.** <br> **Spokane, WA 99205** | **Descripton of Notice** <br> **Sanitary liftstation overflow at WWT. Sanitary wastewater overflow onto the ground of approximately 20 gallons** <br> **\* Notice also given to WA State Department of Health** | 1/16/2020 |
| **Ponderay Newsprint Co.** <br> **422767 Hwy 20** <br> **Usk, WA 99180** | **Washington Dept. of Ecology** <br> **4601 N. Monroe St.** <br> **Spokane, WA 99205** | **Descripton of Notice** <br> **Diesel fuel spill (40-50 gallons) from Big Sky (contrator) pump truck that occurred just south of WWT building.** <br> **\* Notice also given to National Response Center** | 6/26/2019 |
| **Ponderay Newsprint Co.** <br> **422767 Hwy 20** <br> **Usk, WA 99180** | **Washington Dept. of Ecology** <br> **4601 N. Monroe St.** <br> **Spokane, WA 99205** | **Descripton of Notice** <br> **Appoximately 1,000 gallons of mill whitewater (process water with small amount of pulp fiber) overflowed into the stormwater channel.** | 6/28/2018 |
| **Ponderay Newsprint Co.** <br> **422767 Hwy 20** <br> **Usk, WA 99180** | **Washington Dept. of Ecology** <br> **4601 N. Monroe St.** <br> **Spokane, WA 99205** | **Descripton of Notice** <br> **Estimated to be 50 gallons of mill whitewater (process water with small amount of pulp fiber) during the process of restarting.** | 10/6/2017 |
| **Ponderay Newsprint Co.** <br> **422767 Hwy 20** <br> **Usk, WA 99180** | **Washington Dept. of Ecology** <br> **4601 N. Monroe St.** <br> **Spokane, WA 99205** | **Descripton of Notice** <br> **Diesel fuel spill (40-50 gallons) from Big Sky (contrator) pump truck that occurred just south of WWT building.** | 9/29/2017 |
| **Ponderay Newsprint Co.** <br> **422767 Hwy 20** <br> **Usk, WA 99180** | **Washington Dept. of Ecology** <br> **4601 N. Monroe St.** <br> **Spokane, WA 99205** | **Descripton of Notice** <br> **150 gallons of mill whitewater (process water with small amount of pulp fiber) overflowed while the mill was in the process of restarting production** | 9/27/2017 |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Descripton of Notice** **Sanitary liftstation overflow at WWT. Sanitary wastewater overflow onto the ground of approximately 40 gallons.** **\* Notice also given to WA State Department of Health** | 6/23/2017 |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Descripton of Notice** **Process water overflow onto 3rd street and into stormwater ditch.** | 6/9/2017 |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Descripton of Notice** **Approx. 500 gallons process water overflow during startup.** | 4/27/2016 |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Approximately 1-3 gallons of the caustic solution to the effluent water. Final effluent pH elevated to a peak point of 11.09. The final effluent pH exceeded the permit threshold of 9.0 for 12 minutes and exceeded the permit limit of 10.0 for 8 minutes.** | 2/18/2016 |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Approximately 100 gallons of partially treated mill effluent splashed out of the Sulfite Aeration Cooling (SAC) when subsurface blower air piping failed** | 8/13/2014 |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Approximately 150 gallons of effluent spilled out of a hole that formed in the top of the primary clarifier outfall pipe** | 7/14/2014 |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **WWT PRC Process overflow** | 11/22/2013 |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**Spill < 1000 gallons of either treated mill effluent or diluted activated sludge on the gravel between the two secondary clarifiers and between the lift station and storm sump.** | **7/30/2013** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**Overflow of approximately about 2,000 gallons of treated effluent from the lagoon.**<br>**\* Notice also given to WA Emergency Response Center** | **1/10/2013** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**Lubricating oil in the drainage ditch West of the paper machine building.**<br>**\* Notice also given to WA Emergency Response Center and National Response Center** | **11/21/2012** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**Sanitary sewer sump overflow by the water treatment building.** | **10/13/2012** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**1000 – 2000 gallons of treated final effluent and secondary sludge while draining secondary clarifier #2** | **7/14/2012** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**500 – 1000 gallons of treated final effluent on between  due to the failure of a level indicator at WWT** | **6/20/2012** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**100-500 gallons process water overflow during startup of papermachine.** | **5/16/2006** |
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **Washington Dept. of Ecology**<br>**4601 N. Monroe St.**<br>**Spokane, WA 99205** | **Description of Notice**<br>**100-500 gallons process water overflow during startup of papermachine.** | **5/12/2006** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **100 gallons process water overflow during startup.** | **8/3/2005** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Godon Trucking semi punctured a saddle tank on our property on 6/15, releasing approximately 60 gallons of diesel fuel to the ground.** | **6/15/2005** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **100-500 gallons process water overflow during startup.** | **5/24/2005** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Process water spull from corroded underground line.** | **4/21/2005** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **200 gallons process water overflow during startup of papermachine.** | **10/7/2004** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Process water spill at water treatment.** | **6/16/2003** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **75 gallons of a mixture of process and mill water flowed across the parking lot and into a stormwater ditch which drains into a field across the highway from pulp tank overflowing during a process upset.** | **6/24/2002** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Appox. 300 gallons of process water overflowed during startup of paper machine.** | **5/16/2001** |
| **Ponderay Newsprint Co.** **422767 Hwy 20** **Usk, WA 99180** | **Washington Dept. of Ecology** **4601 N. Monroe St.** **Spokane, WA 99205** | **Description of Notice** **Approximately 500 gallons of process water overflowed during the process of shutting down the mill for an extended (approx. 60 hours) outage.** | **5/17/1999** |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Ponderay Newsprint Co.<br>422767 Hwy 20<br>Usk, WA 99180 | Washington Dept. of Ecology<br>4601 N. Monroe St.<br>Spokane, WA 99205 | Description of Notice Effluent was backed up and came out a manhole Southwest of the lift station. | 11/28/1997 |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Steve Wood**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **August 2012-June 2020** |
| 26a.2.   **Garcy Girnus**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | **October 2011-June 2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **BDO USA**<br>**601 W. Riverside Ave**<br>**Spokane, WA 99201** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Steve Wood**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | |
| 26c.2.   **Garcy Girnus**<br>**422767 Hwy 20**<br>**Usk, WA 99180** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.   **BDO USA**<br>**601 Riverside Ave.**<br>**Suite 900**<br>**Spokane, WA 99201** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Resolute Forest Products**<br>**111 Robert-Bourassa Blvd.**<br>**Montreal, Quebec, H3C 2M1, Canada** |
| 26d.2.   **McClatchy**<br>**Skadden Arps Slate Meagher**<br>**300 S. Grand Ave., Ste. 3400**<br>**Los Angeles, CA 90071** |
| 26d.3.   **Gannett**<br>**7950 Jones Branch Drive**<br>**Mc Lean, VA 22107** |
| 26d.4.   **Media News**<br>**c/o Lisa G. Beckerman**<br>**Akin GUmp Strauss Hauer & Feld**<br>**One Bryant Park**<br>**New York, NY 10036** |
| 26d.5.   **Capital One NA**<br>**P.O. Box 6002**<br>**New Orleans, LA 70160** |
| 26d.6.   **AMAG Credit** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Dependant upon department** | | **Net Book Value**<br>**Raw materials inventory   $1,679,000.00**<br>**Work in progress inventory $ 54,000.00** |
| | **May 30, 2020** | **Finished good inventory $1,651,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **Ponderay Newsprint Co.**<br>**422767 Hwy 20**<br>**Usk, WA 99180** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

20-01309-FPC7     Doc 6     Filed 06/29/20     Entered 06/29/20 10:14:52     Pg 116 of 140

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Myron L. Johnson** | | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Steve Wood** | | **Chief Financial Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **MNG Paper Company, LLC** | **c/o Lisa G. Beckerman<br>Akin Gump Strauss Hauer & Feld<br>One Bryant Park<br>New York, NY 10036** | **General Partner** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Indiana Newspapers LLC** | **c/o Nancy A. Peterman<br>Greenberg Traurig<br>77 W. Wacker Drive<br>Chicago, IL 60601** | **General Partner** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Lake Superior Forest Products, Inc.** | **Richard Tremblay, Vice President<br>111 Robert-Bourassa Blvd.<br>Montreal, Quebec, H3C 2M1, Canada** | **General Partner** | **September 12, 1985<br>May 8, 2020<br>Notice of Withdrawal From Partnership** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tribune Newsprint Company** | **Van C. Durrer, II Skadden Arps Slate Meagher 300 S. Grand Ave., Ste. 3400 Los Angeles, CA 90071** | **General Partner 13.5%** | **September 12, 1985 April 30, 2020 Order Authorizing Rejection of Partnership Agreement and Abandonment of Partnership Interests in Ponderay Newsprint Company, In re The McClatchy Company et al, Chapter 11 United States Bankruptcy Court for the Southern District of New York, Case No. 20-10418.** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Newsprint Ventures Inc.** | **Van C. Durrer, II Skadden Arps Slate Meagher 300 S. Grand Ave., Ste. 3400 Los Angeles, CA 90071** | **General Partner 10%** | **September 12, 1985 April 30, 2020 Order Authorizing Rejection of Partnership Agreement and Abandonment of Partnership Interests in Ponderay Newsprint Company, In re The McClatchy Company et al, Chapter 11 United States Bankruptcy Court for the Southern District of New York, Case No. 20-10418.** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Wingate Paper Company** | **Van C. Durrer, II<br>Skadden Arps Slate Meagher<br>300 S. Grand Ave., Ste. 3400<br>Los Angeles, CA 90071** | **General Partner 3.5%** | **September 12, 1985<br>April 30, 2020<br>Order Authorizing Rejection of Partnership Agreement and Abandonment of Partnership Interests in Ponderay Newsprint Company, In re The McClatchy Company et al, Chapter 11 United States Bankruptcy Court for the Southern District of New York, Case No. 20-10418.** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ☒  Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See answers to SOFA Question 4.** | | | |
|  | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☒  No
    ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☐  No
    ☒  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Ponderay Newsprint** | **EIN:      91-1279303** |

| **Part 14:** | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2020**

**/s/ Myron L. Johnson**                                        **Myron L. Johnson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

20-01309-FPC7     Doc 6     Filed 06/29/20     Entered 06/29/20 10:14:52     Pg 120 of 140

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

|  |  | Source of information |
|---|---|---|
|  |  | **JDE Cash account 140.11110.5292** |
|  |  | **Time period 04/26/2020 to 06/26** |
| **PUBLIC UTILITY DISTRICT** | **(3,184,247.82)** | Suppliers or Vendors |
| 5/1/2020 | (469.50) |  |
| 5/8/2020 | (862.82) |  |
| 5/11/2020 | (1,058,181.61) |  |
| 5/21/2020 | (1,059,084.83) |  |
| 5/29/2020 | (0.05) |  |
| 6/9/2020 | (1,065,649.01) |  |
| **AMERICAN AGCREDIT** | **(1,019,941.24)** | Secured Debt and Interest |
| 5/1/2020 | (3,157.98) |  |
| 5/8/2020 | (1,008,631.69) |  |
| 6/4/2020 | (848.90) |  |
| 6/9/2020 | (7,302.67) |  |
| **POTLATCHDELTIC LAND & LUMBER,** | **(817,665.00)** | Suppliers or Vendors |
| 5/1/2020 | (215,114.02) |  |
| 5/29/2020 | (282,944.39) |  |
| 6/11/2020 | (319,606.59) |  |
| **FIDELITY INVESTMENTS** | **(780,852.28)** | Services 401k Plan |
| 5/1/2020 | (119,032.24) |  |
| 6/26/2020 | (40,000.00) |  |
| 6/25/2020 | (621,820.04) |  |
| **Burlington Northern Sante Fe R** | **(740,992.09)** | Suppliers or Vendors |
| 5/1/2020 | (552,019.04) |  |
| 5/31/2020 | (188,973.05) |  |
| **BUCKMAN LABORATORIES INC.** | **(381,578.79)** | Suppliers or Vendors |
| 5/1/2020 | (87,464.64) |  |
| 5/6/2020 | (99,954.65) |  |
| 5/22/2020 | (56,382.98) |  |
| 5/29/2020 | (90,197.95) |  |
| 6/2/2020 | (47,578.57) |  |
| **IDAHO FOREST GROUP** | **(346,978.44)** | Suppliers or Vendors |
| 5/1/2020 | (121,750.30) |  |
| 5/29/2020 | (205,084.94) |  |
| 6/4/2020 | (20,143.20) |  |
| **CASCADES SONOCO INC** | **(323,807.17)** | Suppliers or Vendors |
| 5/6/2020 | (69,346.13) |  |
| 5/29/2020 | (126,989.99) |  |
| 6/2/2020 | (43,543.88) |  |
| 6/4/2020 | (41,516.62) |  |

1
ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| 6/9/2020 | (42,410.55) | |
| **C. H. Robinson** | **(321,365.56)** | Suppliers or Vendors |
| 5/1/2020 | (321,365.56) | |
| **UNITED HEALTHCARE INSURANCE CO** | **(307,774.20)** | Services (Medical Insurance) |
| 5/1/2020 | (109,220.37) | |
| 6/2/2020 | (105,155.89) | |
| 6/26/2020 | (93,397.94) | |
| **PEND OREILLE COUNTY TREASURER** | **(300,284.20)** | Other (Property Taxes) |
| 4/29/2020 | (300,284.20) | |
| **QUAD GRAPHICS (PARENT)** | **(274,762.68)** | Other (Customer Rebates) |
| 5/1/2020 | (274,762.68) | |
| **ASCENSUS SPECIALTIES LLC** | **(217,510.94)** | Suppliers or Vendors |
| 4/28/2020 | (48,640.94) | |
| 5/1/2020 | (56,625.41) | |
| 5/29/2020 | (56,444.61) | |
| 6/4/2020 | (55,799.98) | |
| **Crete Carrier Corporation** | **(213,708.85)** | Suppliers or Vendors |
| 5/31/2020 | (213,708.85) | |
| **FPRS wire payments** | **(206,871.15)** | Services 401k Plan |
| 4/30/2020 | (206,871.15) | |
| **ALBANY INTERNATIONAL CORP** | **(138,373.60)** | Suppliers or Vendors |
| 5/29/2020 | (63,839.08) | |
| 6/2/2020 | (74,534.52) | |
| **VALMET, INC.** | **(133,809.78)** | Suppliers or Vendors |
| 5/1/2020 | (18,998.72) | |
| 5/6/2020 | (34,138.10) | |
| 5/8/2020 | (908.16) | |
| 5/29/2020 | (77,737.80) | |
| 6/9/2020 | (2,027.00) | |
| **PLUMMER FOREST PRODUCTS INC** | **(128,008.29)** | Suppliers or Vendors |
| 5/8/2020 | (80,894.02) | |
| 5/29/2020 | (47,114.27) | |
| **CSS INTERNATIONAL, INC.** | **(125,658.04)** | OTHER (Software investment JDE 9.2( |
| 5/22/2020 | (30,000.00) | |
| 6/2/2020 | (95,658.04) | |
| **FPRS Hrly and Sal 05/31** | **(121,995.05)** | Services 401k Plan |
| 5/29/2020 | (121,995.05) | |
| **CITY SERVICE VALCON** | **(110,845.44)** | Suppliers or Vendors |
| 5/1/2020 | (457.66) | |
| 5/6/2020 | (11,149.75) | |
| 5/8/2020 | (757.68) | |
| 5/29/2020 | (34,490.90) | |

2
ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| 6/4/2020 | (34,368.80) | |
| 6/9/2020 | (29,620.65) | |
| **REHN & ASSOCIATES** | **(101,060.78)** | Services (Employee Health Savings Acco |
| 4/28/2020 | (50.00) | |
| 5/1/2020 | (7,853.32) | |
| 5/6/2020 | (13,276.83) | |
| 5/29/2020 | (13,016.24) | |
| 6/2/2020 | (18,986.33) | |
| 6/26/2020 | (47,878.06) | |
| **STATE PROTECTION SERVICES INC** | **(94,532.46)** | Services (Security) |
| 5/1/2020 | (36,967.34) | |
| 6/11/2020 | (18,403.50) | |
| 6/17/2020 | (19,416.43) | |
| 6/26/2020 | (19,745.19) | |
| **HONEYWELL INTERNATIONAL INC.** | **(92,499.70)** | Other (Capital - new ERP System) |
| 5/29/2020 | (92,499.70) | |
| **SONOCO PRODUCTS CO** | **(84,760.03)** | Suppliers or Vendors |
| 4/28/2020 | (29,186.10) | |
| 5/1/2020 | (9,194.87) | |
| 5/4/2020 | (3,559.45) | |
| 5/8/2020 | (17,078.36) | |
| 5/29/2020 | (25,741.25) | |
| **FREEPORT LOGISTICS INC** | **(72,086.13)** | Services (Warehouses) |
| 4/28/2020 | (24,559.94) | |
| 5/1/2020 | (389.25) | |
| 5/29/2020 | (6,486.08) | |
| 6/4/2020 | (10,163.97) | |
| 6/9/2020 | (4,712.60) | |
| 6/11/2020 | (25,774.29) | |
| **BDO SEIDMAN LLP** | **(71,500.00)** | Services (Accounting/Auditing) |
| 5/22/2020 | (71,500.00) | |
| **IDAHO FOREST GROUP LLC** | **(68,840.01)** | Suppliers or Vendors |
| 5/1/2020 | (61,834.80) | |
| 5/29/2020 | (7,005.21) | |
| **FPRS hourly 5/17 pr** | **(68,524.80)** | Services 401k Plan |
| 5/26/2020 | (68,524.80) | |
| **Pend Oreille Valley Railroad** | **(64,242.10)** | Suppliers or Vendors |
| 5/11/2020 | (50,400.00) | |
| 5/29/2020 | (12,472.85) | |
| 6/11/2020 | (1,369.25) | |
| **SPENCER JOHNSTON CO.** | **(63,187.00)** | Suppliers or Vendors |
| 6/9/2020 | (63,187.00) | |

3
ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| **VAAGEN BROS LUMBER INC.** | **(61,491.89)** | Suppliers or Vendors |
| 5/8/2020 | (57,230.68) | |
| 6/9/2020 | (4,261.21) | |
| **BUSH KORNFELD, LLP** | **(60,000.00)** | Services (Legal) |
| 6/25/2020 | (60,000.00) | |
| **ROSEBURG FOREST PRODUCTS CO.** | **(58,240.60)** | Suppliers or Vendors |
| 5/8/2020 | (30,163.10) | |
| 5/29/2020 | (20,258.70) | |
| 6/9/2020 | (7,818.80) | |
| **ANDRITZ FABRICS AND ROLLS INC** | **(57,332.51)** | Suppliers or Vendors |
| 5/1/2020 | (57,332.51) | |
| **ASTENJOHNSON ADVANCED FABRICS** | **(55,009.25)** | Suppliers or Vendors |
| 5/1/2020 | (22,538.65) | |
| 5/29/2020 | (32,470.60) | |
| **INLAND EMPIRE PAPER COMPANY** | **(52,020.94)** | Suppliers or Vendors |
| 5/29/2020 | (38,297.22) | |
| 6/17/2020 | (13,723.72) | |
| **STIMSON LUMBER COMPANY** | **(47,111.13)** | Suppliers or Vendors |
| 5/29/2020 | (39,256.86) | |
| 6/17/2020 | (7,854.27) | |
| **KMM SUPPLY CHAIN CONSULTING LL** | **(46,706.26)** | Services (Consulting capitalized for new |
| 5/22/2020 | (46,706.26) | |
| **LAKE SUPERIOR FOREST PRODUCTS** | **(44,940.41)** | Services (Transition Services) |
| 6/17/2020 | (44,940.41) | |
| **PACIFIC TERMINALS, INC.** | **(44,284.58)** | Suppliers or Vendors |
| 5/6/2020 | (7,796.85) | |
| 5/29/2020 | (36,487.73) | |
| **COX NEWSPRINT SUPPLY** | **(43,548.09)** | Other (Customer Rebates) |
| 5/2/2020 | (43,548.09) | |
| **STOEL RIVES, LLP** | **(41,044.50)** | Services (Legal) |
| 6/25/2020 | (41,044.50) | |
| **VIDOVICH FORESTRY CONSULTING I** | **(40,677.12)** | Services |
| 5/8/2020 | (6,863.76) | |
| 5/29/2020 | (25,440.12) | |
| 6/9/2020 | (8,373.24) | |
| **CITSCORP** | **(39,907.40)** | Services |
| 5/6/2020 | (39,907.40) | |
| **JHGA REAL ESTATE** | **(39,619.24)** | Suppliers or Vendors |
| 5/8/2020 | (16,447.92) | |
| 5/29/2020 | (23,171.32) | |
| **INLAND ENVIRONMENTAL RESOURCES** | **(35,607.86)** | Services |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| 5/29/2020 | (8,742.72) | |
| 6/2/2020 | (18,106.50) | |
| 6/17/2020 | (8,758.64) | |
| **PEROXYCHEM LLC** | **(32,887.12)** | Suppliers or Vendors |
| 4/28/2020 | (17,658.39) | |
| 5/6/2020 | (15,228.73) | |
| **CAL CARGO** | **(31,257.53)** | Suppliers or Vendors |
| 4/28/2020 | (2,493.65) | |
| 5/29/2020 | (1,878.22) | |
| 6/2/2020 | (5,798.97) | |
| 6/9/2020 | (9,744.66) | |
| 6/17/2020 | (11,342.03) | |
| **CANON FINANCIAL SERVICES, INC.** | **(29,362.40)** | Other (Capital - Xerox machines) |
| 5/29/2020 | (29,362.40) | |
| **INTELLITRANS** | **(26,861.50)** | Services (Freight auditing) |
| 5/1/2020 | (15,000.00) | |
| 5/29/2020 | (11,861.50) | |
| **ALLAN CRAMER LOGGING, INC** | **(26,202.97)** | Suppliers or Vendors |
| 5/8/2020 | (6,254.87) | |
| 5/29/2020 | (11,312.43) | |
| 6/9/2020 | (8,635.67) | |
| **CASSIDY PAPER LLC** | **(24,000.00)** | Services (Consulting - new market devel |
| 5/1/2020 | (12,000.00) | |
| 6/17/2020 | (12,000.00) | |
| **APPLIED INDUSTRIAL TECHNOLOGIE** | **(23,762.14)** | Suppliers or Vendors |
| 5/29/2020 | (5,799.62) | |
| 6/11/2020 | (17,962.52) | |
| **INDUSTRIAL PREVENTATIVE MAINTE** | **(21,923.13)** | Services |
| 4/28/2020 | (6,320.00) | |
| 5/29/2020 | (5,958.00) | |
| 6/9/2020 | (9,645.13) | |
| **XEROX CORPORATION** | **(21,114.73)** | Services |
| 5/29/2020 | (21,114.73) | |
| **VOITH SULZER PAPER TECHNOLOGY** | **(19,464.00)** | Suppliers or Vendors |
| 5/22/2020 | (19,464.00) | |
| **DELTA DENTAL OF WASHINGTON** | **(18,849.35)** | Services (Dental) |
| 4/28/2020 | (11,365.32) | |
| 6/4/2020 | (7,484.03) | |
| **REGEHR LOGGING, INC.** | **(18,793.08)** | Suppliers or Vendors |
| 5/8/2020 | (13,268.52) | |
| 5/29/2020 | (5,524.56) | |
| **EDIWISE - A DIVISION OF** | **(17,240.00)** | Suppliers or Vendors |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| 5/4/2020 | (17,240.00) | |
| **COLUMBIA INTERNATIONAL FOREST** | **(17,136.35)** | Suppliers or Vendors |
| 6/4/2020 | (17,136.35) | |
| **LINCOLN FINANCIAL GROUP INS OF** | **(16,972.83)** | Services (Life and Disability) |
| 5/6/2020 | (8,523.93) | |
| 5/29/2020 | (8,448.90) | |
| **JOHN HANCOCK LIFE INS CO USA S** | **(16,878.20)** | Services (Life and Disability) |
| 5/8/2020 | (11,552.04) | |
| 5/29/2020 | (4,351.36) | |
| 6/9/2020 | (974.80) | |
| **RONALD J. HENTGES** | **(16,582.00)** | Suppliers or Vendors |
| 5/8/2020 | (7,172.00) | |
| 5/29/2020 | (9,410.00) | |
| **NORTH AMERICAN MECHANICAL SERV** | **(16,310.00)** | Services |
| 5/6/2020 | (16,310.00) | |
| **METRO PARK WAREHOUSES, INC.** | **(16,091.08)** | Services (Warehouses) |
| 4/28/2020 | (2,096.24) | |
| 5/1/2020 | (4,110.62) | |
| 5/29/2020 | (3,365.82) | |
| 6/17/2020 | (6,518.40) | |
| **HEXACOMB CORPORATION** | **(15,862.72)** | Suppliers or Vendors |
| 5/29/2020 | (8,807.31) | |
| 6/9/2020 | (7,055.41) | |
| **SYSTEM GLOBAL TIMBERLANDS CUTC** | **(15,004.40)** | Suppliers or Vendors |
| 5/29/2020 | (14,070.00) | |
| 6/9/2020 | (934.40) | |
| **HT X CUTCO INC.** | **(14,604.20)** | Suppliers or Vendors |
| 5/29/2020 | (8,803.20) | |
| 6/9/2020 | (5,801.00) | |
| **CUTLER LOGGING** | **(14,592.04)** | Suppliers or Vendors |
| 5/8/2020 | (4,613.72) | |
| 5/29/2020 | (4,946.66) | |
| 6/9/2020 | (5,031.66) | |
| **PAPEX INC** | **(13,765.16)** | Suppliers or Vendors |
| 5/4/2020 | (7,765.16) | |
| 5/29/2020 | (6,000.00) | |
| **SETH CAMPBELL LOGGING LLC** | **(13,585.73)** | Suppliers or Vendors |
| 5/29/2020 | (4,508.75) | |
| 6/17/2020 | (9,076.98) | |
| **KESPRY INC.** | **(13,450.00)** | Suppliers or Vendors |
| 6/11/2020 | (13,450.00) | |
| **JASON HESTER LOGGING** | **(13,304.70)** | Suppliers or Vendors |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| 6/9/2020 | (13,304.70) | |
| **GREG JOHNSON LOGGING, LLC** | **(13,261.59)** | Suppliers or Vendors |
| 5/8/2020 | (6,177.87) | |
| 5/29/2020 | (4,831.20) | |
| 6/9/2020 | (2,252.52) | |
| **AWPPW LOCAL UNION NO. 422** | **(13,239.16)** | Other (Union Dues) |
| 5/29/2020 | (6,609.09) | |
| 6/26/2020 | (6,630.07) | |
| **ELIZABETH MARIE HUNT** | **(13,110.00)** | Services (Consulting on ERP System) |
| 5/29/2020 | (8,085.00) | |
| 6/11/2020 | (5,025.00) | |
| **AMERICAN COLLOID COMPANY NW 52** | **(11,455.78)** | Services |
| 5/29/2020 | (11,455.78) | |
| **SPRING ENVIRONMENTAL INC** | **(11,304.50)** | Services |
| 5/8/2020 | (1,729.50) | |
| 5/29/2020 | (6,124.75) | |
| 6/4/2020 | (3,450.25) | |
| **ALLISON-BROCK INC** | **(10,999.94)** | Services |
| 5/6/2020 | (2,218.95) | |
| 5/29/2020 | (2,191.91) | |
| 6/2/2020 | (2,192.82) | |
| 6/26/2020 | (4,396.26) | |
| **KONE INC** | **(10,852.88)** | Services |
| 5/1/2020 | (852.80) | |
| 5/22/2020 | (9,147.28) | |
| 6/9/2020 | (852.80) | |
| **SUPPLYFORCE, LLC** | **(10,741.55)** | Suppliers or Vendors |
| 5/29/2020 | (2,063.09) | |
| 6/17/2020 | (8,678.46) | |
| **OXARC INC** | **(10,431.45)** | Suppliers or Vendors |
| 5/1/2020 | (422.93) | |
| 5/4/2020 | (4,172.96) | |
| 5/6/2020 | (622.58) | |
| 5/8/2020 | (293.97) | |
| 5/29/2020 | (4,919.01) | |
| **LIBERTY MUTUAL INSURANCE GROUP** | **(10,398.30)** | Services |
| 5/29/2020 | (10,398.30) | |
| **EXBABYLON LLC** | **(10,000.00)** | Services |
| 5/29/2020 | (10,000.00) | |
| **PULP AND PAPER PRODUCTS COUNCI** | **(9,974.40)** | Services |
| 5/1/2020 | (4,306.23) | |
| 5/6/2020 | (5,668.17) | |

7

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| **IDAHO WEST LLC** | **(9,778.30)** | Suppliers or Vendors |
| 5/8/2020 | (2,819.71) | |
| 5/29/2020 | (3,047.85) | |
| 6/9/2020 | (3,910.74) | |
| **WAREHOUSE SPECIALISTS, LLC** | **(9,505.42)** | Services |
| 5/29/2020 | (9,505.42) | |
| **SPN CONSULTANTS INC** | **(8,850.00)** | Services |
| 6/11/2020 | (8,850.00) | |
| **WEDGE WOOD PRODUCTS** | **(8,778.00)** | Suppliers or Vendors |
| 5/29/2020 | (8,778.00) | |
| **FERGUSON FORESTRY SOLUTIONS** | **(8,717.98)** | Suppliers or Vendors |
| 5/8/2020 | (4,238.44) | |
| 5/29/2020 | (3,431.66) | |
| 6/9/2020 | (1,047.88) | |
| **GRAYMONT WESTERN US INC** | **(8,365.50)** | Suppliers or Vendors |
| 5/29/2020 | (8,365.50) | |
| **RED ROSE CARPET CLEANING** | **(8,000.00)** | Services (Janitorial) |
| 5/8/2020 | (4,000.00) | |
| 5/29/2020 | (4,000.00) | |
| **CH MURPHY/CLARK ULLMAN INC** | **(7,987.09)** | Services |
| 6/17/2020 | (7,987.09) | |
| **COMPLETE FOREST** | **(7,821.44)** | Suppliers or Vendors |
| 5/8/2020 | (3,130.59) | |
| 5/29/2020 | (3,768.05) | |
| 6/9/2020 | (922.80) | |
| **K & N ELECTRIC** | **(7,446.74)** | Services |
| 5/1/2020 | (281.28) | |
| 5/29/2020 | (1,080.00) | |
| 6/11/2020 | (6,085.46) | |
| **INLAND PIPE & SUPPLY** | **(7,388.34)** | Services |
| 6/11/2020 | (7,388.34) | |
| **FAST WAY FREIGHT MANAGEMENT, L** | **(7,357.27)** | Services |
| 5/4/2020 | (1,256.55) | |
| 5/8/2020 | (2,368.50) | |
| 5/29/2020 | (1,611.68) | |
| 6/4/2020 | (438.59) | |
| 6/9/2020 | (1,681.95) | |
| **INGREDION INCORPORATED** | **(7,155.00)** | Services |
| 5/4/2020 | (7,155.00) | |
| 6/2/2020 | 0.00 | |
| **TIMBER SOLUTIONS LLC** | **(6,843.62)** | Services |
| 5/29/2020 | (6,843.62) | |

**8**
ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | | |
|---|---|---|
| **MCLANE LAW** | **(6,555.00)** | Services |
| 6/25/2020 | (6,555.00) | |
| **KADANT SOLUTIONS LOCKBOX** | **(6,437.34)** | Services |
| 4/28/2020 | (3,836.38) | |
| 5/29/2020 | (2,600.96) | |
| **HCL TECHNOLOGIES LIMITED** | **(6,375.30)** | Services |
| 5/1/2020 | (6,375.30) | |
| **PEARSON LOGGING, LLC** | **(6,369.56)** | Suppliers or Vendors |
| 5/29/2020 | (6,369.56) | |
| **ALDATA SOFTWARE MANAGEMENT** | **(6,343.75)** | Services |
| 5/29/2020 | (6,343.75) | |
| **BRENNTAG PACIFIC INC** | **(6,219.40)** | Suppliers or Vendors |
| 5/4/2020 | (6,219.40) | |
| **KNIGHT CONSTRUCTION & SUPPLY** | **(6,180.25)** | |
| 5/29/2020 | (6,180.25) | |
| **CRAIG A. RIPPLINGER** | **(6,090.00)** | |
| 5/4/2020 | (2,700.00) | |
| 6/9/2020 | (3,390.00) | |
| **SOUND SEAL & PACKING CO** | **(6,039.39)** | |
| 5/29/2020 | (6,039.39) | |
| **ABRAM LOGGING, INC.** | **(5,967.54)** | |
| 5/29/2020 | (5,967.54) | |
| **NEWPORT EQUIPMENT ENTERPRISES** | **(5,964.60)** | |
| 4/28/2020 | (5,964.60) | |
| **GRAHAM BUSINESS VENTURES** | **(5,866.99)** | |
| 5/8/2020 | (1,691.83) | |
| 5/29/2020 | (1,828.71) | |
| 6/9/2020 | (2,346.45) | |
| **EXCESS DISPOSAL SERVICE INC** | **(5,746.92)** | |
| 5/29/2020 | (5,746.92) | |
| **BAILEY LOGGING** | **(5,619.38)** | |
| 5/8/2020 | (2,000.39) | |
| 5/29/2020 | (2,099.67) | |
| 6/9/2020 | (1,519.32) | |
| **FAST WAY INC** | **(5,615.36)** | |
| 5/29/2020 | (3,015.36) | |
| 6/9/2020 | (2,600.00) | |
| **WESTERN TRANSPORT, LLC.** | **(5,534.97)** | |
| 6/4/2020 | (2,227.68) | |
| 6/9/2020 | (3,307.29) | |
| **ALASKA MARINE LINES** | **(5,350.31)** | |

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---|
| 6/9/2020 | (5,350.31) |
| **ROSS MACARTHUR** | **(5,237.46)** |
| 4/28/2020 | (2,813.76) |
| 5/29/2020 | (1,566.30) |
| 6/9/2020 | (857.40) |
| **LARRY F. JOHNSON** | **(5,213.20)** |
| 5/8/2020 | (5,213.20) |
| **VALMET INC.** | **(5,066.60)** |
| 5/29/2020 | (305.60) |
| 6/17/2020 | (4,761.00) |
| **DAWSON TRUCKING, INC.** | **(4,922.28)** |
| 5/8/2020 | (2,118.06) |
| 5/29/2020 | (2,223.18) |
| 6/9/2020 | (581.04) |
| **STANTON MCDANIEL** | **(4,791.68)** |
| 5/8/2020 | (1,851.52) |
| 5/29/2020 | (2,940.16) |
| **Cox Rebate** | **(4,791.13)** |
| 5/2/2020 | (4,791.13) |
| **COEUR D'ALENES CO** | **(4,564.80)** |
| 5/29/2020 | (2,434.62) |
| 6/2/2020 | (433.24) |
| 6/11/2020 | (1,696.94) |
| **NORTH COAST ELECTRIC CO** | **(4,497.27)** |
| 5/1/2020 | (566.44) |
| 5/4/2020 | (850.74) |
| 5/29/2020 | (1,794.15) |
| 6/9/2020 | (1,285.94) |
| **BNSF RAILWAY CO** | **(4,400.08)** |
| 5/8/2020 | (2,085.79) |
| 6/2/2020 | (1,358.38) |
| 6/9/2020 | (955.91) |
| **SHANE CAMPBELL TRUCKING** | **(4,367.86)** |
| 4/28/2020 | (1,432.20) |
| 6/4/2020 | (2,589.30) |
| 6/9/2020 | (346.36) |
| **DCT CHAMBERS TRUCKING LTD** | **(4,366.57)** |
| 5/8/2020 | (4,051.45) |
| 6/9/2020 | (315.12) |
| **TRINOOR LLC** | **(4,348.87)** |
| 5/29/2020 | (4,348.87) |
| **H&E EQUIPMENT SERVICES** | **(4,172.08)** |

**10**
ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---|
| 5/6/2020 | (4,105.00) |
| 6/9/2020 | (67.08) |
| **STIMSON LUMBER CO - ST. MARIES** | **(4,112.55)** |
| 5/29/2020 | (1,934.40) |
| 6/9/2020 | (2,178.15) |
| **VIGILANT SERVICES INC** | **(4,000.00)** |
| 5/1/2020 | (2,000.00) |
| 5/29/2020 | (2,000.00) |
| **MENDENHALL TIMBER INC** | **(3,925.98)** |
| 5/29/2020 | (3,925.98) |
| **BSP WAREHOUSING & DISTRIBUTION** | **(3,821.64)** |
| 4/28/2020 | (1,321.64) |
| 5/8/2020 | (2,500.00) |
| **KERSHAW'S INC.** | **(3,790.40)** |
| 5/1/2020 | (57.81) |
| 5/29/2020 | (2,650.15) |
| 6/9/2020 | (1,082.44) |
| **WISE LOGGING LLC** | **(3,580.64)** |
| 5/29/2020 | (1,920.23) |
| 6/9/2020 | (1,660.41) |
| **KAMAN INDUSTRIAL TECHNOLOGIES** | **(3,569.63)** |
| 5/29/2020 | (2,848.68) |
| 6/9/2020 | (720.95) |
| **HTXI CUTCO INC.** | **(3,539.64)** |
| 5/29/2020 | (1,787.76) |
| 6/9/2020 | (1,751.88) |
| **SKF USA INC** | **(3,500.00)** |
| 6/9/2020 | (3,500.00) |
| **ROGER & LYDIA GRIESEMER** | **(3,480.88)** |
| 5/8/2020 | (3,480.88) |
| **RAM TRUCKING** | **(3,462.50)** |
| 5/22/2020 | (3,462.50) |
| **AUSTIN KROGH** | **(3,346.97)** |
| 5/8/2020 | (2,412.05) |
| 6/9/2020 | (934.92) |
| **JUSTIN R.WISE** | **(3,209.40)** |
| 5/8/2020 | (3,209.40) |
| **ROSEMOUNT INC.** | **(3,130.89)** |
| 5/29/2020 | (3,130.89) |
| **SAFETY-KLEEN CORP** | **(3,027.72)** |
| 5/8/2020 | (3,027.72) |

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---:|
| **GEMSTATE PARTNERS** | **(3,000.00)** |
| 5/29/2020 | (3,000.00) |
| **HACH CO** | **(2,996.87)** |
| 5/29/2020 | (307.51) |
| 6/9/2020 | (2,689.36) |
| **PEND OREILLE TELEPHONE CO** | **(2,982.57)** |
| 5/29/2020 | (1,988.38) |
| 6/9/2020 | (994.19) |
| **IDAHO DEPT OF LANDS** | **(2,971.35)** |
| 5/8/2020 | (679.37) |
| 5/29/2020 | (1,215.67) |
| 6/9/2020 | (1,076.31) |
| **EVAN HANEY** | **(2,914.48)** |
| 5/29/2020 | (1,428.85) |
| 6/9/2020 | (1,485.63) |
| **LAW OFFICES OF DAVID MEADOWS** | **(2,860.00)** |
| 6/11/2020 | (2,860.00) |
| **CONSTELLATION HOMEBUILDER SYST** | **(2,858.68)** |
| 6/1/2020 | 17,240.00 |
| 6/11/2020 | (0.04) |
| 6/26/2020 | (20,098.64) |
| **COLUMBIA ELECTRIC SUPPLY CO** | **(2,850.32)** |
| 5/29/2020 | (172.32) |
| 6/11/2020 | (2,678.00) |
| **KIP KREAGER** | **(2,784.00)** |
| 5/6/2020 | (2,784.00) |
| **METROPOLITAN LIFE INSURANCE CO** | **(2,763.11)** |
| 5/1/2020 | (1,418.29) |
| 5/29/2020 | (1,344.82) |
| **UNITED PARCEL SERVICE** | **(2,750.00)** |
| 5/29/2020 | (1,700.00) |
| 6/9/2020 | (1,050.00) |
| **BC MACHINERY INC.** | **(2,728.93)** |
| 5/29/2020 | (663.00) |
| 6/9/2020 | (2,065.93) |
| **TACOMA SCREW PRODUCTS, INC.** | **(2,658.87)** |
| 5/4/2020 | (196.52) |
| 5/8/2020 | (213.98) |
| 5/29/2020 | (1,928.62) |
| 6/9/2020 | (319.75) |
| **FINE LINE** | **(2,649.82)** |
| 5/1/2020 | (485.98) |

12

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---:|
| 5/29/2020 | (2,163.84) |
| **PARKSIDE PROPERTIES & FINANCE** | **(2,648.43)** |
| 5/29/2020 | (2,099.67) |
| 6/9/2020 | (548.76) |
| **RC POWERS, KLH LLC.** | **(2,548.78)** |
| 5/29/2020 | (1,209.79) |
| 6/9/2020 | (1,338.99) |
| **IDAHO STATE TAX COMMISSION** | **(2,451.49)** |
| 5/4/2020 | (2,451.49) |
| **OCCUPATIONAL HEALTH SOLUTIONS,** | **(2,430.00)** |
| 5/6/2020 | (1,215.00) |
| 6/9/2020 | (1,215.00) |
| **AKRE LOGGING** | **(2,281.79)** |
| 5/29/2020 | (1,137.72) |
| 6/9/2020 | (1,144.07) |
| **WEBECO LLC** | **(2,200.61)** |
| 5/8/2020 | (2,200.61) |
| **HARVEY MAY LOGGING** | **(2,089.27)** |
| 5/29/2020 | (2,089.27) |
| **WILLAM L. PETERSON** | **(2,000.39)** |
| 5/8/2020 | (2,000.39) |
| **KIWICO LLC** | **(1,984.05)** |
| 6/9/2020 | (1,984.05) |
| **BALDWIN INTERNATIONAL** | **(1,866.24)** |
| 5/29/2020 | (1,866.24) |
| **TRANE U.S. INC.** | **(1,806.34)** |
| 5/29/2020 | (1,806.34) |
| **ELJAY OIL CO INC** | **(1,738.46)** |
| 6/9/2020 | (1,738.46) |
| **CINTAS CORP #606** | **(1,631.16)** |
| 5/1/2020 | (171.54) |
| 5/8/2020 | (428.36) |
| 5/29/2020 | (428.36) |
| 6/9/2020 | (602.90) |
| **RAMON G. SAMS** | **(1,576.12)** |
| 6/9/2020 | (1,576.12) |
| **AT&T** | **(1,407.20)** |
| 5/29/2020 | (875.94) |
| 6/9/2020 | (531.26) |
| **BIG BUCKS TIMBERWORKS** | **(1,382.61)** |
| 5/29/2020 | (1,382.61) |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---|
| **AMWINS GROUP BENEFITS, INC.** | **(1,371.96)** |
| 5/29/2020 | (1,371.96) |
| **VENEER CHIP TRANSPORT, INC.** | **(1,300.00)** |
| 5/8/2020 | (1,300.00) |
| **INLAND FOREST MANAGEMENT INC** | **(1,276.36)** |
| 5/8/2020 | (201.77) |
| 5/29/2020 | (796.02) |
| 6/9/2020 | (278.57) |
| **CRS DATA SOLUTIONS** | **(1,226.41)** |
| 5/22/2020 | (564.35) |
| 5/29/2020 | (662.06) |
| **ARBON EQUIPMENT CORPORATION** | **(1,220.18)** |
| 5/29/2020 | (1,220.18) |
| **FORESTED HABITATS, LLC** | **(1,147.20)** |
| 6/9/2020 | (1,147.20) |
| **PONDERAY EMPLOYEE ASSOCIATION** | **(1,136.00)** |
| 5/1/2020 | (149.50) |
| 5/6/2020 | (279.00) |
| 5/29/2020 | (279.00) |
| 6/2/2020 | (428.50) |
| **TRAVIS J. KIEBERT** | **(1,120.33)** |
| 5/29/2020 | (1,120.33) |
| **BECHERINI SCALE CENTER INC** | **(1,111.99)** |
| 5/29/2020 | (1,111.99) |
| **DS SERVICES OF AMERICA, INC.** | **(1,067.81)** |
| 5/29/2020 | (1,067.81) |
| **DICK E BRADETICH** | **(1,046.08)** |
| 6/9/2020 | (1,046.08) |
| **SNAP-ON TOOLS** | **(1,040.44)** |
| 5/8/2020 | (485.49) |
| 5/29/2020 | (554.95) |
| **B & E ENTERPRISES** | **(1,010.00)** |
| 5/6/2020 | (505.00) |
| 6/4/2020 | (505.00) |
| **JOE HESTER** | **(1,001.92)** |
| 6/9/2020 | (1,001.92) |
| **NCASI** | **(1,000.00)** |
| 5/8/2020 | (1,000.00) |
| **WATSON-MARLOW INC** | **(970.76)** |
| 5/29/2020 | (970.76) |
| **WITHERSPOON KELLEY DAVENPORT &** | **(966.00)** |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---|
| 6/9/2020 | (966.00) |
| **EDGE CONSTRUCTION SUPPLY** | **(920.70)** |
| 6/9/2020 | (920.70) |
| **LHT LLC** | **(916.04)** |
| 5/29/2020 | (916.04) |
| **R&L ENTERPRISES** | **(862.41)** |
| 6/9/2020 | (862.41) |
| **CLAUD GROVE TRUCKING** | **(857.08)** |
| 5/29/2020 | (857.08) |
| **KC LOGGING, INC** | **(842.56)** |
| 5/8/2020 | (842.56) |
| **SHAWN BUTLER LOGGING** | **(820.80)** |
| 5/8/2020 | (820.80) |
| **UNION PACIFIC RAILROAD** | **(820.80)** |
| 4/28/2020 | (600.00) |
| 5/1/2020 | (220.80) |
| **CHITWOOD ENTERPRISES** | **(777.41)** |
| 5/29/2020 | (777.41) |
| **JMF INC** | **(772.03)** |
| 5/29/2020 | (363.14) |
| 6/9/2020 | (408.89) |
| **LAGERS ET&M** | **(750.00)** |
| 6/11/2020 | (750.00) |
| **SPOKANE PUMP INC** | **(730.93)** |
| 5/8/2020 | (730.93) |
| **FEDEX** | **(729.37)** |
| 5/29/2020 | (729.37) |
| **AIRSAN CORP** | **(726.00)** |
| 5/8/2020 | (726.00) |
| **PACWEST MACHINERY LLC** | **(723.92)** |
| 6/9/2020 | (723.92) |
| **KAZ LOGGING INC.** | **(695.52)** |
| 6/9/2020 | (695.52) |
| **FORESIGHT FORESTRY** | **(673.92)** |
| 5/29/2020 | (673.92) |
| **DALE HIEBERT** | **(636.60)** |
| 6/9/2020 | (636.60) |
| **BTG AMERICAS INC** | **(630.70)** |
| 5/29/2020 | (630.70) |
| **UNITED CONVEYOR CORP** | **(629.09)** |
| 5/29/2020 | (629.09) |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---:|
| **LEBLOND, LTD** | **(596.03)** |
| 6/9/2020 | (596.03) |
| **JAMES ROSS LIMITED** | **(590.23)** |
| 5/29/2020 | (590.23) |
| **MACPHERSON INVESTMENT GROUP LL** | **(590.08)** |
| 5/8/2020 | (590.08) |
| **DELTA INDUSTRIES INC** | **(546.83)** |
| 5/29/2020 | (546.83) |
| **MEGGER** | **(466.00)** |
| 6/9/2020 | (466.00) |
| **DHL GLOBAL FORWARDING (CANADA)** | **(462.47)** |
| 4/28/2020 | (462.47) |
| **BECKWITH & KUFFEL** | **(441.42)** |
| 5/29/2020 | (441.42) |
| **DAVID DON CROSSLEY** | **(440.40)** |
| 5/29/2020 | (440.40) |
| **NORDSON CORP** | **(440.08)** |
| 5/6/2020 | (440.08) |
| **V ALEXANDER INT'L LOGISTICS GM** | **(424.20)** |
| 5/29/2020 | (424.20) |
| **PLATTCO CORPORATION** | **(411.40)** |
| 5/8/2020 | (411.40) |
| **SHERWIN WILLIAMS PAINT CO** | **(392.57)** |
| 5/4/2020 | (137.66) |
| 6/17/2020 | (254.91) |
| **GRAYWOLF TIMBERS LLC** | **(377.73)** |
| 5/29/2020 | (102.67) |
| 6/9/2020 | (275.06) |
| **MCMASTER-CARR** | **(377.61)** |
| 5/6/2020 | (44.19) |
| 6/9/2020 | (333.42) |
| **CLYDE INDUSTRIES INC** | **(359.23)** |
| 6/9/2020 | (359.23) |
| **VWR INTERNATIONAL INC** | **(355.83)** |
| 6/9/2020 | (355.83) |
| **AAPEX CONSTRUCTION INC** | **(345.00)** |
| 5/29/2020 | (345.00) |
| **INSIGHT DIRECT USA INC.** | **(333.28)** |
| 5/6/2020 | (333.28) |
| **CAROTHERS & SON LTD** | **(326.34)** |
| 5/29/2020 | (326.34) |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---:|
| **ENVIRONMENTAL RESOURCE ASSOCIA** | **(298.30)** |
| 5/29/2020 | (298.30) |
| **RANDOLPH MICHAEL STUART** | **(294.00)** |
| 5/29/2020 | (294.00) |
| **ENVIRONMENTAL MONITOR SERVICE** | **(284.30)** |
| 5/29/2020 | (284.30) |
| **FERGUSON ENTERPRISES INC** | **(275.80)** |
| 5/8/2020 | (275.80) |
| **PURCHASE POWER** | **(264.56)** |
| 5/29/2020 | (264.56) |
| **FIELD INSTRUMENTS & CONTROLS I** | **(264.31)** |
| 6/11/2020 | (264.31) |
| **FPRS payment 05/12** | **(241.01)** |
| 5/12/2020 | (241.01) |
| **GLI INTERNATIONAL - HACH CO** | **(203.25)** |
| 5/29/2020 | (203.25) |
| **NEWPORT VISION SOURCE PS** | **(200.00)** |
| 5/6/2020 | (200.00) |
| **NORTHSTAR CLEAN CONCEPTS** | **(190.07)** |
| 6/9/2020 | (190.07) |
| **WESTSIDE PIZZA** | **(188.07)** |
| 5/29/2020 | (188.07) |
| **PREMIER PARTY RENTALS** | **(187.00)** |
| 5/29/2020 | (187.00) |
| **ALLIED AUTO ELECTRIC** | **(185.50)** |
| 5/29/2020 | (185.50) |
| **ROTH LOGGING** | **(175.63)** |
| 5/29/2020 | (175.63) |
| **WALJO SHEARD LLC** | **(167.85)** |
| 5/8/2020 | (167.85) |
| **NEWPORT MINER** | **(164.26)** |
| 5/6/2020 | (164.26) |
| **HUCKLEBERRY HOMEOWNERS ASSOCIA** | **(163.90)** |
| 5/29/2020 | (39.82) |
| 6/9/2020 | (124.08) |
| **PARAMOUNT SUPPLY CO** | **(139.77)** |
| 5/29/2020 | (139.77) |
| **H&H EXPRESS** | **(132.01)** |
| 5/1/2020 | (103.26) |
| 5/22/2020 | (28.75) |
| **REXUS CORP** | **(119.00)** |

ATTACHMENT RESPONSE TO SOFA QUESTION 3

**ATTACHMENT STATEMENT OF FINANCIAL AFFAIRS QUESTION 3**

| | |
|---|---:|
| 6/11/2020 | (119.00) |
| **MIKAH ENTERPRISE TRUST** | **(114.46)** |
| 5/29/2020 | (114.46) |
| **WESTERN STATES EQUIPMENT CO** | **(107.07)** |
| 5/4/2020 | (107.07) |
| **ARNETT INDUSTRIES, LLC** | **(105.75)** |
| 5/29/2020 | (105.75) |
| **NORLIFT INC** | **(105.60)** |
| 5/29/2020 | (105.60) |
| **DEPARTMENT OF LICENSING** | **(105.50)** |
| 5/8/2020 | (105.50) |
| **WILSON LOGISTICS, INC** | **(99.00)** |
| 5/29/2020 | (99.00) |
| **ELMER BROTHERS** | **(70.04)** |
| 5/29/2020 | (70.04) |
| **TOTAL FILTRATION SERVICES, INC** | **(61.11)** |
| 5/29/2020 | (61.11) |
| **DENNIS K URBAT** | **(30.33)** |
| 6/9/2020 | (30.33) |
| **ACTION AUTO SUPPLY INC** | **(30.11)** |
| 5/29/2020 | (7.91) |
| 6/9/2020 | (22.20) |
| **MOTION INDUSTRIES INC** | **(27.68)** |
| 5/29/2020 | (27.68) |
| **USI INCORPORATED** | **(21.41)** |
| 5/29/2020 | (21.41) |
| **STERICYCLE INC** | **(10.36)** |

Debtor paid employee compensation in the amount of $4,292,297.49 and severance in the amount of $3,880,507.25.  Detailed payments will be provided to Trustee upon request.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Washington

In re **Ponderay Newsprint Company**

Debtor(s)

Case No. __20-01309__

Chapter __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                              $         60,000.00

    Prior to the filing of this statement I have received                    $         60,000.00

    Balance Due                                                              $              0.00

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor in any actions, contested matters, or adversary proceedings, including but not limited to relief from stay actions or avoidance actions.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__June 29, 2020__
*Date*

**/s/ Armand J. Kornfeld**
**Armand J. Kornfeld**
*Signature of Attorney*
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110   Fax: (206) 292-2104**
**jkornfeld@bskd.com**
*Name of law firm*

## United States Bankruptcy Court
### Eastern District of Washington

In re   **Ponderay Newsprint Company**

Case No.   **20-01309**

Debtor(s)

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 29, 2020**

**/s/ Myron L. Johnson**
**Myron L. Johnson**/**President**
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy