**So Ordered.**

**Dated: November 12th, 2020**



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**PONDERAY NEWSPRINT COMPANY,**<br><br>Debtor(s). | Case No. 20-01309-FPC7<br>Chapter 7<br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO:**<br>• **AUTHORIZE THE SALE OF 1,482.98 METRIC TONS OF NEWSPRINT FREE AND CLEAR OF LIENS AND NOTICE OF HEARING;**<br>• **SHORTEN TIME FOR NOTICE AND TIME TO OBJECT TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF 1,482.98 METRIC TONS OF NEWSPRINT FREE AND CLEAR OF LIENS** |

This matter having come before the Court upon the *Chapter 7 Trustee's Motion*

*For Order Authorizing Sale Of 1,482.98 Metric Tons of Newsprint Free and Clear of*

**MUNDING, P.S.**
9425 N NEVADA ST, STE 212
SPOKANE, WA 99218
(509) 624-6464

20-01309-FPC7    Doc 184    Filed 11/12/20    Entered 11/12/20 15:23:23    Pg 1 of 3

*Liens And Notice of Hearing* (ECF No. 153) and *Motion To Shorten Time For Notice And Time To Object To Chapter 7 Trustee's Motion For Order Authorizing Sale Of 1,482.98 Metric Tons Of Newsprint Free And Clear of Liens And Notice Of Hearing* (ECF No. 154), with no objections having been received by the Chapter 7 Trustee or filed with the Court, and the Court having been fully informed and advised:

**IT IS HEREBY ORDERED:**

1. The Motion to Shorten Time is hereby **GRANTED.**

2. The Motion Authorizing The Sale of 1,482.98 Metric Tons of Newsprint Free and Clear of Liens re: the newsprint located at the Freeport Logistics warehouse in Phoenix, Arizona to Gannett Company for the purchase price of $250,000 is hereby **GRANTED.**

3. Approving the sale free and clear of all interests of any kind or nature whatsoever, pursuant to Bankruptcy Code section 105(a) and 363; and with any such interest attaching to the proceeds of the sale, in the same order of priority.

4. Finding that the purchase of the 1,482.98 metric tons of newsprint is sold in **"as-is, where-is" condition, without warranty of condition or defects.**

ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SHORTEN TIME AND AUTHORIZING THE SALE OF 1,482.98 METRIC TONS OF NEWSPRINT FREE AND CLEAR OF LIENS – 2

MUNDING, P.S.
9425 N NEVADA ST, STE 212
SPOKANE, WA 99218
(509) 624-6464

20-01309-FPC7    Doc 184    Filed 11/12/20    Entered 11/12/20 15:23:23    Pg 2 of 3

5. Finding that Gannett Company shall assume all responsibility for storage fees associated with the 1,482.98 metric tons of newsprint located at the Freeport Logistics warehouse located in Phoenix, Arizona.

6. The Chapter 7 Trustee is authorized to execute all necessary documents to consummate this transaction.

/// end of order ///

MUNDING, P.S.
/s/ John D. Munding
John D. Munding, WSBA No. 21734
Attorney for Chapter 7 Trustee

ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SHORTEN
TIME AND AUTHORIZING THE SALE OF 1,482.98 METRIC
TONS OF NEWSPRINT FREE AND CLEAR OF LIENS – 3

MUNDING, P.S.
9425 N NEVADA ST, STE 212
SPOKANE, WA 99218
(509) 624-6464