KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**PONDERAY NEWSPRINT COMPANY,**<br><br>Debtor. | No.: **20-01309-FPC7**<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO: Armand J. Kornfeld, Bush Kornfeld, LLP, Debtor's Attorney;
TO: Aimee S. Willig, Bush Strout & Kornfeld, Debtor's Attorney;
TO: John D. Munding, Chapter 7 Trustee;
TO: Trevor R. Pincock and Jed W. Morris, Lukins & Annis, Attorneys for American AgCredit, PCA
TO: Deborah A. Crabbe, Foster Garvey, PC, Attorneys for Public Utility District No. 1 of Pend Oreille County requesting special notice;
TO: Barry W. Davidson, Davidson Backman Medeiros, PLLC, Attorneys for PotlatchDeltic Corporation requesting special notice;
TO: Michael J. Paukert, Paukert & Troppmann, PLLC, Attorneys for CityServiceValcon, LLC requesting special notice;
TO: Darin M. Dalmart and Robert H. Lavitt, Barnard Iglitzin & Lavitt, LLP, Attorneys for Association of Western Pulp and Paper Workers requesting special notice;
TO: Tonya W. Conley and Lila L. Howe on behalf of Union Pacific Railroad Company requesting special notice;
TO: Edward H. Turner, Stamper Rubens, PS, Attorney for Knight Construction & Supply, Inc. requesting special notice;
TO: Tecla E. Druffel, Attorney for Excess Disposal Service, LLC and Premier Party Rentals requesting special notice; and
TO: Susan F. DiCicco and Nakisha Duncan, Morgan, Lewis & Bockius, LLP, Attorney for HT X Cutco, Inc., John Hancock Life Insurance Co, USA, and System Global Cutco, Inc. requesting special notice

Notice of Appearance and Request for Notice-1

**SOUTHWELL & O'ROURKE, P.S.**
**A PROFESSIONAL SERVICE CORPORATION**
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

**PLEASE TAKE NOTICE** that Kevin O'Rourke of Southwell & O'Rourke hereby enters an appearance for Allrise Capital pursuant to FRBP 9010(b) and without waiving any objection as to jurisdiction or consenting to any adjudication by this Court.

**PURSUANT** to FRBP 2002, 3017, 4001, and 9007, the undersigned requests that an entry be made on the clerk's matrix in this case and that all notice, given or required to be given, and all documents, served or required to be served in this case be given to and served on the persons set forth below:

Kevin O'Rourke
Southwell & O'Rourke, P.S.
421 W. Riverside Ave., Ste 960
Spokane, WA 99201

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all order, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier, or otherwise, and whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date on which a proof of claim may be filed.

DATED this 28th day of April, 2021.

SOUTHWELL & O'ROURKE, P.S.

BY:/s/ Kevin O'Rourke_____
KEVIN O'ROURKE, WSBA #28912
Attorney for Allrise Capital

Notice of Appearance and Request for Notice-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159