JOHN D. MUNDING
MUNDING, P.S.
309 E Farwell Rd., Ste 310
Spokane, WA 99218-1152
(509) 590-3849
John@mundinglaw.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 20-01309-FPC7 |
| **PONDERAY NEWSPRINT COMPANY,** | Chapter 7 |
| | **REPORT OF SALE** |
| Debtor(s). | |

COMES NOW John D. Munding, the duly appointed Chapter 7 Trustee, and hereby reports the sale of the bankruptcy estate's rights to substantially all of the Estate's assets for the gross selling price of $18,100,000 to Allrise Capital, Inc., or to one or more assignees or special purpose entities controlled by Allrise Capital, Inc. as approved by Order, ECF No. 271 and evidenced by the attached Final Seller's Closing Statement.

DATED this 7th day of June, 2021

MUNDING, P.S.
/s/ *John D Munding*
John D. Munding, WSBA #21734
Chapter 7 Trustee

REPORT OF SALE – 1

# Stewart Title Guaranty Company
## Final Seller's Closing Statement

6/3/2021 12:56 PM

Stewart Title Guaranty Company, Seattle
1420 Fifth Avenue, Suite 440, Seattle, WA 98101, (888) 896-1443
Escrow Officer: Kim Belcher

| | | |
|---|---|---|
| Seller(s) | Ponderay Newsprint Company, a general partnership | |
| Buyer(s) | PONDERAY REAL ESTATE, LLC, a Washington limited liability company, for the Real Property | |
| | PONDERAY RENEWABLE FIBER AND BLOCKCHAIN, LLC, a Washington limited liability company for the Personal Property | |
| Lender(s) | | |
| Property | Property Address | |
| | 422767 Highway 20 Usk, Washington 99180 | |

| Closing Date 6/2/2021 | Disbursement Date 6/2/2021 | Proration Date 6/2/2021 | |
|---|---|---|---|
| | | Debit | Credit |
| **Sales Price/Consideration** | | | |
| Real Property Purchase Price Land/Buildings - Purchased by PONDERAY REAL ESTATE, LLC | | | $15,250,000.00 |
| **Personal Property** | | | |
| Personal Property Purchase - Manufacturing Equipment - Exempt from sales/use tax - Purchased by PONDERAY RENEWABLE FIBER AND BLOCKCHAIN, LLC | | | $2,800,000.00 |
| Personal Property Purchase - Other Machinery & Equipment - Purchased By PONDERAY RENEWABLE FIBER AND BLOCKCHAIN, LLC | | | $37,000.00 |
| Personal Property Purchase - Motor Vehicles - Purchased by PONDERAY RENEWABLE FIBER AND BLOCKCHAIN, LLC | | | $13,000.00 |
| **Prorations** | | | |
| 2021 Property Tax Proration; 1st 1/2 Paid; 2nd 1/2 Due 10/31/2021 6/2/2021 to 7/1/2021 @$392,172.34/yr | | | $31,158.76 |
| Tax Account 443205449002- Parcel C Tax Proration - 2021 Paid in Full 6/2/2021 to 1/1/2022 @$28.33/yr | | | $17.04 |
| Personal Property Tax Account 1000308; 2022 Tax Proration Based on 2021 Tax Amount 1/1/2021 to 6/2/2021 @$5,142.14/yr | | $2,141.68 | |
| **Other Adjustments** | | | |
| Credit to Buyer for funds paid directly to Bankruptcy Trustee | | $350,000.00 | |
| **Title Charges** | | | |
| Settlement or closing fee to Stewart Title Guaranty Company | | $2,500.00 | |
| Title Insurance to Stewart Title Guaranty Company | | | |
| Owner's Standard Coverage $15,250,000.00 $10,904.95 - Endorsement Total $695.25 | | $10,904.95 | |
| Sales Tax on Owner's title premium to Frontier Title and Escrow Co., Inc. | | $839.68 | |
| Sales tax on Settlement/Closing fee to Stewart Title Guaranty Company | | $252.50 | |
| Courier/Express fees to Stewart Title Guaranty Company | | $86.37 | |
| Sales tax on courier/express fees to Stewart Title Guaranty Company | | $8.73 | |
| **Recording Fees/Transfer Charges** | | | |
| Excise Tax on $15,250,000.00 to Frontier Title and Escrow Co., Inc. | | $465,180.00 | |
| Wire Fee for Excise Tax to Frontier Title and Escrow Co., Inc. | | $15.00 | |
| **Additional Charges** | | | |
| Holdback to pay Deed of Trust upon receipt of final order to HOLDBACK PER AGREEMENT | | $5,000,000.00 | |
| Tax Account No. 443208000005; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $550,348.97 | |
| Tax Account No. 443204089001; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $102.00 | |
| Tax Account No. 44320400003; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $515.02 | |
| Tax Account No. 443205449001; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $256.96 | |
| Tax Account No. 443205449002 Parcel C; 2021 Property Taxes to Pend Oreille County Treasurer | | $29.75 | |
| Tax Account No. 443205500001 Parcel C; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $8,517.53 | |
| Tax Account No. 443208400001 Parcel E; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $77.94 | |
| Tax Account No. 443209500001 Parcel F; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $509.75 | |
| Tax Account No. 443209500002 Parcel G; 2020 Delinquent Taxes and 1st 1/2 2021 Property Taxes to Pend Oreille County Treasurer | | $294.64 | |

20-01309-FPC7    Doc 285    Filed 06/07/21    Entered 06/07/21 09:46:18    Pg 2 of 3

# Stewart Title Guaranty Company
## Final Seller's Closing Statement

| | Debit | Credit |
|---|---|---|
| **Additional Charges (continued)** | | |
| Personal Property Tax Account 1000308, 2020 & 2021 Tax Years to Pend Oreille County Treasurer | $8,765.59 | |
| Seller Net Proceeds Disbursed at Closing REF John D. Munding, Trustee to PONDERAY NEWSPRINT COMPANY | $11,729,828.74 | |
| Subtotal: | $18,131,175.80 | $18,131,175.80 |
| Balance due from Seller: | | $0.00 |
| Totals: | $18,131,175.80 | $18,131,175.80 |