# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In Re:

PONDERAY NEWSPRINT COMPANY,

Debtor.

CASE NO. 20-01309-FPC7

**ORDER APPROVING SEVENTH STIPULATED MOTION FOR CONTINUING UTILITY SERVICES AND SECTION 366 ADEQUATE PROTECTION TO BE PROVIDED TO THE PUD FOR UTILITY SERVICES TO BE PROVIDED TO THE BANKRUPTCY ESTATE**

THIS MATTER came on before the undersigned upon the seventh stipulated motion (the "Motion") of Public Utility District No. 1 of Pend Oreille County, (the "PUD") and John D. Munding as Trustee (the "Trustee") for the Bankruptcy Estate of Ponderay Newsprint Company (the "Debtor"), for entry of an order authorizing the Trustee to enter into a contract for post-petition utility services and granting the PUD adequate protection for continuing to provide such utility services to the bankruptcy estate, pursuant to 11 U.S.C. § 366, Fed. R. Bankr. P. 4001(d) and LR 4001-2(b).

///

ORDER - 1

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:54301383.1

The Court considered the Motion, the Terms and Conditions for Power Supply Agreement (the "Agreement") appended as **Exhibit A** to the Motion and the pleadings and files herein. The Court finds that there were no objections to the Motion.

Now, therefore, it is hereby

ORDERED that the Motion is granted; it is further

ORDERED that the Trustee is authorized to contract for utility services with the PUD pursuant to the terms set forth in the Motion and the Agreement; and it is further

ORDERED that the Agreement shall be effective from June 1, 2021 and shall expire on June 11, 2021.

**/// End of Order ///**

Submitted by:

**FOSTER GARVEY PC**

*/s/ Deborah A. Crabbe*

Deborah A. Crabbe, WSBA No. 22263
*Attorneys for Public Utility District*
*No. 1 of Pend Oreille County*

**JOHN D. MUNDING, P.S.**

*/s/ John D. Munding*

John D. Munding, WSBA No. 21734
*Attorneys for John D. Munding as Trustee*
*for the bankruptcy estate of Ponderay*
*Newsprint Company*

ORDER - 2

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:54301383.1

20-01309-FPC7  Doc 287  Filed 06/07/21  Entered 06/07/21 10:15:02  Pg 2 of 2