JOHN D. MUNDING (WSBA #21734)
MUNDING, P.S.
309 E Farwell Rd., Ste 310
Spokane, WA 99218-1152
(509) 590-3849
john@mundinglaw.com
*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**PONDERAY NEWSPRINT COMPANY,**<br><br>Debtor(s). | Case No. 20-01309-FPC7<br><br>Chapter 7<br><br>**NOTICE OF AND TIME TO OBJECT TO CLAY RANDALL, RANDALL & HURLEY, INC'S INTERIM APPLICATION FOR AWARD OF COMPENSTATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL CONSULTANT RE PENSION PLANS FOR THE INTERIM PERIOD SEPTEMBER 23, 2020 THROUGH JUNE 6, 2021 PURSUANT TO 11 USC 330** |

**TO:        ALL PARTIES OF INTEREST**

**PLEASE TAKE NOTICE** that John D. Munding, Munding P.S., attorney for

the Chapter 7 Trustee has filed *Clay Randall, Randall & Hurley Inc's, Special*

*Pension Consultant for Chapter 7 Trustee Interim Application For Award Of*

*Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To*

NOTICE OF AND TIME TO OBJECT - 1

MUNDING, P.S.
309 E FARWELL RD., STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

*11 USC 330, And For Approval Of The Payment of Bank Fees* ("Randall & Hurley Interim Application") for the interim fee period September 23, 2020 through June 6, 2021 ("Interim Fee Period") for work performed as Special Consultant regarding pension plans for the Chapter 7 Trustee. A copy of the Randall & Hurley Interim Application is available on the Court's docket and may be accessed through PACER. An electronic copy of the Randall & Hurley Interim Application may also be obtained by email request to John@mundinglaw.com.

Clay Randall, Randall & Hurley, Inc was retained by the Chapter 7 Trustee on behalf of the Bankruptcy Estate of Ponderay Newsprint Company on September 23, 2020 and the Court approved Clay Randall, Randall & Hurley, Inc's retention on September 25, 2020 (ECF No. 128).

Clay Randall, Randall & Hurley, Inc seeks allowance of interim compensation in the amount of $7,750.00 for the Interim Fee Period. Clay Randall, Randall & Hurley, Inc incurred no reimbursable expenses, for which it is billing, during the Interim Fee Period.

As of the date of this application, Clay Randall, Randall & Hurley, Inc, has not received compensation for work performed on behalf of the bankruptcy estate.

Notice of and time to Object - 2

**MUNDING, P.S.**
309 E FARWELL RD., STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

The basis for the compensation requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016-1 of the Bankruptcy Local Rules for The Eastern District Of Washington.

**NOTICE IS HEREBY GIVEN** that any opposition to the *Clay Randall, Randall & Hurley Inc's, Special Pension Consultant for Chapter 7 Trustee Interim Application For Award Of Compensation For Services Rendered And Reimbursement Of Expenses Pursuant To 11 USC 330, And For Approval Of The Payment of Bank Fees* must be in writing, must state briefly the grounds therefore, must be filed with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, P.O. Box 2164, Spokane, Washington 99210-2164, and must be served upon the undersigned counsel John D. Munding, Munding, P.S., 309 E Farwell Rd., Ste 310, Spokane, WA 99218-1152, **not later than twenty-four (24) days from the date of this notice.** Pursuant to Local Rule 2002-1(f), any objection shall briefly state the grounds therefore. If no objection is timely filed and served, the relief requested may be granted without a hearing.

DATED this 8th day of June, 2021.

MUNDING, P.S.

*/s/ John D. Munding*
JOHN D. MUNDING WSBA # 21734
Attorney for Chapter 7 Trustee

MUNDING, P.S.
309 E FARWELL RD., STE 310
SPOKANE, WA 99218-1152
(509) 590-3849

20-01309-FPC7    Doc 290    Filed 06/08/21    Entered 06/08/21 14:50:28    Pg 3 of 3